Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO and<br>IVAN TURÕGIN,<br><br>Defendants. | NO. 2:22-CR-00185-RSL<br><br>**NOTICE OF TEMPORARY RESTRAINING ORDER IN BANKRUPTCY COURT IN THE DISTRICT OF NEW JERSEY IMPACTING UNITED STATES' MOTION TO COMPEL [DKT. NO. 17]** |

On May 22, 2023, the government filed a motion to compel compliance with seizure warrants served on BlockFi Inc. and related entities ("BlockFi") (the "Motion"). (Dkt. No 17). On May 23, 2023, the government advised this Court that the Official Creditor's Committee (the "Committee") filed an adversary action in the bankruptcy proceeding in the District of New Jersey, and the bankruptcy court entered an order restraining BlockFi from transferring the funds at issue in the Motion to the government. (Dkt. No. 18). On May 26, 2023, upon the Committee's supplemental motion, the bankruptcy court entered a Temporary Restraining Order (the "bankruptcy TRO") restraining the government's

Notice - 1
*United States v. Potapenko, et al.*, CR22-185 RSL

US DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
MONEY LAUNDERING AND ASSET RECOVERY SECTION
1400 NEW YORK AVE NW
WASHINGTON, DC 20005
(202) 514-1263

ability to litigate the Motion. (Dkt. No. 24-2).  In relevant part, the bankruptcy judge ordered:

> The Government is hereby temporarily restrained from commencing or continuing any act to obtain the property from the Debtors specified in the Motion to Compel, including but not limited to prosecuting its Motion to Compel, pending further Order of this [bankruptcy] Court, <u>and</u> must either (i) take all necessary steps to adjourn all deadlines, noting dates, return dates, hearing dates, and all similar procedural deadlines of the Motion to Compel pending further Order of this Court; or (ii) withdraw the Motion to Compel without prejudice.

*Id.* at pp. 4-5 (emphasis in original).

The United States intends to seek appropriate relief in the District of New Jersey from the bankruptcy TRO, which gave the option of withdrawing the Motion or taking all necessary steps to adjourn deadlines and related dates.  The United States does not intend to withdraw the Motion, but finds itself in an impossible position with respect to the second option: it cannot change the deadlines and noting date without an order from *this* Court.  Based on the government's filing date of May 22, 2023, the Local Rules set a deadline of May 30, 2023 for opposition briefs, and June 2, 2023 (the noting date) for the government's reply.  *See* Local Rules, W.D. Wash. CrR. 12.  On May 30, 2023, at 5:30 pm, the Committee filed a letter with this Court (Dkt. No. 27) indicating that the Committee does not intend to respond to the Motion as a result of the bankruptcy TRO.

The bankruptcy TRO does not restrain any other party from filing materials in the Motion proceedings and in fact, BlockFi filed its opposition to the Motion on May 26, 2023. (Dkt. No. 24).  No party or purported party can adjourn deadlines set by Local Rules.  The government therefore respectfully asks this Court to enter an order (1) providing guidance to the parties on compliance with the bankruptcy TRO as it relates to the Motion

Notice - 2
*United States v. Potapenko, et al.*, CR22-185 RSL

US DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
MONEY LAUNDERING AND ASSET RECOVERY SECTION
1400 NEW YORK AVE NW
WASHINGTON, DC 20005
(202) 514-1263

pending in this Court; and (2) providing any other relief or instruction it deems just and appropriate.

DATED: May 30, 2023

Respectfully submitted,
BRENT S. WIBLE, Chief
Money Laundering and Asset Recovery
   Section, Criminal Division
U.S. Department of Justice

By:    */s/ Adrienne E. Rosen*
ADRIENNE E. ROSEN, Trial Attorney
US Department of Justice, Criminal Division
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20005
202.616.2690
Adrienne.Rosen@usdoj.gov

Notice - 3
*United States v. Potapenko, et al.*, CR22-185 RSL

US DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
MONEY LAUNDERING AND ASSET RECOVERY SECTION
1400 NEW YORK AVE NW
WASHINGTON, DC 20005
(202) 514-1263