THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO AND IVAN TUROGIN,<br><br>    Defendants. | CASE NO. 2:22-CR-00185-RSL<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED JOINT MOTION REQUESTING ADDITIONAL TIME TO RESPOND |

**THIS MATTER** comes before the Court on Defendant's Unopposed Joint Motion Requesting Additional Time to Respond, the Court having considered the pleadings and papers filed, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Joint Motion Requesting Additional Time to Respond is GRANTED. Defendants' Joint Response is due July 12, 2024.

DATED this 9th day of July, 2024.

*[signature]*

Robert S. Lasnik
United States District Judge

---

ORDER GRANTING DEFENDANT'S JOINT MOTION
REQUESTING ADDITIONAL TIME TO RESPOND - 1
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Counsel for Sergei Potapenko*

*s/ Mark Bartlett*
Mark Bartlett, WSBA # 15672
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8298
Facsimile: (206) 757-7298
Email:  markbartlett@dwt.com

REED SMITH LLP

*s/ Mark E. Bini*
Mark E. Bini
Kaela Dahan
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 549-0296
Email: mbini@reedsmith.com
Email: kdahan@reedsmith.com

ORDER GRANTING DEFENDANT'S JOINT MOTION REQUESTING ADDITIONAL TIME TO RESPOND - 2
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax