**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>SERGEI POTAPENKO,<br><br>    Defendant. | CASE NO. 2:22-CR-00185-RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE OVER-LENGTH BRIEF |

**THIS MATTER** comes before the Court on Defendant's Motion to File Overlength Brief, the Court having considered the pleadings and papers filed, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Defendant's Motion to File Over-length Brief is GRANTED and Plaintiff may file a brief not to exceed 30 pages in length in opposition.

DATED this 9th day of July, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF - 1
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP

*Counsel for Sergei Potapenko*

*s/ Mark Bartlett*
Mark Bartlett, WSBA # 15672
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8298
Facsimile: (206) 757-7298
Email:  markbartlett@dwt.com

REED SMITH LLP

*s/ Mark E. Bini*
Mark E. Bini
Kaela Dahan
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 549-0296
Email: mbini@reedsmith.com
Email: kdahan@reedsmith.com

ORDER GRANTING DEFENDANT'S MOTION TO FILE
OVERLENGTH BRIEF - 2
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax