**THE HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO and IVAN TUROGIN,<br><br>Defendants. | CASE NO. 2:22-CR-00185RSL<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REQUEST ADDITIONAL TIME TO REPLY AND TO FILE OVER-LENGTH REPLY BRIEF** |

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Request Additional Time to Reply and to File Over-Length Reply Brief. The Court having considered the pleadings and papers filed, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Request Additional Time to Reply and to File Over-length Reply Brief is granted. Defendants may file their Reply to the Government's Response to Joint Appeal of Detention Order on July 12, 2024, at or before 11:00 a.m.. Defendants may file a Reply that does not exceed 5000 words.

DATED this 12th day of July, 2024.

_____
**THE HONORABLE ROBERT S. LASNIK**

ORDER - 1

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | |
|---|---|
| 1 | Presented by: |
| 2 | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |
| 3 | |
| 4 | */s/ Robert Westinghouse*<br>Robert Westinghouse, WSBA No. 6484 |
| 5 | (westinghouse@goldfarb-huck.com)<br>925 Fourth Avenue, Suite 3950 |
| 6 | Seattle, Washington 98104<br>Telephone: (206) 452-0260 |
| 7 | **NORTON ROSE FULBRIGHT US LLP** |
| 8 | */s/ Andrey Spektor*<br>Andrey Spektor |
| 9 | (andrey.spektor@nortonrosefulbright.com)<br>1301 Avenue of the Americas |
| 10 | New York, NY 10019-6022 |
| 11 | Telephone: (212) 318-3000 |
| 12 | *Attorneys for Ivan Turogin* |
| 13 | **REED SMITH LLP** |
| 14 | */s/ Mark E. Bini*<br>Mark Bini |
| 15 | Kaela Dahan<br>(mbini@reedsmith.com) |
| 16 | (kdahan@reedsmith.com)<br>599 Lexington Ave. |
| 17 | New York, NY 10022<br>Telephone: (212) 549-0296 |
| 18 | **DAVIS WRIGHT TREMAINE LLP** |
| 19 | */s/ Mark N. Bartlett* |
| 20 | Mark N. Bartlett<br>(markbartlett@dwt.com) |
| 21 | 902 Fifth Avenue, Suite 3300 |
| 22 | Seattle, Washington 98104<br>Telephone: (206) 757-7298 |
| 23 | *Attorneys for Sergei Potapenko* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |