The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGEI POTAPENKO and IVAN TURÕGIN, <br><br> Defendants. | NO. CR22-185 RSL <br><br> **ORDER FOR ALTERNATIVE VICTIM NOTIFICATION** |

Pending before the Court is the government's motion for alternative victim notification in compliance with the Crimes Victims' Rights Act, 18 U.S.C. § 3771. Upon review of the briefing, and for good cause shown, the government's motion is hereby GRANTED.

///

///

///

///

///

ORDER FOR ALTERNATIVE VICTIM NOTIFICATION - 1
*United States v. Potapenko & Turõgin*, CR22-185 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  It is hereby ORDERED, pursuant to 18 U.S.C. § 3771(d)(2), that given the large
2 number of potential victims in this case, the United States is authorized to provide the
3 notifications required by 18 U.S.C. § 3771 via the internet. The government shall post a
4 link on the Department of Justice's large case website,
5 https://www.justice.gov/largecases/, which will direct potential victims to a webpage that
6 contains case-specific notifications and information on how to submit victim impact
7 statements.

   SO ORDERED.

   DATED this 18th day of July, 2024.

   _____
   Robert S. Lasnik
   United States District Judge

ORDER FOR ALTERNATIVE VICTIM NOTIFICATION - 2
United States v. Potapenko & Turõgin, CR22-185 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970