THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEI POTAPENKO and<br>IVAN TUROGIN,<br><br>　　　　　Defendants. | CASE NO. 2:22-cr-00185-RSL<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBITS 1, 2, AND 3 TO DEFENDANTS' REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR REVOCATION OF DETENTION ORDER** |

THIS MATTER comes before the Court on Defendants' Motion to Seal Exhibits 1, 2, and 3 to Defendants' Reply to Government's Response to Defendants' Joint Motion for Revocation of Detention Order.

The Court has reviewed the motion and records in this case and finds good cause and compelling reasons are shown to permit the filing under seal Exhibits 1, 2, and 3 due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Exhibits 1, 2, and 3 to Defendants' Reply as to the Joint Motion for Revocation of Detention Order shall be filed under seal.

DATED this 18th day of July, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
CASE NO. 2:22-cr-00185-RSL

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260