THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SERGEI POTAPENKO,<br><br>Defendant. | CASE NO. 2:22-CR-00185-RSL<br><br>**ORDER SETTING DEFENDANT SERGEI POTAPENKO'S CONDITIONS OF RELEASE** |

**IT IS HEREBY ORDERED** that Defendant Sergei Potapenko be released subject to the following conditions:

1. Defendant's release shall be coordinated by Pretrial Services.

2. The Defendant's passport shall be provided to his attorney, Mark Bartlett, who will surrender the passport to the Court after an apartment lease has been executed. The Defendant shall not apply for and/or obtain a new passport or travel document from any country without permission of the Court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if the Defendant is convicted of an offense, unless otherwise ordered by the Court.

ORDER SETTING CONDITIONS OF RELEASE Case No.
2:22-CR-00185-RSL

3. Defendant shall sign a personal surety bond in the amount of $5,000,000, partially secured by real property owned by his partner Ljubov Köhler, his parents Sergei and Valentina Potapenko, his two sisters Inna Sarapova and Margarita Burunova, and his neighbors Eduard and Marina Lipavski.

4. Defendant shall post a cash bond in the amount of $750,000.00, to be paid in three equal installments of $250,000.00, which will be received in three separate international wires. The Clerk is directed to deposit the funds into the Registry of the Court.

5. Defendant shall execute a global waiver of extradition.

6. Defendant shall not have direct or indirect contact with any existing and/or future witnesses in this case. The Government shall provide Defendant with a list of witnesses with whom he cannot have contact.

7. Travel shall be restricted to the Western District of Washington, or as directed by Pretrial Services.

8. Defendant shall maintain residence as directed by Pretrial Services. Defendant shall not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

9. Defendant shall provide Pretrial Services with any requested information regarding his financial status, income sources, and investments. Defendant shall sign a Release of Information form for Credit Bureau Verification, if requested by Pretrial Services.

10. Defendant shall participate in the location monitoring program with Active Global Positioning Satellite. Defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. Defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist shall coordinate Defendant's release with the U.S. Marshals.

DATED July 26, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER SETTING CONDITIONS OF RELEASE Case No.
2:22-CR-00185-RSL