AO 100  (Rev. 01/09)  Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 22-CR-185-RSL |
| Sergei Potapenko | ) | | |
| *Defendant* | ) | | |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

**Residential house at Nurme poik: 38-2, Viimsi 74001, Estonia**
**The property is valued €378,000.00 (appraisal attached)**
**The property is encumbered by a mortgage with an outstanding loan balance**
**of €306,000.00**

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

**Ownership is demonstrated by the attached Land Registry extract**

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Page 2 of 2

AO 100  (Rev  01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement

Date: _06-12-2024_

City and state: _____

Defendant (if a _____)

_ALEKSEI BURUNOV_
Property owner's printed name

_MARGARITA  BURUNOVA_
Property owner's printed name

_____
Property owner's printed name

Date: _____ July 26, 2024

CLERK OF COURT

_Martin Valencia_
Signature of Clerk or Deputy Clerk

Agreement accepted

Date: July 26, 2024

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United States Attorney

_____
Assistant United States Attorney's signature

Agreement approved

Date: July 26, 2024

_____
Judge's signature

Registriosa:

| | |
|---|---|
| Registriosa number | 11547550 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 2 |
| Korteriühistu registrikood | 80549674 |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 89001:001:0583 | Elamumaa 100%, Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38. | 2291 m2 | 18.04.2018 kinnistamisavalduse alusel registriosa avatud kinnistu 5432750 jagamisel korteriomanditeks 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| | 1384/8304 mõttelist osa kinnisasjast ja eriomandi ese nr 2. Teised sama kinnisasja korteriomandid nr 11547450, 11547650, 11547750, 11547850, 11547950. Eriomandi ese ja sisu vastavalt 18.04.2018 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile. Igakordse omaniku erikasutusse jääb panipaik, mille asukoht on 18.04.2018 kinnistamisavalduse lisas nr 1 oleval plaanil tähistatud numbriga 102. | | | | |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 4 | Ühisomanikud Aleksei Burunov (isikukood 38210122217), Margarita Burunova (isikukood 48312182218) | 25.08.2022 kinnistamisavalduse alusel sisse kantud 5.09.2022. Kohtunikuabi Sigrid Orumets | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus ühisveevärgi ja kanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks vastavalt 25.10.2016 lepingu punktile neli ja lepingu lisas olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. Kanne asub 3. jao kandega nr 2 samal järjekohal. | Sisse kantud registriossa 5432750 7.11.2016; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 2 | Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus sademeveekanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks vastavalt 25.10.2016 lepingu punktile viis ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. Kanne alus 3. jao kandega nr 1 samal järjekohal. | Sisse kantud registriossa 5432750 7.11.2016; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 3 | Isiklik kasutusõigus Aktsiaselts Starman (registrikood 10069659) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus kinnistuga püsivalt ühendatud elektroonilise side võrgu rajatiste (mikrotoru, sidekappide ja mikrotorustikku paigaldatud sidevõrgu kaablite) omamiseks, ehitamiseks, kasutamiseks, remontimiseks, korrashoiuks, asendamiseks ja hooldamiseks vastavalt Tallinna notar Robert Kimmel'i poolt 08.03.2017.a. tõestatud lepingu punktidele kaks üks (2.1.), ja kaks neli (2.4.) kuni kaks üksteist (2.11.) ning lepingu lisaks nr 1 olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. | Sisse kantud registriossa 5432750 16.03.2017; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 4 | Isiklik kasutusõigus Imatra Elekter Aktsiaselts (registrikood 10224137) kasuks. Tähtajatu isiklik kasutusõigus kinnistuga püsivalt ühendatud elektrivõrgu (liinirajatis) kasutamiseks vastavalt 3.04.2017.a lepingu punktidele 2.7 ja 2.9 kuni 2.11 ning lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. | Sisse kantud registriossa 5432750 5.04.2017; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 5 | Märkus kaasomandi valdamise ja kasutamise kohta. Kinnistu kasutuskord vastavalt 18.04.2018 avalduse punktidele 5.1. kuni 5.6. ning avalduse lisaks nr 2 olevale plaanile. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | | kehtiv |
| 6 | Isiklik kasutusõigus Viimsi vald kasuks. Tähtajatu ja tasuta isiklik kasutusõigus jalgtee omamiseks, remontimiseks, hooldamiseks, korras hoidmiseks ja avaliku kasutuse tagamiseks vastavalt 07.06.2018.a. tõestatud lepingu punktile kaks (2) ning 07.06.2018.a. tõestatud lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. 7.06.2018 kinnistamisavalduse alusel sisse kantud 11.06.2018. Kohtunikuabi Tiiu Karu | | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 16.11.2021 kinnistamisavalduse alusel 24.11.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 2 | Hüpoteek summas 409 500,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 409 500,00 EUR | 25.08.2022 kinnistamisavalduse alusel sisse kantud 5.09.2022. Kohtunikuabi Sigrid Orumets | kehtiv |

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press
Kuupäev: 05.06.2024 13:52:07
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.





**Eksperthinnang nr 1382-24**

| | |
|---|---|
| Vara: | Korteriomand (ridaelamuboks), registriosa nr 11547550 |
| Aadress: | Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2 |
| | |
| Väärtuse kuupäev: | 04.06.2024 |
| Hindamisaruande kuupäev: | 06.06.2024 |
| | |
| Turuväärtus: | 378 000 € |

Hindamisaruande koostaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 7 of 55
Korteriomandi Viru maakond, Vinni vald, Pajusti alevik, Nurme põik 38-2

**Sisukord**

KOKKUVÕTE .................................................................................................................................. 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ........................................................................ 4
    1.1. Hinnatav vara ja hindamise eesmärk ............................................................................... 4
    1.2. Hindamise alused ning hindamisaruande avaldamine ...................................................... 4
    1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta .................................. 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ............................................................... 5
    2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon ......................................... 5
    2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentide) ja tegeliku olukorra vahel ........................ 5
    2.3. Hinnatava vara ülevaatus ................................................................................................. 5

**3. Hinnatava vara kirjeldus** ......................................................................................................... 6
    3.1. Asukoht ............................................................................................................................ 6
    3.2. Omandisuhted .................................................................................................................. 8
    3.3. Maakasutus ..................................................................................................................... 10
    3.4. Hoone üldandmed ........................................................................................................... 11
    3.5. Hoone põhikonstruktsioonid ........................................................................................... 12
    3.6. Ridaelamuboksi üldandmed ............................................................................................ 13
    3.7. Eluruumide viimistlus ja seisukord .................................................................................. 13
    3.8. Ridaelamuboksi tehnosüsteemid ..................................................................................... 14
    3.9. Hinnang hinnatava vara kestlikkuse väärtusele ............................................................... 14

**4. Turuülevaade** ......................................................................................................................... 15
    4.1. Majandusülevaade ........................................................................................................... 15
    4.2. Harjumaa ja Tallinna korterituru ülevaade ...................................................................... 16
        4.2.1. Müügitehingud ........................................................................................................ 22
        4.2.2. Turustatavuse analüüs ............................................................................................ 23
        4.2.3. Pakkumine .............................................................................................................. 24
    4.3. Parim kasutus ................................................................................................................... 25

**5. Hindamine** .............................................................................................................................. 25
    5.2. Hindamise metoodiline alus ja põhimõtted ..................................................................... 25
    5.3. Turuväärtuse hinnang ...................................................................................................... 26

**6. Hindamistulemus** .................................................................................................................... 29

**Lisa 1. Fotod** ............................................................................................................................... 30

**Lisa 2. Kinnistusraamatu väljavõte** ............................................................................................ 39

**Lisa 3. Ehitisregistri väljavõte** .................................................................................................... 41

**Lisa 4. Väljavõtted notariaalsetest dokumentidest, hoonejaotusplaanid** ................................. 44

**Vastavuskinnitus standardi nõuetele:** ........................................................................................ 50

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025


## KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Korteriomand (ridaelamuboks), registriosa nr 11547550 |
| Aadress | Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2 |
| Omanik | Ühisomanikud Aleksei Burunov (isikukood 38210122217), Margarita Burunova (isikukood 48312182218) |
| Katastritunnus | 89001:001:0583 |
| Omandivorm | Korteriomand |
| Eriomandi eseme üldpind | 138,4 m², sh eluruumi pind 134,1 m² ja tehnoruum 4,3 m² (kinnistusraamatu hoonejaotusplaani andmed) |
| Eluruumi pind | Eluruumi pind 134,4 m² + tehnoruum 4,3 m² (ehitisregistri ja kasutusloa järgsed andmed) |
| Hinnang ridaelamuboksi üldisele seisukorrale | Väga hea |
| HINDAMISARUANDE KOONDANDMED | |
| Hinnangu eesmärk | Eksperthinnang on koostatud vara turuväärtuse hindamiseks, esitamiseks kohtule. |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega. |
| Ülevaatuse kuupäev | 04.06.2024 |
| Väärtuse kuupäev | 04.06.2024 |
| Hindamisaruande kuupäev | 06.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ |
| Tellimusleping | Tellimus e-maili teel, 31.05.2024, kinnitanud vandeadvokaat Paul Keres |
| Hindamise eeldused | Hindamise tavapraktikast väljuvad eeldused puuduvad. |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis prognoosime hinnatud turuväärtuse juures 6 kuni 9 kuud. Likviidsuse hindame keskpäraseks. |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±10%, ehk tegelik tehinguhind võib eelneva protsendi piires erineda. |
| Käibemaks | Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmendi tehingud ei ole käibemaksuga maksustatavad. |
| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES | |
| Kinnistusraamatu ja ehitisregistri andmed ei ühti - ridaelamuboksi eluruumi pinna erinevus on 0,3 m². Kinnistusraamatus on algse ehitusprojekti järgsed andmed, hiljem teostati muudatusprojekt, mille tulemusel korteri pind suurenes 0,3 m². Hindamisel võtame aluseks ehitisregistri andmed (eluruumi pind 134,4 m² + tehnoruum 4,3 m²), mis vastavad muudatusprojekti andmetele ning mille alusel on väljastatud kasutusluba. | |
| HINDAMISTULEMUS | |
| Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2** asuva korteriomandi (reg.nr 11547550) turuväärtus väärtuse kuupäeval **378 000 (kolmsada seitsekümmend kaheksa tuhat) eurot.** | |

Hindamisaruande koostaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Jaanika-Jane Tõnurist
Kutseline hindaja
Kinnisvara hindaja, tase 6
kutsetunnistus nr 163378
Eesti Kinnisvara Hindajate Ühingu liige

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2 |
|---|---|
| Registriosa nr | 11547550 |
| Vara koosseis | 1384/8304 mõttelist osa kinnisasjast ja eriomandi ese nr 2.<br><br>Igakordse omaniku erikasutusse jääb panipaik, mille asukoht on 18.04.2018 kinnistamisavalduse lislas nr 1 oleval plaanil tähistatud numbriga 102. |
| Vara liik | Korteriomand (ridaelamuboks) |
| Hindamise eesmärk | Turuväärtuse hindamiseks, esitamiseks kohtule. |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõiki hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel ei ole arvestatud korteriühistu võlgnevusega;
- hindamisel ei ole arvestatud vara koormava hüpoteegiga.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasugune saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud ehitus-tehnilisi uuringuid tehnosüsteemidele.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Hinnatava vara omaniku poolt esitatud info | 04.06.2024 |
| Kohapealne ülevaatus | 04.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 05.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 05.06.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 05.06.2024 |
| Üldplaneeringu info päring https://www.viimsivald.ee/teenused/planeeringud/uldplaneeringud/kehtestatud-uldplaneeringud | 05.06.2024 |
| Detailplaneeringute info päring https://service.eomap.ee/viimsivald/ | 05.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 31.05.2024 |
| Avalike kinnisvaraportaalide andmed, https://www.kv.ee | 05.06.2024 |
| Kitsenduste kaart ja kitsenduste info https://kitsendused.maaamet.ee | 05.06.2024 |
| Kinnistu jagamine korteriomanditeks, sh hoonejaotusplaanid, kasutuskorra kokkulepe, 18.04.2018, https://kinnistusraamat.rik.ee | 05.06.2024 |
| Ridaelamu muudatusprojekt, töö nr 20031401, sh hoonejaotusplaanid, https://www.ehr.ee | 05.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentide) ja tegeliku olukorra vahel

| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES |
|---|
| Kinnistusraamatu ja ehitisregistri andmed ei ühti - ridaelamuboksi eluruumi pinna erinevus on 0,3 m². Kinnistusraamatus on algse ehitusprojekti järgsed andmed, hiljem teostati muudatusprojekt, mille tulemusel korteri pind suurenes 0,3 m². Hindamisel võtame aluseks ehitisregistri andmed (eluruumi pind 134,4 m² + tehnoruum 4,3 m²), mis vastavad muudatusprojekti andmetele ning mille alusel on väljastatud kasutusluba. |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 04.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline nooremhindaja Maarja Triise |
| Ülevaatuse juures viibinud isik | Ühisomanik Margarita Burunova |
| Ülevaatuse ulatus | Ülevaatus hõlmas hinnatavat vara tervikuna. |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud. |

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025


## 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Hinnatava vara asukoht on Harju maakonnas Viimsi vallas Haabneeme alevikus eramute, rida- ja paariselamute piirkonnas. Piirkonnasiseselt on asukoht hea, ostjate poolt keskmisest kõrgemalt hinnatud. Kaugus Tallinna Südalinnast on ca 13 km. |





Allikas: Maa-ameti kaardirakendus

**Domus Kinnisvara**

Maarja Triise                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                          Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 12 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2



| Mikroasukoht | |
|---|---|
| Piirkonna hoonestus | Ümbruskonna hoonestuse moodustavad valdavalt uuemad rida-, paaris- ja üksikelamud . |
| Infrastruktuur | Lähim kool asub 1,1 km kaugusel, lasteaed 1,1 km kaugusel ja kauplus 1,7 km kaugusel. |
| Haljastus ja heakord | Piirkonnas on madal- ja kõrglhaljastus, ümbruskond on heakorrastatud, läheduses kõrghaljastusmassiiv |
| Veekogud | Haabneeme rand ca 1,7 km kaugusel |
| Õhu saastatus ja müra | Müra- ja saastatuse tase vara vahetus ümbruses on keskmisest madalam, kuna vara asub keskmisest madalama liiklustihedusega teede läheduses. |
| Konkureerivad turupiirkonnad | Viimsi valla teised asulad, osaliselt Pirita linnaosa |
| Juurdepääs | Juurdepääs on avalikult kasutatavatelt teedelt, otsene juurdepääs avalikult kasutatavalt Nurme põik L3. |
| Teede skeemid | |

Kohalik tee
Eratee
Metsatee

Põhimaantee
Tugimaantee
Kõrvalmaantee
Ramp, ühendustee
Muu riigitee
trassi osa

Allikas: geoportaal.maaamet.ee (maanteeameti kaart)

| Kergliiklusteed ja avalikud puhkealad | Kergliiklusteed läheduses olemas, läheduses avalikud puhkealad. |
|---|---|
| Parkimine | Parkimine hoonete ümber ja tänaval on tasuta, parkimistingimused on head. |
| Ühistransport | Lähim bussipeatus asub ca 450 m kaugusel. |

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 13 of 55
Harjumaa, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

## 3.2. Omandisuhted

| | |
|---|---|
| Registriosa number | 11547550 |
| Omandivorm | Korteriomand |
| Eriomandi koosseis | 1384/8304 mõttelist osa kinnisasjast ja eriomandi ese nr 2.<br><br>Igakordse omaniku erikasutusse jääb panipaik, mille asukoht on 18.04.2018 kinnistamisavalduse lisaks nr 1 oleval plaanil tähistatud numbriga 102. |
| Omanik | Ühisomanikud Aleksei Burunov (isikukood 38210122217), Margarita Burunova (isikukood 48312182218) |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Puuduvad.<br><br>*Eksperthinnangu lisas nr 2 on toodud kinnistusregistriosa väljavõte.* |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Kanne nr 1. Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus ühisveevärgi ja kanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks.<br><br>Kanne nr 2. Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus sademeveekanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks.<br><br>Kanne nr 3. Isiklik kasutusõigus Aktsiaselts Starman (registrikood 10069659) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus kinnistuga püsivalt ühendatud elektroonilise side võrgu rajatiste (mikrotoru, sidekappide ja mikrotorustikku paigaldatud sidevõrgu kaablite) omamiseks, ehitamiseks, kasutamiseks, remontimiseks, korrashoiuks, asendamiseks ja hooldamiseks.<br><br>Kanne nr 4. Isiklik kasutusõigus Imatra Elekter Aktsiaselts (registrikood 10224137) kasuks. Tähtajatu isiklik kasutusõigus kinnistuga püsivalt ühendatud elektrivõrgu (liinirajatis) kasutamiseks.<br><br>*Kanded nr 1, 2, 3 ja 4 on seotud tavapäraste tehnovõrkude majandamise ja hooldamisega ning ei avalda hinnatava vara turuväärtusele negatiivset mõju, kuna ei piira selle sihtotstarbelist kasutamist.*<br><br>Kanne nr 5. Märkus kaasomandi valdamise ja kasutamise kohta. Kinnistu kasutuskord vastavalt 18.04.2018 avalduse punktidele 5.1. kuni 5.6. ning avalduse lisaks nr 2 olevale plaanile.<br>*Kande nr 5 alusel on reguleeritud Nurme põik 38 kinnistu maa-ala valdamine ja kasutamine. Notariaalse kasutuskorra alusel on hinnatava vara igakordse omaniku ainuvalduses ja -kasutuses maa-ala, mille asukoht on notariaalse lepingu lisaks nr 2 oleval plaanil tähistatud numbriga 2. Kande mõju hinnatava vara turuväärtusele on positiivne ning sellega on hindamisel arvestatud.*<br>*Vt Lisa 4.*<br><br>Kanne nr 6. Isiklik kasutusõigus Viimsi vald kasuks. Tähtajatu ja tasuta isiklik kasutusõigus jalgtee omamiseks, remontimiseks, hooldamiseks, korras hoidmiseks ja avaliku kasutuse tagamiseks vastavalt 07.06.2018.a. tõestatud lepingu punktile kaks (2) ning 07.06.2018.a. tõestatud lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950.<br><br>*Kanne nr 6 ei avalda hinnatava vara turuväärtusele negatiivset mõju, kuna ei piira selle sihtotstarbelist kasutamist.* |

**Domus Kinnisvara**

Maarja Triise                                                                                                      Domus Kinnisvara
Kutseline nooremhindaja                                                                                Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                                                  Tel 646 4025



| Vara hüpoteegi kanded registriosa IV jaos | Kanne nr 2. Hüpoteek summas 409 500,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. |
| --- | --- |
| | *Hindamisel ei ole arvestatud vara koormava hüpoteegiga.* |
| | *Eksperthinnangu lisas nr 2 on toodud kinnistusregistriosa väljavõte.* |
| Maa-ameti kitsenduste kaardi järgsed kitsendused | Maa-ameti kaardiserveri kitsenduste kaardi andmete kohaselt on järgnevad kitsenduste mõjualad: sideehitise kaitsevöönd, ühisveevärgi ja -kanalisatsiooni vöönd, eesvoolu kaitsevöönd, elektripaigaldise kaitsevöönd ja planeeringu ala. |
| | *Nimetatud kitsendused ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna ei takista selle sihipärast kasutamist.* |

Kitsenduste kaart ja loetelu:

| Kitsenduste mõjuala nähtus | Ulatus (m2) |
| --- | --- |
| Sideehitise kaitsevöönd | 7.03 |
| Ühisveevärgi ja -kanalisatsiooni vöönd | 122.13 |
| Elektripaigaldise kaitsevöönd | 9.28 |
| Eesvoolu kaitsevöönd | 141.74 |
| Planeeringu ala | 2290.73 |



*Allikas: geoportaal.maaamet.ee*

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



| Korteriühistu pandiõigus | Korteriühistul on korteriomandist tulenevate nõuete tagamiseks korteriomandile korteriomandi- ja korteriühistuseadusest tulenev pandiõigus, millele kohaldatakse esimesel järjekohal oleva hüpoteegi kohta sätestatut. Korteriühistu pandiõiguse suurus on korteriomandi eelmise majandusaasta majandamiskulude summa. *Hindamisel ei ole arvestatud korteriühistu pandiõigusega.* |
|---|---|
| Üürilepingud | Hindajale teadaolevalt puuduvad. |
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |

## 3.3. Maakasutus

| Katastritunnus | 89001:001:0583 |
|---|---|
| Ortofoto | <br>*Allikas: geoportaal.maaamet.ee* |
| Sihtotstarve | Elamumaa 100% |
| Pindala | Kinnistu pindala 2291 m². *Vastavalt notariaalsele lepingule on hinnatava vara igakordse omaniku ainuvalduses ja -kasutuses maa-ala, mille asukoht on notariaalse lepingu lisaks nr 2 oleval plaanil tähistatud numbriga 2 (oma hooviala ca 60 m² ning kaks parkimiskohta).* |
| Kuju, reljeef | Kompaktse kujuga, reljeef valdavalt tasane. Maatüki kuju on ortofotol piiritletud sinise joonega. |
| Parkimine | Parkimisala on kaetud kivisillutisega. Parkimine on reguleeritud notariaalse kasutuskorra alusel. *Vastavalt notariaalsele lepingule on hinnatava vara igakordse omaniku ainuvalduses ja -kasutuses maa-ala, mille asukoht on notariaalse lepingu lisaks nr 2 oleval plaanil tähistatud numbriga 2 (oma hooviala ca 60 m² ning kaks parkimiskohta).* |
| Hooned ja rajatised | Hooned - ridaelamu Rajatised - sideliinid, külmaveetorustik, kanaliatsioonitorustikud, kinnistusisene drenaaž, elektriauto laadimispunkt |

Maarja Triise                                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                              Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                              Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 16 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

| Haljastus | Madalhaljastus, elupuuhekk |
|---|---|
| Piirded | Elupuuhekk, osaliselt võrkpiirded |
| Üldplaneering | Kehtestatud Viimsi valla mandriosa üldplaneering Viimsi Vallavolikogu 11. jaanuari 2000 otsusega nr 1.<br>Kinnistu paikneb üldplaneeringu kohaselt väikeelamute maa juhtotstarbelisel alal.<br><br>Allikas:<br>https://www.viimsivald.ee/teenused/planeeringud/uldplaneeringud/kehtestatud-uldplaneeringud |
| Miljööväärtuslik planeering | Puudub. |
| Detailplaneering ja ehitusõigus | Kehtestatud on Kuuse maaüksuse detailplaneering (DP 05-043), 14.08.2007 otsusega nr 76.<br>Detailplaneeringuga määratud ehitusõigus:<br>- Krundile lubatud rajada ridelamu<br>- Hoone maksimaalne kõrgus 8,5 m<br>- Hoonete alune pind kuni 750 m²<br>Ehitusõigus on realiseeritud.<br><br>*Allikas: https://service.eomap.ee/viimsivald/* |

## 3.4. Hoone üldandmed

| RIDAELAMU | |
|---|---|
| Esmase kasutuselevõtu aasta | 2020. a (ehitisregistri andmed) |
| Ehitisregistri kood | 120832652 |

Maarja Triise
Kutseline nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



*Allikas: hindaja info*

| Korruselisus | Maapealsete korruste arv 2 (ehitisregistri andmed) |
|---|---|
| Hoone ehitisealune pind | 691,5 m$^2$ (ehitisregistri andmed) |
| Hoone suletud netopind (SNP) | 854,0 m$^2$ (ehitisregistri andmed) |
| Korteriühistu | Viimsi vald, Haabneeme alevik, Nurme põik 38 korteriühistu (80549674) |
| Haldaja | Korteriühistu |
| Lift | Puudub |
| Eluruumide arv | 6 |
| Ehitusluba, ehitusteatis Kasutusluba, kasutusteatis[1] | Ehitusluba (ehitise püstitamiseks), 1812271/05331, 16.03.2018 Kasutusluba (ehitise püstitamisel), 2012371/07565, 29.04.2020 Ehitusteatis (korter nr 4), 2211201/24812, 10.08.2022 Kasutusteatis (korter nr 4), 2311301/05217, 18.05.2023 *Allikas: https://ehr.ee/* |
| Energiamärgis | Määramata, soovitame tellida uue energimärgise |

### 3.5. Hoone põhikonstruktsioonid

| Vundamendi liik | Madalvundament (ehitisregistri andmed) |
|---|---|
| Kande- ja jäigastavate konstruktsioonide materjal | Väike- või suurplokk, puit, monoliitne raudbetoon (ehitisregistri andmed) |
| Välisseinad | Väike- või suurplokk (ehitisregistri andmed) |
| Vahelagede kandva osa materjal | Monteeritav raudbetoon (ehitisregistri andmed) |
| Katuse ja katuselagede kandva osa materjal | Puit (ehitisregistri andmed) |
| Katusekatte materjal | Bituumen, PVC-plaat või rullmaterjal (ehitisregistri andmed) |
| Välisseina välisviimistluse materjal | Fassaadiplaat, krohv (ehitisregistri andmed ja visuaalne vaatlus) |
| Hoone põhikonstruktsioonide seisukord | Konstruktsioonide põhjalikku ehitus-tehnilist ekspertiisi ei ole teostatud. Visuaalsel vaatlusel on hoone põhikonstruktsioonid väga heas seisukorras. Vajumisi, niiskuskahjustusi või deformatsioone ülevaatuse ajal ei tuvastatud. Tegemist on ehituslikult uuema ehitisega. |

---

[1] *Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbele (EhSRS § 23 lg 2). Kasutusotstarbe muutumisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).*

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 18 of 55
Harjumaa, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

| Hoone välisviimistluse seisukord | Hoone välisviimistluse seisukorra hindame väga heaks. |
|---|---|
| Vastuolud andmetes | Puuduvad |

## 3.6. Ridaelamuboksi üldandmed

| Vara liik | Korteriomand | |
|---|---|---|
| Korteri pindala | Kinnistusraamatu hoonejaotusplaanide andmed | Ehitisregistri ja kasutusloa järgsed andmed |
| | 138,4 m², sh eluruumi pind 134,1 m² ja tehnoruum 4,3 m² | Eluruumi pind 134,4 m², lisaks tehnoruum 4,3 m² (kokku 138,7 m²) |
| Pindala vastavus | Kinnistusraamatu ja ehitisregistri andmed ei ühti - eluruumi pinna erinevus 0,3 m². Kinnistusraamatus on algse ehitusprojekti järgsed andmed, hiljem teostati muudatusprojekt, mille tulemusel korteri pind suurenes 0,3 m². | |
| Hindamisel võetakse aluseks | Ehitisregistri andmed (pind kokku 138,7 m²), mis vastavad muudatusprojektile ning mille alusel on väljastatud kasutusluba. | |
| Korrus | 1. ja 2. | |
| Ruumilahendus/planeering | Keskmine ridaelamuboks on hea ruumiplaneeringuga: 1.korrus: esik, pesuruum, leilruum, wc, garderoob, tehnoruum, köök-elutuba, terrass 2.korrus: trepihall, neli magamistuba, wc-vannituba<br><br>Vaated on loode ja kagu suunal (terrass ja hooviala kagusuunal).<br>*Eksperthinnangu lisas nr 4 on toodud väljavõtted hoonejaotusplaanidest.* | |
| Tubade arv | 4 tuba | |
| Rõdu/terrass | Terrass (pind ca 7 m²), rõdu (pind 6,9 m²)<br>Juurdepääs terrassile on avatud köök-elutoast, rõdule magamistoast | |
| Maa-ala/hooviala kasutus | Vastavalt notariaalsele lepingule on hinnatava vara igakordse omaniku ainuvalduses ja -kasutuses maa-ala, mille asukoht on notariaalse lepingu lisaks nr 2 oleval plaanil tähistatud numbriga 2 (oma hooviala ca 60 m² ning kaks parkimiskohta).<br>*Vt Lisa 4.* | |
| Panipaik | Korteriomandi erikasutuses on panipaik, mis on plaanil tähistatud numbriga 102.<br>*Vt Lisa 4.* | |
| Parkimiskoht | Vastavalt notariaalsele lepingule on hinnatava vara igakordse omaniku ainuvalduses ja -kasutuses maa-ala, mille asukoht on notariaalse lepingu lisaks nr 2 oleval plaanil tähistatud numbriga 2 (oma hooviala ca 60 m² ning kaks parkimiskohta).<br>*Vt Lisa 4.* | |
| Vastuolud andmetes | Hindaja ei tuvastanud andmete erinevust tegeliku ja registrite andmete vahel. | |

## 3.7. Eluruumide viimistlus ja seisukord

| Eluruumide viimistlus | |
|---|---|
| Põrandakatted | Naturaalparkett, keraamilised plaadid |
| Seinakatted | Värvkate, dekoratiivkrohv |
| Lagi | Värvkate |
| Materjalide seisukord | Väga hea |
| Aknad | Puitalumiiniumraamidel kolmekordse klaaspaketiga aknad |
| Uksed | Valged spoonuksed, välisuks soojustatud puituks |
| Trepp | Puittrepp |
| Sanitaarruumide viimistlus | |
| Põrandakatted | Keraamilised plaadid |
| Seinakatted | Keraamilised plaadid, leiliruumis laudis |
| Lagi | Värvkate, leiliruumis laudis |
| Sanitaartehnika | Kaasaegne |
| Materjalide seisukord | Väga hea |

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

| Kohtkindel sisseseade | Kohtkindel köögimööbel |
|---|---|
| |  *Allikas: hindaja info* |
| Hinnang ridaelamuboksi üldisele seisukorrale | Hinnatava ridaelamuboksi ruumid on väga heas seisukorras, kulum minimaalne. Kasutatud on kaasaegseid siseviimistlusmaterjale, viimistlus on teostatud heal tasemel. |
| Remondivajadus | Puudub. |

## 3.8. Ridaelamuboksi tehnosüsteemid

| Elektrivarustus | Võrk, päikeseenergial põhinev (ehitisregistri andmed) |
|---|---|
| Veevarustus | Võrk (ehitisregistri andmed) |
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Küttesüsteem | Lokaalküte: õhk-vesisoojuspump, päikeseenergia (ehitisregistri andmed), soojuskandjaks on vesipõrandaküte (ruumipõhine reguleerimine), leiliruumis on elektrikeris. |
| Ventilatsioon | Soojustagastusega ventilatsioon (ehitisregistri andmed) |
| Muud tehnosüsteemid | Puuduvad |
| Tehnosüsteemide seisukord | Visuaalsel vaatlusel ning omaniku sõnul töökorras ja heas seisukorras. |

## 3.9. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid ja hindaja hinnangul on vara kestlikkuse väärtus positiivne. Tegemist on ehituslikult uuema ridaelamuga, millel on kaasaegsed tehnosüsteemid, hinnatav ridaelamuboks on väga heas seisukorras. |

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025



# 4. Turuülevaade

## 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[2]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala töötuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimsusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiiruseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtteid ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressursside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, miks on hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujääki suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat elavdavat majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu – siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujäägi piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

---

[2] Eesti Panga majandusprognoos seisuga 26.03.2024

**Domus Kinnisvara**

Maarja Triise                                                                                      Domus Kinnisvara
Kutseline nooremhindaja                                                                      Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                                       Tel 646 4025

Eksperthinnang nr 1382-24

Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

**Eesti Panga majandusprognoosi põhinäitajad:**

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| tööhõive (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

\* Prognoos

Allikad: statistikaamet, Eesti Pank

## 4.2. Harjumaa ja Tallinna korterituru ülevaade

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihindade võimalikust langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele püüsid müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenu andjad püüdsid järjest enam toetada tehinguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu täheldada ei olnud (ka kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis siis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu neeliduvusvõime.

Tallinnas oli 2023.a. IV kvartali ja 2024.a. I kvartali võrdluses tehingute arv langues. I kvartalis oli tehingus 1729 korteriomandit, mida on kvartalite võrdluses umbes 20% vähem. Peamine erinevus kahe kvartali vahel oli tingitud tehingu struktuurist, sest IV kvartalise mahtus väga suur hulk lõpumüüke, s.h. uusarenduste müüke, mida I kvartalis enam nii palju ei olnud. Kui vaadata tehingute arvu langust linnaosade arvestuses, siis enim langes tehingute arv nendes linnaosades, kus uusarendusi oli lähimnevikus kõige enam: Haabersti, Kristiine, Põhja-Tallinna linnaosa.

Ometi jätkus turul ostjate seas ootus hindade langemiseks, sest kodumajapidamiste kindlustunne oli madal ja selle taustal oli vähe neid, kes suudsid ja tahtsid teha kinnisvara tehinguid.

Tehingute arvu muutus tõi kaasa ka keskmise hinna muutuse, kuid numbritesse süvenedes või järeldada, et tegemist oli tehingute struktuurist tingitust nähtusega. Aga konkreetselt samaväärsete ostu-müügitehingute võrdlemisel ei saanud olulist hinnamuutust kvartalite võrdluses täheldada ehk hinnatase jäi kvartalite võrdluses samasugueks.



**Tallinna linna korteriomandite tehingute arv ja keskmine hind aastatel 2018-2024 kvartalite lõikes**

Tehingute arv, tk — Hind, €/m²

Tallinna tehingute arv — Tallinna keskmine hind

Allikas: Maa-ameti tehingute andmebaas

Maarja Triise
Kutseline nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 22 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

**Korterite aritmeetiline keskmine ühikuhind 2024.a. I kv ja muutus võrreldes 2023.a. IV kv-ga:**

| | | | |
|---|---|---|---|
| Haabersti 3154 €/m² -8% | Kesklinn 3510 €/m² -5% | Kristiine 3349 €/m² +2% | Lasnamäe 2389 €/m² +0% |
| Mustamäe 2500 €/m² -8% | Nõmme 2603 €/m² +3% | Pirita 2878 €/m² -4% | Põhja-Tallinn 3100 €/m² -14% |

**Korterituru väljavõtted 2024.a. seisuga:**
- Tehingute arv on ajaloolisest keskmisest mõnevõrra madalam;
- Hinnalangus on peatunud, kahe kvartali võrdluses on see püsinud samal tasemel;
- Jätkub surve müügihindade langetamiseks;
- Euribori langus (või jutud sellest) toovad turule teatavat elavnemist;
- Müügivajadus teeb müüjad paindlikumaks;
- Aeg huvilisega esmakontaktist kuni ostuotsuse ja müügitehinguni on jätkuvalt suhteliselt pikk;
- Ostjatel on jätkuvalt põhjalikult kaalutletud ostuotsused;
- Stabiliseerunud hinnad hakkavad tooma kaasa rohkem selgus ja julgustama ostjaid ostuotsust langetama;
- Hinnakasvust suurem palgakasv parandab elamispindade ostujõudu, kuid üldine korteri taskukohasus püsib ajaloolisest keskmisest madalamal tasemel. Taskukohasemad on järelturu korterid, uued korterid on kõige vähem taskukohasemad;
- Üürikorterite pakkumiste maht kasvab;
- Uusarenduste turule siseneb rohkem arendajaid;
- Uute korterite pakkumiste maht kasvab, aga turu neelduvusvõime püsib endiselt tagasihoidlik;
- Uute korterite broneerimislepingute arv on umbes 10% uute korterite pakkumistest, mis on hoidmas uusarenduste turule tulekut ikkagi endiselt tagasihoidlikuna.

**Nõudlus**

Nõudlus püsis suhteliselt madalal tasemel, mis oli suuresti tingitud euribori muutusest ning seda näitasid ka mõned nõudluse taastamiseks mõeldud lahendused. Näiteks püüti turul kõrge euribori mõju leevendada erinevate viisidega: pakuti nullmarginaaliga laene, A-energiaklassiga varadele pakuti madalama intressiga laene, Eesti Pank leevendas 1. aprillist laenuvõimekuse testimise tingimusi, pankadevahelised konkureerimised vähendasid marginaale jms.

Turuosaliste hinnangul avaldas mõju ka euribori stabiliseerumine ja selle kohatine langemine. Aasta teises pooles, kui euribor prognooside järgi allapoole liikuma hakkab, väheneb kodulaenu igakuine laenumakse, mis peaks mõjutama nõudlust positiivselt ehk tooma turule mingil määral ostjaid tagasi.  Nõudluse paranemist peaks toetama ka palga kasv ehk ostujõu taastumine, sest sissetulekute kasv on olnud kiirem võrreldes hindade kasvuga. Sedasi muutub ostja jaoks kinnisvara järk-järgult taskukohasemaks.

Ka laenuandjad eelistavad jätkuvalt tugeva maksevõimega, varasema hea maksekäitumisega, piisava omafinantseeringuga ja heas korras tagatisvaraga kliente.

Siiski jääb paraneva nõudlusega taustale ikkagi ebakindel majanduskeskkond, mis käesoleval aastal tõotab tulla eelneva aastaga üsna sarnane. Järelikult üldistades võib käesolevaks aataks prognoosida küll nõudluse paranemist, aga kokkuvõttes jääb see ikkagi selgelt suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

**Pakkumine**

Aasta algusest alates müügipakkumiste arv kasvas. Eelkõige oli seda täheldada kõrgema hinnaklassi varadega linnaosades, kus kasvumäärad olid kvartali võrdluses kohati kahekohalised ehk turule tuli pakkumist juurde rohkem võrreldes turu neelduvusvõimekusega.

Suhteliselt vähe ehk mõne protsendi jagu ülesse-alla muutus pakkumiste arv magalapiirkonnas, kus pakutava kinnisvara hinnatase oli kogu pealinna arvestuses keskmine või kohati keskmisest madalam. Kui siia juurde tuua võrdluseks ka magalapiirkondade tehingute maht, siis võib siit järeldada, et magalapiirkondadesse on tekkinud teatav stabiilsus, mida põhjas käinud majandus enam justkui oluliselt ei kõiguta. Seda toetab ka maa-ameti tehingute statistika, kus nö vanema elamufondi tehingute arv oli 2023.a. IV ja 2024.a. I kvartali võrdluses üsna sarnane.

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

Eksperthinnang nr 1382-24



**Tallinna korterite keskmine müügipakkumiste arv ja keskmine hind aastatel 2020-2024 kuude lõikes**

Pakkumiste arv, tk

Keskmine hind, €/m²

Legend: Aktiivsed pakkumisi — Keskmine hind, €/m²

Allikas: Kinnisvaraportaal kv.ee, Domus Kinnisvara

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumisest olevast varast ilma jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teataval määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

**Maakonna korterid**

Umbes veerand Harjumaa korterite tehingutest tehti väljaspool Tallinnat ning sellise osakaaluga suhe on valitsenud küllaltki pikka aega. Kvartalite võrdluses muutus tehingute arv -3% ehk I kvartalis tehti 558 korteri ostu-müügitehingut. Viimase kasvu oli täheldada ainult keskmisest jõukamates omavalitsustes nagu Rae ja Viimsi vallas, aga mujal omavalitsustes tehingute arv langes.

Tabel 1. Korteriomandite (eluruumide) tehingute arv Harjumaal 2024.a. I kvartalis võrreldes 2023.a. I kvartaliga:

| | Harku vald | Jõe-lähtme vald | Keila linn | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 30 | 35 | 49 | 39 | 9 | 55 | 35 | 9 | 120 | 19 | 53 | 68 |
| Muutus, % | -46% | -17% | 48% | -7% | -36% | -10% | -10% | -44% | 45% | -39% | -23% | 15% |

Allikas: Maa-ameti tehingute statistika

Sarnaselt tehingute arvu langusega oli teatavat langust täheldada ka keskmistes hindades. Siiski jäi see kvartalite vahelises võrdluses kokkuvõtlikult -1%, ning tegelikkuses tähendas see hindade jäämist samale tasemele.

Tabel 2. Korteriomandite (eluruumide) keskmised hinnad Harjumaal 2024.a. I kvartalis võrreldes 2023.a. IV kvartaliga:

| | Harku vald | Jõe-lähtme vald | Keila linn | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 2682 | 2908 | 1897 | 2916 | 1211 | 1004 | 1683 | 1782 | 2733 | 2456 | 2173 | 2653 |
| Muutus, % | 3% | 16% | -24% | -1% | 26% | 20% | 2% | -19% | 2% | -6% | -7% | -10% |

Allikas: Maa-amet tehingute statistika

Pakkumiste arv sarnaselt Tallinnaga kasvas, kuid erinevalt pealinnast kasvas müügikuulutuste arv suhteliselt tagasihoidlikult. Tõenäoliselt oli selle põhjuseks jätkuvalt parem hinna ja kvaliteedi suhe ehk väljaspool Tallinnat oli kinnisvara taskukohasus parem.

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 645 4045

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 24 of 55
Hindamise kuupäev: 06.05.24, Harju maakond, Viimsi vald, Nurme põik 38-2

Harjumaal on eelistatud elamupiirkonnad, mis jäävad nn kuldsesse ringi ehk Tallinna ringtee mõjualasse, sest need on Tallinnast optimaalse autosõidu kaugusel (Loo, Lagedi, Jüri, Kiili, Saku, Saue, Laagri, Keila), samuti linnalähedased mere-äärsed piirkonnad. Vähem on eelistatud maakonna äärealadele jäävad asulad, kus on ka hinnatase mõnevõrra madalam: Loksa, Paldiski, Kehra jt.

Uute korterite turg linna lähiümbruses sobib eelkõige neile, kes ei taha osta korterit magala piirkonda vanemasse elamusse, kuid kellel ei jätku finantsi linnas asuva uue korteri ostu jaoks. Seepärast on väljaspool linna ka populaarsemad piirkonnad jätkuvalt Viimsi ja Rae vald. Samuti Harku vald erinevate elukondlike arendustega.

<span style="color:#d35400">**Uued korterid**</span>

Uute arendusprojektide turule toomine kogub üha enam hoogu. Uute korterite ehitamist alustati 2024.a. üllatuslikult suhteliselt aktiivselt, sest ainuüksi juba I kvartali ehitusmahud moodustasid 40% varasema aasta kogumahust. Sealjuures oli aktiivsem turupiirkond Tallinna linn, kus enim alustati 3-5-korruseliste kortermajade püstitamisega ehk justkui turu hinnangul mitte väga kõrge riskiga arendusprojektidega. Väljaspool Tallinnat domineerisid kuni 2-korruseliste korterelamute ehitus ehk seal piirkonnas olid arendajad oluliselt riskikartlikumad.

Vahe väljastatud ehituslubade ja ehitamist alustatud teatiste vahel oli nii Tallinnas kui Harjumaal umbes kahekordne ehk ettevalmistusi ehitamiseks tehti rohkem võrreldes reaalse ehitamisega. Eriti paistis see silma 2023.a.-l, kui Tallinnas väljastati 2122 eluruumi ehitamise luba, aga alustati 1137 eluruumide ehitusega. Aga uute arendajate turule tulekuga selline trend korraks pöördus. I kvartalis alustatigi Tallinnas 459 uue eluruumi ja Harjumaal 54 uue eluruumi ehitamist.

Uute projektide toomis turule toetasid ehitushindade stabiliseerumine ning mõningane ehitushindade languse, sest materjalide hinnad vähenesid. Tõenäoliselt siiski oluliselt ehitushind enam ei lange, sest seda mõjutab vastu kasvav tööjõukulu.

Tabel 3. Ehitusloa saanud, kasutusse lubatud ja ehitamist alustatud uued eluruumid 2024 I kv seisuga:

| | Tallinn | | | | Harju maakond, v.a Tallinn | | | |
|---|---|---|---|---|---|---|---|---|
| | 1-2- kor.krt.- elamud | 3-5- kor.krt.- elamud | 6-8- kor.krt.- elamud | 9- ja enama kor.krt.- elamud | 1-2- kor.krt.-elamud | 3-5- kor.krt.- elamud | 6-8- kor.krt.- elamud | 9- ja enama kor.krt.-elamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitus-luba | 48 | 195 | 0 | 0 | 12 | 97 | 0 | 0 |
| Ehitamist alustatud | 0 | 388 | 71 | 0 | 34 | 20 | 0 | 0 |
| Kasutus-luba | 8 | 214 | 275 | 242 | 44 | 57 | 0 | 0 |

Allikas: Statistikaamet

2024. aastal uued turule tulnud projektid olid varasemaga võrreldes sama või olenevalt asukohast ka kõrgema pakkumishinnaga. Tallinna uusarenduse korteri keskmine pakkumishind oli I kvartalis ca 4600 € ehk umbes 200 kuni 600 €/m² arvestuses rohkem võrreldes 2023. aastaga. Aga seda saab jällegi pidada statistiliseks moonutuseks pakkumiste struktuuri tõttu – rohkem tuli pakkumisse Tallinna Kesklinna ja lähipiirkonna projekte, mis viisid keskmise hinna kõrgemaks.

Siiski oli jätkuvalt ka tingimisruumi, sest arendustegevus vajas laenuga finantseerimist, aga laenu saamiseks oli vaja ette näidata korterite võlaõiguslikke lepinguid. Müüke aitasid teha erinevad avalikud sooduskampaaniad, kus reklaamite hindade soodustusi 5 000-59 000 € ja sealjuures madalaid sissemakseid. Selle taustal siis olenevalt arendaja valmidusest ja ostukliendi küsimisoskusest võisid soodustused olla ka veel varjatud kujul (tasuta lisandusid panipaik, parkimiskoht või köögimööbel).

Selline lähenemine tõi uusarendusturule teatavat elavnemist ning uute korterite laojääk püsis vaatamata suhteliselt paljude arendajate lisandumisele küllaltki stabiilsena ning turu üha paraneva neelduvusvõime hoidisi laojäägi kasvutrendi tagasihoidlikuna. Domus Kinnisvara andmetel oli 2024.a. alguse seisuga Tallinnas pakkumisel umbes 2200 uut korterit. Kui võtta arvesse, et viimastel aastatel oli ostu-müügitehingute andmete põhjal uusarenduse müügitempo keskmiselt ca 300 korterit kuus, siis oleks viimaste aastate turutempo püsimisel selline laojääk turul realiseeritav umbes 7 kuuga. Siiski tuleb arvestada, et analüüsi koostamise hetkeks on turg taastuvas faasis, kus uusarenduste müügitempo on varasemast oluliselt aeglasem.

Maarja Triise                                                                      Domus Kinnisvara
Kutseline nooremhindaja                                                            Luise tn 2, Tallinn

Uusarenduste müügilikviidsus jäi endiselt tublisti allapoole ülal toodud keskmist. Tallinnas oli uute korterite ostumüügitehingute arv (VÕL lepingud) keskmiselt umbes 100 korterit kuus ehk olemasolevat laojääki jätkuks sellise tempo püsimisel umbes 1,8 aastaks.

Broneerimislepingute arv püsis ka 2024.a. alguses jätkuvalt madalal. Suhteliselt madal broneeritud korterite arv on püsinud lähimevikus pikalt ning pakkumismahtude kasvamisega ei ole kasvanud broneeritud korterite arv. Kui arvestada, et pakkumiste maht kasvab, aga broneeringute maht püsib stabiilselt madalal, siis võib sellest järeldada, et potentsiaalsed ostjad on veel väga kaalutlevad ning teevad otsuseid keskmiselt pikema ajaperioodi jooksul. Pikenenud broneerimislepingute sõlmimise aeg võib mõjutada projektide ehitamise alustamise aega, sest reeglina soovivad laenuandjad näha 20-30% mahus eelmüüki (VÕL), misjärel otsustatakse projekti finantseerida.

**Prognoos:**

Tehinguhindade osas on täheldada juba mõningast aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, „hapude laenude" osakaal on senimaani püsinud väga madalal ja kõige selle taustal on kodumajapidamised suutnud hakata taas sääste koguma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni ehk ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a.-l. Siiski on tõenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognooside kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka seekord on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturuga taastuvasse faasi.

**Korterite üüriturg**

Huvi korterite üürimise vastu püsis keskmisest madalamal tasemel nii Tallinnas kui ka ülejäänud Harju maakonnas. Korterite pakkumiste arv oli aasta alguse seisuga umbes 1800 ühikut, mis lähimevikuga võrreldes kasvas. Kui 2023.a. alguses pakkumiste maht vähenes, sest kasvanud euribori mõju tõttu vähenes inimeste kindlustunne uut kodu soetada ja alternatiivina valiti üürikorter, siis 2024.a. lähenedes üüripakkumiste arv jälle kasvas. Üheks põhjuseks võis pidada müüdava vara likviidsust ehk kui omaniku soovitud müügihinda ei olnud ostja nõus tasuma ehk korterit ei saadud müüdud, siis suunati korter üürile. Üüripakkumiste arvu võis toetada ka arendajate otsus suunata valminud korterelamud üüriturule ehk mingil hetkel tekkis pakkumiste suhteliselt palju kallima üürihinnaga kortereid.

Statistiliselt pakkumiste hind 2023.a. III kvartalist alates langes ning 2024.a. algusest alates vähenesid kõige populaarsemate üürikorterite hinnad ehk 2- ja 3-toaliste korterite hinnad. Üürihindasid survestasid suhteliselt suur valik üürikortereid ja sealjuures pigem tagasihoidlik huvi. Tõenäoliselt olid mitmed omanikud ülepakkumiste tõttu sattunud majanduslikult keerulisse olukorda, sest kõrge euribor ei võimaldanud pikaajalist vakantsust, sest korteriga seotud laen vajas teenindamist. Sedasi oldigi kiiremini valmis üürihindasid langetama.

Kuivõrd üürniku hoidmine on tänases majanduskeskkonnas keskmisest riskantsem, siis lisaks sellele peab omanik arvestama ka vara oodatava tootlusega, mis kindlasti nendel korteritel, mis said soetatud 2021-2023, on oluliselt kehvem võrreldes nende korteritega, mille ostuperiood oli enne 2021. aastat. Seega püsib jätkuvalt madal huvi osta üürikorterit investeerimiskorteriks.

Enim on üürikortereid oli pakkumisel Tallinna linnas, kus pakkumiste maht oli umbes 2000. Oma osakaaluga domineerivad selgelt magalapiirkonnad, hinnaliidritena aga Kesklinn ja Põhja-Tallinna Kesklinnapoolsed asumid.

Tabel 4. Tallinna Kesklinna üürikorterite hinnad

| KESKLINNA ÜÜRIKORTERITE HINNAD | | |
|---|---|---|
| | Keskmises seisukorras | Väga heas seisukorras |
| 1-toaline | 250-350 | 350-600 |
| 2-toaline | 380-500 | 550-900 |
| 3-toaline | 500-750 | 800-1200 |
| 4-toaline | 750-900 | 990-3500 |

Allikas: Domus Kinnisvara

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 26 of 55
Hindamise aadress: Virmalise, Haage külas ja Nurme põik 38-2

Likviidsed objektid ehk turuosaliste poolt eelistatud üürikorterid olid eelkõige korralikult hooldatud või uute kortermajade väga heas seisukorras korterid. Jätkuvalt on üürikorteri puhul lisaks hinnale oluline asukoht, panipaik, parkimise võimalus ja soodsad kõrvalkulud. Mida madalamad on korteri kommunaalkulud, seda rohkem ollakse nõus selle korteri eest üüri maksma. Sellest tulenevalt on üüriturul hinnatud korterid uutes korterelamutes, mis on vanadest elamutest energiasäästlikumad. Eelistatakse heas seisukorras möbleeritud kortereid, esmatähtis on köögimööbli olemasolu koos tehnikaga. Boonuseks on ka muu mööbel (diivan, riidekapid, voodid, pesumasin jne), mis küll ei anna üürihinnas palju võitu, kuid kiirendab üürniku leidmise protsessi.

Kehvemas seisus korterite vastu oli huvi mõnevõrra madalam, sest üürilised eelistavad elada paremates tingimustes. Viimase tõttu on kehvema seisukorraga korterite vakantsuse osakaal kõikidest vakantsetest korteritest suhteliselt suur.

Korterite üüriturul pakuvad arvestatavat konkurentsi lühiajaliseks majutuseks mõeldud külaliskorterid. Üldiselt on seda liiki varade puhul tegemist uusarenduste koosseisu jääva tootega, kui osa korterelamust on ehitatud mitteeluruumideks. Selliseid lahendusi on erinevate osakaaludega üle Tallinna. Näiteks on levinud, et külaliskorterid paiknevad madalamad korrustel, aga on ka mõni arendus, kus nende osakaal on pea pooles ulatuses. Seoses uusarenduste turule tuleku vähenemisega on ka külaliskortereid tulnud turule võrreldes varasemaga suhteliselt vähem. Erandiks on mõned vanemad büroohooned, mis teadlikult ehitatakse ümber külaliskorteriteks, sest büroopinna kasutamine ei ole enam majanduslikult otstarbekas.

Valik lähiminevikus läbiviidud külaliskorterite arendusi on järgmises tabelis:

| Asukoht | Üürikorterid | Valmimisaeg |
|---|---|---|
| Mustamäe, Laki tn 14 „Laava apartments", arendaja Scandium | 121 krt, 12-21,8 m², rent alates 349€/kuus | 2019 |
| Kesklinn, Narva mnt 40 „Avangard", arendaja Scandium | 81 krt, 16 lofti, 11-25 m², rent alates 575 €/kuus | 2019 |
| Kesklinn, Juurdeveo tn 25c „Depot House", arendaja Koidu Ehitus | 73 krt, 14 ,2- 25,9 m², rent alates 400 €/kuus | 2019 |
| Mustamäe, Kadaka tee 78d „Newtoni Stuudiod" arendaja Scandium | 90 krt, 15-25 m², rent alates 410 €/kuus | 2020 |
| Lasnamäe, Katusepapi tn 16 „Icon Plaza" | 34 krt, 20-50 m², rent alates 400 €/kuus | 2020 |
| Mustamäe, Akadeemia tee 32b, „Campus House by Larsen" | 130 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Haabersti, Õismäe tee 175, „Rocca House" | 100 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Mustamäe, Laki tn 24/2, „Magma" | 121 majutustuba, 16-25 m², rent alates 399 €/kuus | 2023 |

Allikas: Domus Kv andmebaas, avalikud kinnisvaraportaalid ja külaliskorterite kodulehekülgedel

Huvi siiski külaliskorterite vastu püsib. Laenu andjad on püüdnud viia külaliskorteri laenu hinna võimalikult sarnaseks eluaseme laenuga ja kui arvestada juurde käibemaksu tagasi küsimise võimalus, kui ostjaks on ettevõte, siis on külaliskorter suhteliselt hea investeering võrreldes eluruumi investeeringuga.

**Üürituru prognoos:** Investeeringud üürikorteritesse tõenäoliselt püsivad madalal senikaua, kuni ei ole võimalust üürihindasid oluliselt tõsta, et sellega hüvitada kasvanud intressimäärad ja sellega seotud kulud. Kui varasemalt oli erinevate hinnangute kohaselt uutest korteritest üüriinvesteeringute osakaal 20-30%, siis 2023. aastal oli see alla 10%.

Käesoleval aastal võib prognoosida, et üürikorterite ostjate osakaal võib mingil määral kasvada, aga jääb kokkuvõttes endiselt madalale tasemele. Kasvu võib soosida langev euribor, mis aitab parandada varaga seotud tootlust.

Riskid madala tootluse juures sunnivad otsima uusi lahendusi kõrgema tootluse leidmiseks ja seda siis alternatiivsete investeeringute või vara parema tootestamisega[3]. Viimane võib anda veel rohkem hoogu külaliskorterite turule tulekule (näiteks vanade hoonete ümberehitamisega üürikorteriteks), sest ajalooliselt on sellised tooted oma omaduste tõttu andnud elamispindadega võrreldes suhteliselt paremat tootlust. Ka on nad näidanud läbi kobarkriiside suhteliselt head täituvust.

---

[3] Tootestamine – olemasolevast tootetest majanduslikult atraktiivsema toote kujundamine

Maarja Triise                                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                                Luise tn 2, Tallinn

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 27 of 55
Lisa 7 maatükkel, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

**Viimsi valla 70-249,99 m² suurused korterid ja majaosad**

Viimsi vallas on nõudlus hinnatava varaga sarnase suurusega varade vastu kõrge. Suurima tehingute arvuga asulad on Haabneeme alevik, Viimsi alevik ja Lubja küla, selle põhjusena võib välja tuua, et seal on uusarenduste ja ridaelamute arv suurem kui teistes asulates. 70-249,99 m² näol on tegemist on kõrgeima tehingute arvuga pindala vahemikuga, sest selliseid kortereid on piirkonnas palju ja huvi suurte perekorterite vastu on suur. Samuti on enamus uuematest rida- ja paariselamutest selles suuruses korteriomandid. Aastatel 2015-2002 tehti selles suuruses korteriomanditega Viimsi vallas 177-244 tehingut aastas. 2023. aastal tehingute arv mõnevõrra langes ja tehti 125 tehingut. Sarnaselt tehingute arvuga on ka ruutmeetrihinnad iga-aastaselt kasvanud, kasvu suuruseks alates 2012. aastast ca 100 €/m²/aastas. Hüppelisem hinnakasv toimus 2021-2022. aastatel. Hinna kasvu põhjuseks võime pidada nii uusarenduste mahu suurenemist üldisest tehingute arvust, kui ka järelturu korterite hinnakasvu, samuti on hindade kasvu soodustanud üldine inflatsiooniline majanduskeskkond. Käesoleval aasta esimese kavrtaliga on tehtud 41 tehingut, keskmine tehingu hind 2522 €/m². Märgata on hindade stabiliseerumist. Hinnad sõltuvad vara asukohast, suurusest, seisukorrast jm teguritest. Lähiajal võime prognoosida jätkuvalt suurte korterite suuremat osakaalu tehingute hulgas.

Viimsi valla korteriturgu illustreerib allolev joonis:



**Viimsi valla korteriomandite suurusega 70-249,99 m2 müügitehingute dünaamika ja keskmised hinnad perioodil 2012.-2024. a I kvartal**

Allikas: Maa-amet

### 4.2.1. Müügitehingud

Hindaja on analüüsinud ridaelamukorterite müügitehinguid, mis paiknevad Viimsi vallas. Välja on toodud hinnatavaga sarnase asukohaga ja sarnase ehitusaastaga ridaelamukorterite/ridaelamuboksidega tehtud tehingud, mis on teostatud viimase poole aasta jooksul.

| Asukoht | | Lühikirjeldus | Tehingu aeg | Ridaelamu-boksi üldpind, m² | Tehingu hind, € |
|---------|---|---------------|-------------|------------------------------|-----------------|
| Viimsi vald, Lubja küla | Kangru tee | 2024. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, puudub kohtkindel köögimööbel, gaasikatel, soojustagastusega ventilatsioon, hooviala ühine kasutus naabreboksiga - 95 m², kindel parkimiskoht | VÕL 02.2024, AÕL 04.2024 | 154,0 (sh garaaž) | 349 900 |
| Viimsi vald, Lubja küla | Kangru tee | 2024. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, puudub kohtkindel köögimööbel, gaasikatel, soojustagastusega ventilatsioon, hooviala ühine kasutus naabreboksiga - 95 m², kindel parkimiskoht | VÕL 03.2024, AÕL 05.2024 | 154,0 (sh garaaž) | 349 900 |
| Viimsi vald, Viimsi alevik | Jasmiini tee | 2021. a puitkonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, kamin, soojustagastusega ventilatsioon, oma hooviala ca 80 m² ja kaks parkimiskohta | 03.2024 | 107,3 | 333 000 |

Maarja Triise                                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                              Tel 646 4025


| Asukoht | | Lühikirjeldus | Tehingu aeg | Ridaelamu-boksi üldpind, m² | Tehingu hind, € |
|---------|---|---------------|-------------|------------------------------|------------------|
| **Viimsi vald, Haabneeme alevik** | **Nurme põik** | **2007. a kivikonstruktsioon, hea/väga hea, ridaelamu keskmine boks, ruumide seisukord hea/väga hea, olemas kohtkindel köögimööbel, gaasikatel, loomulik ventilatsioon, panipaik, hooviala on üheine, oma katuseterrass 62 m2, kaks parkimiskohta** | **01.2024** | **125,0** | **330 000** |
| **Viimsi vald, Lubja küla** | **Paevälja tee** | **2021. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, soojustagastusega ventilatsioon, oma hooviala ca 119,6 m² ja kolm parkimiskohta** | **12.2023** | **136,7** | **340 000** |
| Viimsi vald, Lubja küla | Paevälja tee | 2021. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, soojustagastusega ventilatsioon, oma hooviala ca 114,1 m² ja kaks parkimiskohta, panipaik | 12.2023 | 123,3 | 335 000 |
| **Viimsi vald, Lubja küla** | **Alajaama tee** | **2017. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, kamin, soojustagastusega ventilatsioon, oma hooviala ca 109 m² ja kaks parkimiskohta** | **03.2024** | **130,4** | **365 000** |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

### 4.2.2.    Turustatavuse analüüs[4]

| Hinnatava vara lõppkasutajad | Lastega pere, keskmise või keskmisest kõrgema sissetulekuga isikud |
|---|---|
| Lõppkasutajaid iseloomustavad tunnused | Kindel töökoht ja sissetulek olemas, soov elada väljakujunenud elamurajoonis ning optimaalsel kaugusel Tallinnast. Isikud, kes ostavad suuremat elamispinda või vahetavad eluaset Tallinna lähipiirkonnas. |
| Kas hinnatav vara rahuldab turusegmenti nõudeid | Hinnatav vara rahuldab turusegmendi nõudeid valdavas osas: ridaelamuboks asub keskmisest kõrgemalt hinnatud piirkonnas, uuemas ridaelamus, ridalemuboksi seisukord on väga hea, turul on nõudlust analoogsete varade vastu. |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Tõenäoliselt arvestatav osa ostjaskonnast. |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Pigem keskmine osa on võimelised hinnatavat vara soetama. |
| Konkureeriv pakkumine turul | Hinnatava varaga sarnane pakkumisinfo on toodud punktis 4.2.3. |
| Müügiperiood | Keskmised müügiperioodid on sarnastel varadel 6 kuni 9 kuud. |
| Müügihinnad | Prognoosime hindade stabiliseerumist. |
| Alternatiivsed kasutused | Hindaja hinnangul õiguslikult alternatiivsed kasutusfunktsioonid puuduvad. |

---

[4] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 "Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara neeldub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahe korda hinnatava vara turusegmendis objektiivsemalt.

Maarja Triise                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn



### 4.2.3. Pakkumine

Kinnisvaraportaalides on hetkel Viimsi vallas pakkumises ca 80 rida- ja paariselamut. Analoogilise suurusega varade pakkumishinnad jäävad piirkonnas valdavalt vahemikku 339 000 – 399 990 €. Ridaelamuboksi hinda mõjutab selle paiknemine asula siseselt, pinna suurus, ruumide ja hoone seisukord, hooviala suurus jm. Toome välja suuremast kinnisvaraportaalist kv.ee mõned pakkumised sarnasemate varadega:

| | KIRJELDUS | TUBE | PIND | LISATUD | HIND |
|---|---|---|---|---|---|
|  | **Viimsi vald, Haabneeme, Laaneserva tee 4-2**<br>SINU TULEVANE KODU MAALILISES KOHAS!<br>2 korrust, Korteriomand, kivimaja, valmis, uus, ehitusaasta 2022, elamispind 119.5 m², ...<br>KINDLASTI VAADAKE VIRTUAALTUUR!Laanevere on suurepärane vaikne koht Haabneme alevikus. ...<br>Majaosa plaaniga | 5 | 140 m² | | **399 990 €**<br>2 857 €/m²<br>Kuumakse 1 951 € |
|  | **Viimsi vald, Haabneeme, Laaneserva, Laanelinnu tee 5-2**<br>METS JA MEELERAHU PEALINNA KÜLJE ALL<br>2 korrust, kivimaja, valmis, uus, ehitusaasta 2024, elamispind 122 m², krunt 251, ...<br>ÄÄRMINE RIDAELAMUBOKSwww.laaneserva.eeELURAJOONISTLaaneserva elurajoon sobib ideaalselt ...<br>Majaosa plaaniga | 4 | 137 m² | | **397 000 €**<br>2 898 €/m²<br>Kuumakse 1 937 € |
|  | **Viimsi vald, Lubja, Sinimarja tee 3-2**<br>ENERGIATÕHUSAD KODUD KESET ÜRGSEID METSI!<br>1 korrust, Korteriomand, kivimaja, uus, ehitusaasta 2024, krunt 522.6, wc ja vannituba ...<br>Energiatõhusad kodud keset ürgseid Viimsi poolsaare metsi!Viimsi Village on uusarendus, ...<br>Uusarendus Majaosa plaaniga | 4 | 111.1 m² | | **398 200 €**<br>3 584 €/m²<br>Kuumakse 1 943 € |
|  | **Viimsi vald, Haabneeme, Laaneserva, Laaneserva 6-9**<br>METS JA MEELERAHU PEALINNA KÜLJE ALL<br>2 korrust, kivimaja, valmis, uus, ehitusaasta 2024, elamispind 109 m², elektripliit, ...<br>LAANESERVA 6/9, AARMINE RIDAELAMUBOKSwww.laaneserva.eeELURAJOONISTLaaneserva elurajoon ... | 4 | 126.6 m² | | **375 000 €**<br>2 962 €/m²<br>Kuumakse 1 829 € |
|  | **Viimsi vald, Haabneeme, Nurme põik 36**<br>VABASTAMINE KIIRE, SOOVI KORRAL MÖÖBEL HINNAS!<br>2 korrust, Korteriomand, kivimaja, renoveeritud, ehitusaasta 2019, saun, dušš, ...<br>Tere tulemast Haabneeme alevikus asuvasse elamupiirkonda, kus on pakkuda kaasaegne kodu ... | 5 | 118.1 m² | | **355 000 €**<br>3 006 €/m²<br>Kuumakse 1 732 € |
|  | **Viimsi vald, Lubja, Kangru tee 17/2-2**<br>UUSARENDUS!<br>2 korrust, Korteriomand, kivimaja, valmis, uus, ehitusaasta 2024, elamispind 154 m², ...<br>Otse Viimsi südamesse oleme loonud imekaunid ning luksuslikud Viimsipere Kodud, mis ... | 4 | 154 m² | | **349 900 €**<br>2 272 €/m²<br>Kuumakse 1 707 € |

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 30 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2



Viimsi vald, Haabneeme, Hundi tee 15/1          5   122 m²      349 000 €
                                                                 2 861 €/m²
**TARGAMAJA LAHENDUS, KIVIST SISESEINAD, KAMIN JPM**            Kuumakse 1 702 €
2 korrust, Korterelamind, kivimaja, valmis, heas korras, ehitusaasta 2015,
elamispind ...
Müügile on tulnud väga hea asukohaga, kvaliteetne erilahendustega
ridaelamuboks Viimsi ...
[ Majaosa plaaniga ]



Viimsi vald, Haabneeme, Hundi tee 11/1          5   118.7 m²    339 000 €
                                                                 2 856 €/m²
**MÖÖBEL HINNAS! UUS HIND!**                                    Kuumakse 1 654 €
2 korrust, Korterelamind, kivimaja, uus, ehitusaasta 2016, keraamiline pliit, wc
ja ...
MÜÜA 5-TOALINE RIDAELAMUBOKS VIIMSI VALLAS!MAJATegemist on 2016.
aasta sügisel ...

*Allikas: kv.ee*

**Hinnatav vara ei ole hindajale teadaolevalt avalikus müügipakkumises.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

### 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava vara parim kasutus on kasutus ridaelamuboksina, mis on
- füüsiliselt võimalik (antud asjaolu toetab vara olemus ja asukoht, eluruumide olemasolu),
- vajalikult põhjendatud (alternatiivsed kasutused puuduvad),
- õiguslikult lubatav (antud asjaolu toetab hinnatava vara juriidiline sihtotstarve),
- finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete varade vastu),

ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutusfunktsioon puudub.

# 5. Hindamine

## 5.2. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varade sektoris tehakse valdavalt ostu-müügi tehinguid.

**Võrdlusmeetod** (sales comparison approach) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavalisele turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemisel aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

Maarja Triise                                                   Domus Kinnisvara
Kutseline nooremhindaja                                         Luise tn 2, Tallinn
Maarja.triise@domus.ee                                         Tel 646 4025



## 5.3. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise teel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks teostatud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asukoht | | Lühikirjeldus | Tehingu aeg | Ridaelamu-boksi üldpind, m² | Tehingu hind, € |
|---|---|---|---|---|---|
| Viimsi vald, Haabneeme alevik | Nurme põik | 2007. a kivikonstruktsioon, hea/väga hea, ridaelamu keskmine boks, ruumide seisukord hea/väga hea, olemas kohtkindel köögimööbel, gaasikatel, loomulik ventilatsioon, panipaik, hooviala on üheine, oma katuseterrass 62 m2, kaks parkimiskohta | 01.2024 | 125,0 | 330 000 |
| Viimsi vald, Lubja küla | Paevälja tee | 2021. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, soojustagastusega ventilatsioon, oma hooviala ca 119,6 m² ja kolm parkimiskohta | 12.2023 | 136,7 | 340 000 |
| Viimsi vald, Lubja küla | Alajaama tee | 2017. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks, ruumide seisukord väga hea, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, kamin, soojus-tagastusega ventilatsioon, oma hooviala ca 109 m² ja kaks parkimiskohta | 03.2024 | 130,4 | 365 000 |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Võrdlustehingutena on kasutatud turuanalüüsis rõhutatult välja toodud tehinguid. Kasutatud on sarnase piirkonna ja sarnases seisukorras ridaelamuboksidega tehtud tehinguid. Esimene võrdlustehing on valitud analüüsi, kuna paikneb hinnatavaga lähedases asukohas, teine ja kolmas võrdlustehing on valitud analüüsi, kuna ridaelamuboksid on pindalalt ja seisukorralt sarnased. Teisi tehinguid ei ole kasutatud, sest erinevad ridaelamuboksi pindalalt.

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid. |
| Selgitused võrdlustehingute osas | • Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus.<br>• Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta. |
| Võrdlusühiku valik[5] | Võrdlusühikuks valime tervikhinna, kuna antud vara liigi puhul iseloomustab see turu toimemehhanisme kõige paremini. |

---

[5] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

Maarja Triise                                                              Domus Kinnisvara
Kutseline nooremhindaja                                          Luise tn 2, Tallinn


Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 32 of 55
Hinnatav maaüksus: Viimsi vald, Haabneeme alevik, Nurme põik 38-2

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdluselementide valik[6] | **Ajaline kohandus** – turusituatsiooni muutus võrreldavate varade müügiaja ja hinnatava vara väärtuse kuupäeva vahel. <br> Turusituatsioon on vaadeldaval ajaperioodil olnud oluliste muutusteta, seega kohandusi ei rakendata. <br><br> Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid: <br><br> • **Asukoht** – paiknemine piirkonna siseselt, kaugus keskustest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase jne. Hetkel on kohandatud teist ja kolmandat võrdlusvara 5% kehvemaks, kuna paiknevad mõnevõrra vähem hinnatud piirkonnas – Lubja külas. <br><br> • **Hoone ehitusaasta, konstruktsioonid, seisukord, hoone tüüp** – paremas seisukorras elamud on kõrgemalt hinnatud. Uued elamud on reeglina kõrgemas hinnaklassis, hinda mõjutab ka elamu seisukord, arhitektuur ja funktsionaalsus. Puitkarkasselamud on üldjuhul vähem väärtustatud kui kivikonstruktsioonil, mõju 5%. Otsapealsed ridaelamuboksid on turul enam hinnatud, kui keskmised ridaelamuboksid, mõju 5%. Hetkel on kohandatud esimest võrdlusvara 5% kehvemaks, kuna tegemist on ehitusaastalt vanema ja kehvemas seisukorras ridaelamuboksiga. <br><br> • **Ridaelamuboksi üldpind**- Suurema pindalaga ridaelamuboksid/-korterid on kõrgemas hinnaklassis. Pindala on üks olulisemaid väärtust kujundavaid parameetreid, kuna see mõjutab otseselt hoone kasutusvõimalusi ja mugavust. Ebaotstarbekalt suure pinnaga korteriomandi suurus võib ka negatiivseks osutuda, kuna see toob kaasa ebamõistlikult kõrged majanduskulud. Hetkel nii suuri erinevusi ei esine, et vajaks kohandamist. <br><br> • **Ruumide seisukord** – Paremas seisukorras ja kvaliteetsema siseviimistlusega korterid on kõrgemalt hinnatud, mõju 5- 20%. Samuti mõjutab hinda kohtkindla köögimööbli olemasolu, mõju 5%. Hetkel on kohandatud esimest võrdlusvara 5% kehvemaks. <br><br> • **Küttesüsteem ja ventilatsioon** – kaasaegsed ja ökonoomsed küttelahendused (maasoojuspump, õhk-vesisoojuspump) ja kaugküte on turul enam eelistatud kui kohtküttel põhinevad varad; soojustagastusega ventilatsioon hoiab kokku küttekulusid ja tagab parema sisekliima. Hetkel on kohandatud esimest võrdlusvara 5% kehvemaks, kuna puuduvad päikesepaneelid ning soojustagastusega ventilatsioon, samuti on gaasikatel turul mõnevõrra vähem hinnatud, kui õhk-vesisoojuspump. Teist ja kolmandat võrdlusvara on kohandatud 2% kehvemaks, kuna puuduvad päikesepaneelid. <br><br> • **Lisategurid** – Lisapinnad, parkimiskohad, oma hooviosa lisavad kinnisvarale väärtust. Hetkel nii suuri erinevusi ei esine, et vajaks kohandamist. <br><br> Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%. |

---

[6] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Kohandustabel:

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind, €** | Hindamisel lähtuti tervikhinnast, € | 330 000 | 340 000 | 365 000 |
| **Tehingu aeg** | juuni.24 | jaan.24 | dets.23 | veebr.24 |
| Ajaldamine | | *0%* | *0%* | *0%* |
| **Ajaldatud tervikhind, €** | | 330 000 | 340 000 | 365 000 |
| **Asukoht** | Haabneeme alevik, Nurme põik 38-2 | Haabneeme alevik, Nurme põik | Lubja küla, Paevälja tee | Lubja küla, Alajaama tee |
| Võrdlus | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 5% | 5% |
| **Hoone ehitusaasta, konstruktsioonid, tüüp** | 2020. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks | 2007. a kivikonstruktsioon, hea/väga hea, ridaelamu keskmine boks | 2021. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks | 2017. a kivikonstruktsioon, väga hea, ridaelamu keskmine boks |
| Võrdlus | | kehvem | samaväärne | samaväärne |
| Kohandus | | 5% | 0% | 0% |
| **Ridaelamuboksi üldpind, m²** | 138,7 | 125,0 | 136,7 | 130,4 |
| Võrdlus | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Ruumide seisukord** | Väga hea, olemas kohtkindel köögimööbel | Hea/väga hea, olemas kohtkindel köögimööbel | Väga hea, olemas kohtkindel köögimööbel | Väga hea, olemas kohtkindel köögimööbel |
| Võrdlus | | kehvem | samaväärne | samaväärne |
| Kohandus | | 5% | 0% | 0% |
| **Küttesüsteem, ventilatsioon** | Õhk-vesisoojuspump, päikesepaneelid, soojustagastusega ventilatsioon | Gaasikatel, loomulik ventilatsioon | Õhk-vesisoojuspump, soojustagastusega ventilatsioon | Õhk-vesisoojuspump, kamin, soojustagastusega ventilatsioon |
| Võrdlus | | kehvem | kehvem | kehvem |
| Kohandus | | 5% | 2% | 2% |
| **Lisaväärtused** | Panipaik, oma hooviala ca 60 m² ja kaks parkimiskohta | Panipaik, hooviala ühine, oma katuseterrass 62 m², kaks parkimiskohta | Oma hooviala ca 119,6 m² ja kolm parkimiskohta | Oma hooviala ca 109 m² ja kaks parkimiskohta |
| Võrdlus | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Summaarne kohandus** | | 15% | 7% | 7% |
| **Kohandatud tervikhind, €** | | 379 500 | 363 800 | 390 550 |
| **Kohanduste absoluutväärtuste summa** | | 15% | 7% | 7% |

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 34 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| Osakaal lõpphinnas | | 30% | 35% | 35% |
| Kaalutud kohandatud tervikhind, € | | 113 850 | 127 330 | 136 693 |
| Kaalutud keskmine kohandatud tehinguhind, € | 377 873 € | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

Kaalutud kohandatud keskmine tehinguhind: 113 850 + 127 330 + 136 693 = 377 873 €.

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodil 377 873 ehk ümardatult **378 000 € (s.o 275 €/m² elamuosa suletud netopindala arvestuses).**

Võttes arvesse eelnevat ning sarnase turupiirkonna elamute turu hetkeolukorda, on hindaja seisukohal, et tulemus peegeldab õiglaselt hinnatava vara turuväärtust.

## 6.  Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2** asuva korteriomandi (reg.nr 11547550) turuväärtus väärtuse kuupäeval:

**378 000 (kolmsada seitsekümmend kaheksa tuhat) eurot**

Vara on keskmise likviidsusega, keskmiseks müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6 kuni 9 kuud. Hindamistulemuse täpsuseks hindame ±10%. Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmendi tehingud ei ole käibemaksuga maksustatavad.

Maarja Triise                                                                          Domus Kinnisvara
Kutseline nooremhindaja                                                    Luise tn 2, Tallinn

## Lisa 1. Fotod

Vaated ridaelamule ja kinnistule









Maarja Triise                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 36 of 55
Harjumaakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

 

Erikasutusõigus panipaigale nr 102



Maarja Triise                                                                Domus Kinnisvara
Kutseline nooremhindaja                                                      Luise tn 2, Tallinn
Maarja.triise@domus.ee                                                       Tel 646 4025

Harjumaakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

Ridaelamuboksi I korruse ruumid







**Domus Kinnisvara**

Maarja Triise                                      Domus Kinnisvara
Kutseline nooremhindaja                            Luise tn 2, Tallinn
Maarja.triise@domus.ee                             Tel 646 4025






Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 39 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2









Maarja Triise
Kutseline nooremhindaja
Maaria.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 40 of 55
Harjumaa, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

Ridaelamuboksi II korruse ruumid









**Domus Kinnisvara**

Maarja Triise                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn









Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 42 of 55
Harjumaakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2






Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 43 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2



*Allikas: hindaja info*

Maarja Triise
Kutseline nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

## Lisa 2. Kinnistusraamatu väljavõte

**Registriosa:**

| | |
|---|---|
| Registriosa number | 11547550 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 2 |
| Korteriühistu registrikood | 80549674 |

### I jagu - KINNISTU KOOSSEIS

*Katastripidaja märkeid vaata maakatastrist*

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 89001:001:0583 | Elamumaa 100%, Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38. | 2291 m2 | 18.04.2018 kinnistamisavalduse alusel registriosa avatud kinnistu 5432750 jagamisel korteriomanditeks 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |

1384/8304 mõttelist osa kinnisasjast
ja eriomandi ese nr 2. Teised sama kinnisasja korteriomandid nr 11547450, 11547650, 11547750, 11547850, 11547950. Eriomandi ese ja sisu vastavalt 18.04.2018 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile. Igakordse omaniku erikasutusse jääb panipaik, mille asukoht on 18.04.2018 kinnistamisavalduse lisaks nr 1 oleval plaanil tähistatud numbriga 102.

### II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 4 | Ühisomanikud Aleksei Burunov (isikukood 38210122217), Margarita Burunova (isikukood 48312182218) | 25.08.2022 kinnistamisavalduse alusel sisse kantud 5.09.2022. Kohtunikuabi Sigrid Orumets | kehtiv |

### III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus ühisveevärgi ja kanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks vastavalt 25.10.2016 lepingu punktile neli ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. Kanne asub 3. jao kandega nr 2 samal järjekohal. | Sisse kantud registriosa 5432750 7.11.2016; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |

Maarja Triise                                                                    Domus Kinnisvara
Kutseline nooremhindaja                                          Luise tn 2, Tallinn



| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 2 | Isiklik kasutusõigus AS Viimsi Vesi (registrikood 10461699) kasuks. Tähtajatu isiklik kasutusõigus sademeveekanalisatsioonitrassi ehitamiseks, rekonstrueerimiseks, remontimiseks, korrashoiuks, hooldamiseks, omamiseks ja kasutamiseks vastavalt 25.10.2016 lepingu punktile viis ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. Kanne asub 3. jao kandega nr 1 samal järjekohal. | Sisse kantud registriossa 5432750 7.11.2016; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 3 | Isiklik kasutusõigus Aktsiaselts Starman (registrikood 10069659) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus kinnistuga püsivalt ühendatud elektroonilise side võrgu rajatiste (mikrotoru, sidekappide ja mikrotorustikku paigaldatud sidevõrgu kaablite) omamiseks, ehitamiseks, kasutamiseks, remontimiseks, korrashoiuks, asendamiseks ja hooldamiseks vastavalt Tallinna notar Robert Kimmel'i poolt 08.03.2017.a. tõestatud lepingu punktidele kaks üks (2.1.), ja kaks neli (2.4.) kuni kaks üksteist (2.11.) ning lepingu lisaks nr 1 olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. | Sisse kantud registriossa 5432750 16.03.2017; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 4 | Isiklik kasutusõigus Imatra Elekter Aktsiaselts (registrikood 10224137) kasuks. Tähtajatu isiklik kasutusõigus kinnistuga püsivalt ühendatud elektrivõrgu (liinirajatis) kasutamiseks vastavalt 3.04.2017.a lepingu punktidele 2.7 ja 2.9 kuni 2.11 ning lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. | Sisse kantud registriossa 5432750 5.04.2017; siia üle kantud. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | kehtiv |
| 5 | Märkus kaasomandi valdamise ja kasutamise kohta. Kinnistu kasutuskord vastavalt 18.04.2018 avalduse punktidele 5.1. kuni 5.6. ning avalduse lisaks nr 2 olevale plaanile. 18.04.2018 kinnistamisavalduse alusel sisse kantud 26.04.2018. Kohtunikuabi Ilona Kirm | | kehtiv |
| 6 | Isiklik kasutusõigus Viimsi vald kasuks. Tähtajatu ja tasuta isiklik kasutusõigus jalgtee omamiseks, remontimiseks, hooldamiseks, korras hoidmiseks ja avaliku kasutuse tagamiseks vastavalt 07.06.2018.a. tõestatud lepingu punktile kaks (2) ning 07.06.2018.a. tõestatud lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 11547450, 11547650, 11547750, 11547850, 11547950. 7.06.2018 kinnistamisavalduse alusel sisse kantud 11.06.2018. Kohtunikuabi Tiiu Karu | | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 16.11.2021 kinnistamisavalduse alusel 24.11.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 2 | Hüpoteek summas 409 500,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 409 500,00 EUR | 25.08.2022 kinnistamisavalduse alusel sisse kantud 5.09.2022. Kohtunikuabi Sigrid Orumets | kehtiv |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Maarja Triise
Kuupäev: 31.05.2024 22:38:33

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 46 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

## Lisa 3. Ehitisregistri väljavõte

Andmete vaade

Ridaelamu (EHR kood 120832652)

# Ridaelamu (EHR kood 120832652)

### Ehitise üldinfo

| Näitaja | EHR andmed |
|---|---|
| Ehitise aadress | Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38 |
| Ehitisregistri kood | 120832652 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | Ridaelamu |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 2020 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

### Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
|---|---|
| Kasutamise otstarve, eluruumi pind (m2) | Ridaelamu (11221) 805,8 |
| Eluruumide pind kokku | 805,8 |
| Mitteeluruumide pind kokku | 0,0 |

**Domus Kinnisvara**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Andmete vaade

Ridaelamu (EHR kood 120832652)

## Ehitise mõõtmed

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 691,5 |
| Maapealse osa alune pind (m2) | 691,5 |
| Köetav pind (m2) | 831,6 |
| Suletud netopind (m2) | 854,0 |
| Üldkasutatav pind (m2) | 22,4 |
| Tehnopind (m2) | 25,8 |
| Maapealsete korruste arv | 2 |
| Maa-aluste korruste arv | 0 |
| Kõrgus (m) | 7,2 |
| Absoluutne kõrgus (m) | 20,4 |
| Pikkus (m2) | 48,9 |
| Laius (m) | 19,4 |
| Sügavus (m) | 0,0 |
| Maht (m3) | 3 340,0 |
| Maapealse osa maht (m3) | 3 340,0 |

## Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | monoliitne raudbetoon; puit; väike- või suurplokk, näiteks vaht, mull, kergkruus, kärg, betoon |
| Välisseina liik | väike- või suurplokk (vaht, mull, kergkruus, kärg, betoon jms) |
| Välisseina välisviimistluse materjali liik | fassaadiplaat (seal hulgas tsementkiudplaat); krohv |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon |
| Katuse ja katuslagede kandva osa materjali liik | puit |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

Maarja Triise                                                    Domus Kinnisvara
Kutseline nooremhindaja                                          Luise tn 2, Tallinn
Maarja.triise@domus.ee                                          Tel 646 4025

Andmete vaade

Ridaelamu (EHR kood 120832652)

### Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
| --- | --- |
| Elektrisüsteemi liik | võrk; päikeseenergial põhinev |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | lokaalküte |
| Soojusallika liik | soojuspump |
| Energiaallika liik | õhusoojus + elekter; päikeseenergia |
| Ventilatsiooni liik | soojustagastusega ventilatsioon |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | |

| | | |
| --- | --- | --- |
| | Energiaallika liik | õhusoojus + elekter; päikeseenergia |
| 2 | Ehitise osa tüüp | Eluruum |
| | Sissepääsu korrus | 1 |
| | Ehitise kuju, kus hooneosa asub | 1: Ridaelamu |
| | Hooneosa aadress | Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2 |
| | Ehitise osa pind (m2) | 134,4 |
| | Köetav pind (m2) | 134,4 |
| | Rõdude ja lodžade pind (m2) | 6,9 |
| | Tubade arv | 4 |
| | Köökide arv | 0 |
| | Avatud köökide arv | 1 |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš; saun |
| | Gaasipaigaldis | puudub |
| | Soojusvarustuse liik | lokaalküte |
| | Soojusallika liik | soojuspump |
| | Energiaallika liik | õhusoojus + elekter; päikeseenergia |

*Allikas: https://ehr.ee/*

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 49 of 55
Hindamisraamat, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

## Lisa 4. Väljavõtted notariaalsetest dokumentidest, hoonejaotusplaanid



### TALLINNA NOTAR RAGNE TEHVER

NOTARI AMETITEGEVUSE RAAMATU
REGISTRI NUMBER

| 1358 |
|---|

### KINNISTU KORTERIOMANDITEKS JAGAMISE AVALDUS
### JA
### KORTERIÜHISTU REGISTRISSE KANDMISE AVALDUS

### KINNISTAMISAVALDUS KINNISTU KASUTUSKORRA KOHTA

**Käesoleva notariaalakti on koostanud ja tõestanud Tallinna notar Ragne Tehver notaribüroos asukohaga Tatari tn 8 / Sakala tn 22, Tallinn, kaheksateistkümnendal (18.) aprillil (04.) kahe tuhande kaheksateistkümnendal (2018.) aastal ning selles notariaalaktis osalejad on**

**Viimsi Kuuse Villad OÜ**, äriregistri registrikood **14263016**, aadress Harju maakond, Tallinn, Kesklinna linnaosa, Ahtri tn 6a-korpus B, 10151, e-posti aadress jevgeni.grishin@gmail.com, edaspidi nimetatud **Omanik**, mille esindajana tegutseb **juhatuse liige Julia Šolkova**, isikukood 48011050336, kes on notariaalakti tõestajale tuntud isik.

Notariaalakti tõestaja kontrollis osaleja õigusvõime ning esindaja volitused, osaleja teo- ja otsusevõime ning tuvastas isikusamasuse.
Notariaalakti tõestaja on kontrollinud, et käesoleva notariaalaktiga koos kinnistusosakonnale esitatavad hoonejaotusplaanid on kinnitatud Viimsi Vallavalitsuse pädeva isiku poolt 11.04.2018.a.

**Omanik esitab avalduse alljärgnevas:**

### 4.  ERIKASUTUSÕIGUSE KINDLAKSMÄÄRAMINE

**4.1.**  Omanik määrab erikasutusõiguse kindlaks järgmiselt:

**4.1.1.**  Korteriomandi, mille reaalosaks on hoones asuv eriomandi ese nr. 1, igakordse omaniku erikasutusse jääb panipaik, mille asukoht on käesoleva kinnistamisavalduse lisaks nr 1 oleval plaanil tähistatud numbriga 101;

**4.1.2.**  Korteriomandi, mille reaalosaks on hoones asuv eriomandi ese nr. 2, igakordse omaniku erikasutusse jääb panipaik, mille asukoht on käesoleva kinnistamisavalduse lisaks nr 1 oleval plaanil tähistatud numbriga 102;

Maarja Triise
Kutseline nooremhindaja
Maaria.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 50 of 55
Harju maakohus, Viru 26, Haagikohtu adv 3.5, Nurme põik 38-2



## 5. KINNISTU VALDAMISE JA KASUTAMISE KORRA KINDLAKSMÄÄRAMINE

**5.1.** Omanik määrab kinnistu kaasomanike vahelise valdamise ja kasutamise korra kindlaks järgmiselt:

**5.1.1.** Korteriomandi, mille reaalosaks on hoones asuv eluruum nr. 1, igakordse omaniku ainuvaldusesse ja –kasutusse jääb ala, mille asukoht on käesoleva kinnistamisavalduse lisaks nr 2 oleval plaanil tähistatud numbriga 1;

**5.1.2.** Korteriomandi, mille reaalosaks on hoones asuv eluruum nr. 2, igakordse omaniku ainuvaldusesse ja –kasutusse jääb ala, mille asukoht on käesoleva kinnistamisavalduse lisaks nr 2 oleval plaanil tähistatud numbriga 2;



**Väljalõige notariaalse lepingu Lisast nr 1 – hinnatava vara igakordse omaniku erikasutuses on panipaik nr 102 (viidatud plaanil punase noolega)**

Maarja Triise
Kutseline nooremhindaja
Maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025

Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL Document 127 Filed 07/26/24 Page 51 of 55
Hindamise märkused, Nurme põik 38-1, Haabersti, Tallinn, Nurme põik 38-2



**Väljalõige notariaalse lepingu Lisast nr 2 – hinnatava vara igakordse omaniku ainukasutuses ja -valduses on plaanil tähistatud numbriga 2 maa-ala (viidatud plaanil punase noolega)**

*Allikas: kinnistusraamat.rik.ee*

Maarja Triise
Kutseline nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



**Hinnatava ridaelamuboksi (korter 2) esimese korruse plaan**

Maarja Triise                                                    Domus Kinnisvara
Kutseline nooremhindaja                                   Luise tn 2, Tallinn



**Hinnatava ridaelamuboksi (korter 2) teise korruse plaan**

*Allikas: Nurme põik 38 ridaelamu muudatusprojekt, töö nr 20031401, https://ehr.ee/*

**Domus Kinnisvara**

Maarja Triise                                                                                  Domus Kinnisvara
Kutseline nooremhindaja                                                          Luise tn 2, Tallinn


Eksperthinnang nr 1382-24
Case 2:22-cr-00185-RSL   Document 127   Filed 07/26/24   Page 54 of 55
Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

Boksi nr 2 eksplikatsioon:

| 1. korrus | m² | 2. korrus | m2 |
|---|---|---|---|
| Esik | 11,3 | Hall | 9,1 |
| Garderoob | 3,4 | Vannituba | 5,2 |
| Tehn. ruum | 4,3 | Tuba 1 | 8,1 |
| WC | 1,7 | Tuba 2 | 20,7 |
| Eesruum | 9,5 | Tuba 3 | 14,4 |
| Leiliruum | 2,9 | Tuba 4 | 14,7 |
| Elutuba/köök | 33,4 | **Korrus kokku:** | **72,2** |
| **Korrus kokku:** | **66,5** | | |
| | | **Boksi suletud netopind:** | **138,7** |

Eksplikatsioon

*Allikas: Nurme põik 38 ridaelamu muudatusprojekt, töö nr 20031401, https://ehr.ee/*

Maarja Triise                                          Domus Kinnisvara
Kutseline nooremhindaja                                Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL    Document 127    Filed 07/26/24    Page 55 of 55

Harju maakond, Viimsi vald, Haabneeme alevik, Nurme põik 38-2

## Vastavuskinnitus standardi nõuetele:

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

Hindamisaruande koostaja                    Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*              */allkirjastatud digitaalselt/*
Maarja Triise                                Jane Jürgenson
Kinnisvara nooremhindaja, tase 5            Kutseline hindaja
Kutsetunnistuse nr 177134                    Vara hindaja, tase 7, kutsetunnistuse nr 189558
                                             Eesti Kinnisvara Hindajate Ühingu liige

Maarja Triise                                                    Domus Kinnisvara
Kutseline nooremhindaja                                          Luise tn 2, Tallinn
Maarja.triise@domus.ee                                           Tel 646 4025