AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
)  Case No.   22-cr-185-RSL
Sergei Potapenko )
_____ )
_Defendant_ )

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court _(describe property and any claim, lien, mortgage, or other encumbrance on it)_:

**Residential house located at Nõmmeringi 27, Vahi alevik,
Tartu vald, Tartumaa, Estonia
The estimated value of the property is €200,000.00
It is encumbered by a mortgage with an outstanding balance of
€59,000.00**

_Ownership._ We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents _(list all documents and submit as attachments)_:

**Ownership is demonstrated by the attached Land Registry extract**

_Surety Information._ We understand that the court and the United States of America will rely on the surety information in approving this agreement.

_Conditions of Release._ We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

_Continuing Agreement._ Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

_Exoneration of Sureties._ This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

_Forfeiture._ If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 12.06.2024

_____
Defendant (if a property owner)

City and state: TARTU, ESTONIA

ILJA SARAPOV
*Property owner's printed name*

*[signature]*
Property owner's signature

INNA SARAPOVA
*Property owner's printed name*

*[signature]*
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

CLERK OF COURT

*Martin Valencia [signature]*

Date: July 26, 2024

Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United States Attorney

Date: July 26, 2024

*[signature]*
Assistant United States Attorney's signature

Agreement approved.

Date: July 26, 2024

*[signature] M S Lasnik*
Judge's signature

Registriosa:

| | |
|---|---|
| Registriosa number | 2767104 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Kinnistu nimi | Nõmmeringi 1 |

# I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 79401:006:0317 | Elamumaa 100%, Tartu maakond, Tartu vald, Vahi alevik, Nõmmeringi tn 27. | 1781,0 m2 | Maakatastri andmed üle võetud 12.03.2023. | kehtiv |

# II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 4 | Ühisomanikud Inna Šarapova (isikukood 47912122236), Ilja Šarapov (isikukood 38012162227) | 17.04.2013 kinnistamisavalduse alusel sisse kantud 19.04.2013. Kohtunikuabi Aita Kastor | kehtiv |

# III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| | | | |

# IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | Hüpoteek summas 520 000,00 krooni Swedbank AS (registrikood 10060701) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 520 000,00 EEK | Sisse kantud 1.11.2004. 17.04.2013 kinnistamisavalduse alusel muudetud 19.04.2013. Kohtunikuabi Aita Kastor | kehtiv |
| 2 | Hüpoteek summas 375 000,00 krooni Swedbank AS (registrikood 10060701) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele | 375 000,00 EEK | Sisse kantud 15.06.2005. 17.04.2013 kinnistamisavalduse alusel muudetud 19.04.2013. Kohtunikuabi Aita Kastor | kehtiv |

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| | hüpoteegiga tagatud nõude rahuldamiseks. | | | |
| 3 | Hüpoteek summas 54 900,00 eurot Swedbank AS (registrikood 10060701) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 17.04.2013 kinnistamisavalduse alusel sisse kantud 19.04.2013. Kohtunikuabi Aita Kastor | 54 900,00 EUR | | kehtiv |

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press
Kuupäev: 05.06.2024 13:54:33

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.