AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   22-CR-185-RSL |
| Sergei Potapenko | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court  *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

**Residential apartment located at Kopli tee 24-18, Tallinn Estonia**
**The apartment is valued €296,000.00**
**The outstanding mortgage is €173,617.93 (joint mortgage encumbering Kopli tee 24-18 and Kopli tee 24-22)**

*Ownership*. We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

**The apartment is owned by Netkey OÜ, which is demonstrated by the attached**
**Land Registry extract.**
**The signatory is the authorised representative of Netkey OÄœ which is demonstrated**
**by the attached extract from the Estonian Commercial Register**

*Surety Information*.  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release*.  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties*.  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture*.  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 06-12-2024

_____
Defendant (if a property owner)

City and state:   TALLINN, ESTONIA

LJUBOV KÖHLER
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

CLERK OF COURT

Date: July 26, 2024

Martin Valencia
_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United States Attorney

Date: July 26, 2024

_____
Assistant United States Attorney's signature

Agreement approved.

Date: July 26, 2024

_____
Judge's signature



# TARTU MAAKOHUS

REGISTRIOSAKOND

## Printout of Effective Data from Commercial Register as at 13.06.2024 at 14:34

**Commercial register card No. 1 has been opened in Tartu County Court Registration Department in respect of**
**Netkey OÜ (registry code 12887617):**

### Business name and address

Entry 2: Business name is Netkey OÜ
Entry 5: Address is Harju maakond, Tallinn, Kesklinna linnaosa, Villardi tn 11-5, 10136
Entry 5: E-mail address is Ljubov.Kohler@pm.me

### Capital

Entry 2: Share capital is 2 508 EUR

### Right of representation

Entry 5: Management board member is Ljubov Köhler, personal identification code 48510310347
*Every member of the Management Board may represent the private limited company in concluding all transactions.*

### Legal status

Entry 2: Legal form is *osaühing* [private limited company]
Entry 5: Articles of association have been approved on 05.04.2022
Entry 1: Financial year begins on 01.01 and ends on 31.12
Entry 2: Netkey UÜ on 31.10.2015. otsuse alusel ümber kujundatud osaühinguks ärinimega Netkey OÜ

### Notes

Entry 6: Kanne on tehtud äriregistri seaduse § 70 lõike 1 alusel.

### List of shareholders

**2508.00 EUR**

Entry 6: Shareholder is Ljubov Köhler, personal identification code 48510310347

### List of entries

**Entries made in Tartu County Court Registration Department:**

Entry 1: Approved on 30.07.2015 (first entry)

Entry 2: Approved on 23.12.2015 (transformation entry)

Entry 5: Approved on 14.04.2022 (amending entry)

Entry 6: Approved on 01.09.2023 (amending entry)

*End of printout*

Source: Estonian e-Business Register (https://ariregister.rik.ee/eng/company/12887617)

Registriosa:

| | |
|---|---|
| Registriosa number | 21461250 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 18 |
| Korteriühistu registrikood | 80611737 |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 65301:001:2941 | Elamumaa 100%, Harju maakond, Rae vald, Peetri alevik, Kopli tee 24. | 3616 m2 | 17.05.2022 kinnistamisavalduse alusel registriosa avatud kinnistu 14201350 jagamisel korteriomanditeks 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| | 802/15126 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr 18. Teised sama kinnisasja korteriomandid nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. Eriomandi ese ja sisu vastavalt 17.05.2022 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile. Korteriomanike kokkulepe rõdude ja terrasside kasutamise kohta vastavalt 17.05.2022.a lepingu punktile 5.1. Rõdud ja terrassid jäävad selle korteriomandi igakordse omaniku ainukasutusse, mille eriomandi esemega need ehituslikult ühendatud on. Erikasutusõiguste kokkulepe vastavalt 17.05.2022.a lepingu punktile 4.1. ja lepingu lisaks olevatele plaanidele. Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP ja väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18. | | | | |
| 2 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Tänavavalgustusservituut vastavalt lepingu punktile 3.1. ja lepingu lisas 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 3 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 3.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 4 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Tänavavalgustusservituut vastavalt lepingu punktile 5.1. ja lepingu lisas 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 5 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 4.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 6 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Tänavavalgustusservituut vastavalt lepingu punktile 4.1. ja lepingu lisas 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 7 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Puhkeala- ja könniteeservituut vastavalt lepingu punktile 5.2. ja lepingu lisas 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 8 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Tänavavalgustusservituut vastavalt lepingu punktile 6.1. ja lepingu lisas 2 olevale plaanile; | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 9 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Puhkeala- ja könniteeservituut vastavalt lepingu punktile 6.2. ja lepingu lisas 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 10 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Parkimisservituut vastavalt lepingu punktile 6.3. ja lepingu lisas 1 olevale plaanile; | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 11 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Juurdepääsuservituut vastavalt käesoleva lepingu punktile 6.4. ja lepingu lisas 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 12 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Elektrijuhtimisservituut vastavalt käesoleva lepingu punktile 6.5. ja lepingu lisas 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 13 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Sademeveejuhtimisservituut vastavalt käesoleva lepingu punktile 6.6. ja lepingu lisas 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Netkey OÜ (registrikood 12887617) | 20.06.2022 kinnistamisavalduse alusel sisse kantud 22.06.2022. Kohtunikuabi Siiri Lend | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus Elektrilevi OÜ (registrikood 11050857) kasuks. Asjaõigusseaduse § 158.1 järgne tähtajatu isiklik kasutusõigus vastavalt 24.05.2018. a sõlmitud lepingu punktidele 2., 3., 4. ja lepingu lisas nr 2, lisas nr 3 ja lisas nr 4 olevatele plaanidele. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud registriossa 14201350 20.03.2019; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 2 | Isiklik kasutusõigus Aktsiaselts ELVESO (registrikood 10096975) kasuks. Asjaõigusseaduse § 158¹ alusel tähtajatu isiklik kasutusõigus veetorustiku, sademeveekanalisatsiooni torustiku, reoveekanalisatsiooni torustiku ja kraavi majandamiseks kaitsevööndi ulatuses vastavalt lepingu punktile 3.1.1., 3.1.5, 3.1.18.-3.1.20., 3.2.-3.4. ja lepingu lisas olevale plaanile nr 14. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud registriossa 14201350 6.11.2019; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 3 | Reaalservituut kinnistute nr 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950, 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550, 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750, 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650 igakordsete omanike kasuks. Puhkeala- ja kõnniteeservituut vastavalt 8.04.2021 lepingu punktile 7.1. ja lepingu lisas 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 4 | Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Elektrijuhtimisservituut vastavalt 8.04.2021 lepingu punktile 7.2. ja lepingu lisas 2 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 5 | Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Prügimajaservituut vastavalt 8.04.2021 lepingu punktile 7.3. ja lepingu lisas 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 26.05.2022 kinnistamisavalduse alusel 3.06.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 2 | | | Hüpoteek on koormatud pandiga AS LHV Pank (registrikood 10539549) kasuks. 09.09.2014 leping LL-20140909HL2. Sisse kantud 6.07.2022. 14.11.2022 avalduse alusel muudetud 23.11.2022. Kohtunikuabi Ave Karilaid | kehtiv |
| 2 | Hüpoteek summas 911 250,00 eurot Hüpoteeklaen AS (registrikood 11663703) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. Kaaskoormatud kinnistu: 21461650. | 911 250,00 EUR | Sisse kantud 22.06.2022. 16.11.2022 kinnistamisavalduse alusel muudetud 23.11.2022. Kohtunikuabi Ave Karilaid | kehtiv |

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press
Kuupäev: 05.06.2024 13:44:37

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

DOMUS
KINNISVARA

Usaldus, mis kestab!



## Eksperthinnang nr 1380-24

Aadress:                              Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18
Vara:                                 Korteriomand, registriosa nr 21461250 (eluruum, 4-toaline korter)


Väärtuse kuupäev:                     04.06.2024
Hindamisaruande kuupäev:              05.06.2024


Turuväärtus:                          300 000 €


Hindamisaruande koostaja              Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*       */allkirjastatud digitaalselt/*
Maarja Triise                         Jane Jürgenson
Kinnisvara nooremhindaja, tase 5      Kutseline hindaja
Kutsetunnistuse nr 177134             Vara hindaja, tase 7, kutsetunnistuse nr 189558
                                      Eesti Kinnisvara Hindajate Ühingu liige

# Sisukord

**KOKKUVÕTE** ................................................................................................................................ 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ........................................................................ 4

    1.1. Hinnatav vara ja hindamise eesmärk ....................................................................................... 4

    1.2. Hindamise alused ning hindamisaruande avaldamine ............................................................. 4

    1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta ......................................... 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ................................................................. 5

    2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon .................................................. 5

    2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel ................ 5

    2.3. Hinnatava vara ülevaatus ........................................................................................................ 5

**3. Hinnatava vara kirjeldus** ......................................................................................................... 6

    3.1. Asukoht .................................................................................................................................. 6

    3.2. Omandisuhted ........................................................................................................................ 7

    3.3. Maakasutus ............................................................................................................................ 10

    3.4. Hoone kirjeldus ...................................................................................................................... 12

    3.5. Hoone põhikonstruktsioonid .................................................................................................. 13

    3.6. Korteri üldandmed ................................................................................................................. 13

    3.7. Korteri viimistlus ja seisukord ................................................................................................ 14

    3.8. Korteri tehnosüsteemid .......................................................................................................... 15

    3.9. Hinnang hinnatava vara kestlikkuse väärtusele ...................................................................... 15

**4. Turuülevaade** ........................................................................................................................... 16

    4.1. Majandusülevaade .................................................................................................................. 16

    4.2. Tallinna ja Harjumaa korterituru ülevaade ............................................................................ 17

        4.2.1. Müügitehingud ............................................................................................................. 23

        4.2.2. Turustatavuse analüüs ................................................................................................. 24

        4.2.3. Pakkumine .................................................................................................................... 24

    4.3. Parim kasutus ......................................................................................................................... 26

**5. Hindamine** ............................................................................................................................... 26

    5.1. Hindamise metoodiline alus ja põhimõtted ............................................................................ 26

    5.2. Turuväärtuse hinnang ............................................................................................................. 26

**6. Hindamistulemus** ................................................................................................................... 30

**Lisa 1. Fotod** .............................................................................................................................. 31

**Lisa 2. Kinnistusregistri väljavõte** ............................................................................................. 39

**Lisa 3. Ehitisregistri väljavõtted** ................................................................................................ 43

**Lisa 4. Väljavõte notariaalsetest dokumentidest, hoonejaotusplaanid** ..................................... 46

**Vastavuskinnitus standardi nõuetele:** ......................................................................................... 49

Maarja Triise                                                                   Domus Kinnisvara

Kinnisvara nooremhindaja                                                 Luise tn 2, Tallinn

# KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Korteriomand, registriosa nr 21461250 (eluruum, 4-toaline korter) |
| Aadress | Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18 |
| Omanik | Netkey OÜ (registrikood 12887617) |
| Katastritunnus | 65301:001:2941 |
| Omandivorm | Korteriomand |
| Korteriomandi üldpind | 80,2 m² (kinnistusraamatu ja hoonejaotusplaanide andmed) |
| Korteri eluruumi pind | 80,2 m² (ehitisregistri andmed) |
| Erikasutusõigus | Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP ja väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18. |
| Hinnang korteri üldisele seisukorrale | Väga hea |
| HINDAMISARUANDE KOONDANDMED | |
| Hinnangu eesmärk | Eksperthinnang on koostatud vara turuväärtuse hindamiseks, esitamiseks kohtule |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega. |
| Ülevaatuse kuupäev | 04.06.2024 |
| Väärtuse kuupäev | 04.06.2024 |
| Hindamisaruande kuupäev | 05.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ |
| Tellimusleping | Tellimus e-maili teel, 31.05.2024, kinnitanud vandeadvokaat Paul Keres |
| Hindamise eeldused | Hindamisel ei arvestata vara koormavate hüpoteekidega. Muud tavapraktikast väljuvad eeldused puuduvad. |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis prognoosime hinnatud turuväärtuse juures 6 kuud. Likviidsuse hindame keskpäraseks. |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±5%, ehk tegelik tehinguhind võib eelneva protsendi piires erineda. |
| Käibemaks | Turuväärtus sisaldab käibemaksu, kui müüjal on seadusest tulenevalt kohustus lisada vara võõrandamisel käibemaks. Hindamistulemusele ei lisandu käibemaksu. |
| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES | |
| Hindaja ei tuvastanud hindamistoimingu läbiviimisel andmete erinevust tegelike ja registrite andmete vahel. | |
| HINDAMISTULEMUS | |

Tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul **korteriomandi (reg.nr 21461250)** aadressil **Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18** turuväärtus väärtuse kuupäeval

**300 000 (kolmsada tuhat) eurot.**

Hindamisaruande koostaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18 |
|---|---|
| Registriosa nr | 21461250 (eluruum, 4-toaline korter) |
| Vara koosseis | 802/15126 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr 18.<br><br>Korteriomanike kokkulepe rõdude ja terrasside kasutamise kohta vastavalt 17.05.2022.a lepingu punktile 5.1. Rõdud ja terrassid jäävad selle korteriomandi igakordse omaniku ainukasutusse, mille eriomandi esemega need ehituslikult ühendatud on. Erikasutusõiguste kokkulepe vastavalt 17.05.2022.a lepingu punktile 4.1. ja lepingu lisaks olevatele plaanidele. Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP ja väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18. |
| Vara liik | Korteriomand (eluruum) |
| Hindamise eesmärk | Turuväärtuse hindamiseks, esitamiseks kohtule. |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõiki hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel ei ole arvestatud korteriühistu pandiõigusega;
- hindamisel ei ole arvestatud vara koormava hüpoteegiga.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasugune saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud tehnosüsteemide ehitus-tehnilisi uuringuid.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on saadud järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Kohapeal viibinud isiku poolt esitatud info | 04.06.2024 |
| Kohapealne ülevaatus | 04.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 05.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 05.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 31.05.2024 |
| Avalike kinnisvaraportaalide andmed, https://kinnisvara24.ee, https://www.kv.ee | 05.06.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 05.06.2024 |
| Üdplaneeringu info https://www.rae.ee/ | 05.06.2024 |
| Detailplaneeringu info päring https://map.rae.ee | 05.06.2024 |
| Kinnistu jagamine korteriomanditeks, erikasutusõiguse seadmise leping, sh hoonejaotusplaanid, 17.05.2022, kinnistusraamat.rik.ee | 05.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel

| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES |
|---|
| Hindaja ei tuvastanud andmete erinevust tegelike ja registrite andmete vahel. |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 04.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline nooremhindaja Maarja Triise |
| Ülevaatuse juures viibinud isik | Üürnik |
| Ülevaatuse ulatus | Ülevaatus hõlmas hinnatavat vara tervikuna, välja arvatud panipaik, mida ei võimaldatud hindajal üle vaadata. Eksperthinnangu koostaja hinnangul ei oma asjaolu, et panipaiga sisemist ülevaatust ei teostatud, olulist mõju hindamistulemuse täpsusele, kuna nimetatud ehitise osa siseviimistluse seisukord on hindamistulemuse kujunemisel väheoluline. |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud. |

# 3. Hinnatava vara kirjeldus

## 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Hinnatav vara asub Rae vallas Peetri alevikus Kopli teel väljakujunenud elamupiirkonnas. Kaugus Tallinna südalinnast on ca 6 km. Asukoht on piirkonna siseselt hea, turuosaliste poolt keskmisest mõnevõrra kõrgemalt hinnatud. |





Allikas: Maa-ameti kaardirakendus

**Domus Kinnisvara**

Maarja Triise                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                            Luise tn 2, Tallinn

| Mikroasukoht | |
|---|---|
| Piirkonna hoonestus | Ümbruskonna hoonestuse moodustavad valdavalt uuemad korterelamud, paariselamud, üksikelamud. |
| Infrastruktuur | Lähim kool asub ca 1 km kaugusel, lasteaed ca 1 km kaugusel, kauplus ca 900 m kaugusel. |
| Haljastus ja heakord | Piirkonnas on madal- ja vähene kõrghaljastus. Ümbruskond on heakorrastatud. |
| Veekogud | Läheduses on Ülemiste järv. |
| Õhu saastatus ja müra | Müra- ja saastuse tase vara vahetus ümbruses on keskmisest madalam, kuna vara asub keskmisest madalama liiklustihedusega tänava (Kopli tee) ääres. |
| Konkureerivad turupiirkonnad | Peetri alevik ja Tallinna kesklinnast sarnasel kaugusel asuvad väljakujunenud korterelamu piirkonnad eelkõige Rae vallas (Assaku alevik, Lagedi alevik, Järveküla, Rae küla, Uuesalu) |
| Juurdepääs | Juurdepääs hinnatava varani on avalikult kasutatavalt Kopli tee L10; seejärel üle Kopli tee 26 kinnistut (katastritunnus: 65301:001:2942) läbiva tee, hinnatava vara igakordse omaniku kasuks on seatud **juurdepääsuservituut.** <br><br> Teed on asfaltkattega, tänavavalgustusega. |
| Teede skeemid | |
|  |  Allikas: geoportaal.maaamet.ee (maanteeameti kaart) |
| Kergliiklusteed ja avalikud puhkealad | On olemas ja heas seisukorras, läheduses Peetri park. |
| Parkimine | Piirkonnas on tänavate ääres tasuta parkimine. |
| Ühistransport | Lähim bussipeatus asub ca 800 m kaugusel. |

## 3.2. Omandisuhted

| Registriosa number | 21461250 (eluruum, 4-toaline korter) |
|---|---|
| Omandivorm | Korteriomand |
| Korteriomandi koosseis | 802/15126 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr 18. <br><br> Korteriomanike kokkulepe rõdude ja terrasside kasutamise kohta vastavalt 17.05.2022.a lepingu punktile 5.1. Rõdud ja terrassid jäävad selle korteriomandi |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

| | igakordse omaniku ainukasutusse, mille eriomandi esemega need ehituslikult ühendatud on. Erikasutusõiguste kokkulepe vastavalt 17.05.2022.a lepingu punktile 4.1. ja lepingu lisas olevatele plaanidele. Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP ja väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18. |
|---|---|
| Omanik | Netkey OÜ (registrikood 12887617) |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Kanne nr 2. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Tänavavalgustusservituut vastavalt lepingu punktile 3.1. ja lepingu lisas 2 olevale plaanile.

Kanne nr 3. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 3.2. ja lepingu lisas 1 olevale plaanile.

Kanne nr 4. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Tänavavalgustusservituut vastavalt lepingu punktile 5.1. ja lepingu lisas 2 olevale plaanile

Kanne nr 5. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 4.2. ja lepingu lisas 1 olevale plaanile.

Kanne nr 6. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Tänavavalgustusservituut vastavalt lepingu punktile 4.1. ja lepingu lisas 2 olevale plaanile.

Kanne nr 7. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 5.2. ja lepingu lisas 1 olevale plaanile.

Kanne nr 8. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Tänavavalgustusservituut vastavalt lepingu punktile 6.1. ja lepingu lisas 2 olevale plaanile;

Kanne nr 9. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 6.2. ja lepingu lisaks 1 olevale plaanile.

Kanne nr 10. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Parkimisservituut vastavalt lepingu punktile 6.3. ja lepingu lisaks 1 olevale plaanile;

Kanne nr 11. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Juurdepääsuservituut vastavalt käesoleva lepingu punktile 6.4. ja lepingu lisaks 1 olevale plaanile.

Kanne nr 12. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Elektrijuhtimisservituut vastavalt käesoleva lepingu punktile 6.5. ja lepingu lisaks 2 olevale plaanile.

Kanne nr 13. Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Sademeveejuhtimisservituut vastavalt käesoleva lepingu punktile 6.6. ja lepingu lisaks 2 olevale plaanile.

*Reaalservituut koormab teenivat kinnisasja valitseva kinnisasja kasuks selliselt, et valitseva kinnisasja igakordne omanik on õigustatud teenivat kinnisasja teatud viisil kasutama või et teeniva kinnisasja igakordne omanik on kohustatud oma omandiõiguse teostamisest valitseva kinnisasja kasuks teatavas osas hoiduma.[1] Praegusel juhul on valitsevaks kinnisasjaks hinnatav vara.*
*Kannete mõju hinnatava vara turuväärtusele on positiivne, kuid mõju suurus ei ole üheselt määratletav.*

| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Kanne nr 1. Isiklik kasutusõigus Elektrilevi OÜ (registrikood 11050857) kasuks. Asjaõigusseaduse § 158.1 järgne tähtajatu isiklik kasutusõigus vastavalt 24.05.2018. a sõlmitud lepingu punktidele 2., 3., 4. ja lepingu lisaks nr 2, lisaks nr 3 ja lisaks nr 4 olevatele plaanidele. |
|---|---|
| | Kanne nr 2. Isiklik kasutusõigus Aktsiaselts ELVESO (registrikood 10096975) kasuks. Asjaõigusseaduse § 158[1] alusel tähtajatu isiklik kasutusõigus veetorustiku, sademeveekanalisatsiooni torustiku, reoveekanalisatsiooni torustiku ja kraavi majandamiseks kaitsevööndi ulatuses |
| | Kanne nr 3. Reaalservituut kinnistute nr 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950, 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, |

---

[1] Kehtiv asjaõigusseadus § 172 lg 1.

**Domus Kinnisvara**

Maarja Triise                                                                     Domus Kinnisvara
Kinnisvara nooremhindaja                                                          Luise tn 2, Tallinn

20382250, 20382350, 20382450, 20382550, 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750, 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650 igakordsete omanike kasuks. Puhkeala- ja kõnniteeservituut vastavalt 8.04.2021 lepingu punktile 7.1. ja lepingu lisaks 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht.

Kanne nr 4. Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Elektrijuhtimisservituut vastavalt 8.04.2021 lepingu punktile 7.2. ja lepingu lisaks 2 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht.

Kanne nr 5. Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Prügimajaservituut vastavalt 8.04.2021 lepingu punktile 7.3. ja lepingu lisaks 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht.

*Kanded nr 1 ja 2 on seotud tavapäraste tehnovõrkude majandamise ja hooldamisega ning ei mõjuta hinnatava vara turuväärtust negatiivselt, sest ei piira selle sihipärast kasutamist.*

*Vastavalt kannetele nr 3, 4 ja 5 on kannete juures nimetatud kinnistute omanikel õigus kasutada Kopli tee 24 kinnistut läbivat kõnniteed ja puhkeala, prügimaja ning juhtida läbi elektrikaabelliine läbi Kopli tee 24 kinnistu. Kanded ei avalda hinnatava vara turuväärtusele negatiivset mõju, sest ei piira selle sihipärast kasutamist.*

| | |
|---|---|
| Vara hüpoteegi kanded registriosa IV jaos | Kanne nr 2. Hüpoteek summas 911 250,00 eurot Hüpoteeklaen AS (registrikood 11663703) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks.<br><br>*Turuväärtuse hindamisel ei ole arvestatud vara koormava hüpoteegiga.* |
| Korteriühistu pandiõigus | Korteriühistul on korteriomandist tulenevate nõuete tagamiseks korteriomandile korteriomandi- ja korteriühistuseadusest tulenev pandiõigus, millele kohaldatakse esimesel järjekohal oleva hüpoteegi kohta sätestatut. Korteriühistu pandiõiguse suurus on korteriomandi eelmise majandusaasta majandamiskulude summa.<br><br>*Hindamisel ei ole arvestatud korteriühistu pandiõigusega.* |
| Üürilepingud | Hindajale teadaolevalt koormab hinnatavat vara tähtajatu üürileping. Tähtajatu üürileping ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna tähtajatu üürilepingu lõpetamise etteteatamisaeg (vastavalt VÕS on 3 kuud) on lühem kui vara eeldatav müügiperiood (tavapäraselt kuus kuud). |
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |

## 3.3. Maakasutus

| | |
|---|---|
| Katastritunnus | 65301:001:2941 |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

| Ortofoto |  |
| --- | --- |
| | Allikas: Maa-ameti kaardirakendus |
| Sihtotstarve | Elamumaa 100% |
| Pindala | 3 616 m$^2$ |
| Kuju, reljeef | Ebakorrapärase, kuid kompaktse kujuga, reljeef suhteliselt tasane.  Maatüki kuju on aerofotol piiritletud sinise joonega. |
| Parkimine | Korterelamu kõrval asuval väliparkimisalal kindlaksmääratud parkimiskohtadel, parkimiskohad on jagatud erikasutusõigusega. |
| Hooned ja rajatised | Hoone - korterelamu |
| | Rajatised – kanalisatsioonitorustik, külmaveetorustik |
| Haljastus | Madal- ja vähene kõrghaljastus |
| Piirded | Puuduvad |
| Üldplaneering | Kehtestatud Rae valla üldplaneeringu alusel asub hinnatav vara elamumaa (väikeelamute, ridaelamute ja korterelamute ala, tiheasustusala) juhtotstarbelisel alal. Üldplaneering on kehtestatud Rae Vallavolikogu 21.05.2013 otsusega nr 462. |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



Allikas: https://www.rae.ee/rae-valla-uldplaneering

| Miljööväärtuslik planeering | Puudub |
|---|---|
| Detailplaneering ja ehitusõigus | Kehtestatud 02.09.2008 Peetri küla Männiku II kinnistu detailplaneering DP0264. Detailplaneeringu järgi on krundi Kopli tee 24 maksimaalne lubatud ehitusalune pind 1 240 m², maksimaalne korruselisus 4, maksimaalne hoonete arv 1. *Allikas: https://map.rae.ee/* Väärtuse kuupäeva seisuga on ehitusõigus realiseeritud. |

## 3.4. Hoone kirjeldus

| Ehitusaasta | 2022. a |
|---|---|
| Ehitisregistri kood | 121313715 |



Allikas: hindaja info

| | |
|---|---|
| Korruselisus | 3 maapealset korrust |
| Ehitisealune pind | 749,2 m² (ehitisregistri andmed) |
| Suletud netopind (SNP) | 1 744,8 m² (ehitisregistri andmed) |
| Korteriühistu | Rae vald, Peetri alevik, Kopli tee 24 korteriühistu (80611737) |
| Haldaja | House Haldus |
| Lift | Olemas |
| Korterite arv | Eluruume 22 |
| Ehitusluba, ehitusteatis | 2012271/27163 26.08.2020 Ehitusluba |
| Kasutusluba, kasutusteatis² | 2212371/10345 07.09.2022 Kasutusluba |
| | *Allikas: ehr.ee* |
| Energiamärgis | Registrisse kandmata hoone energiaarvutusel põhinev energiamärgise teatis, energiaklass B, väljastamise kuupäev 08.05.2020 (ehitisregistri andmed), hindamise hetkel kehtiv. |

## 3.5. Hoone põhikonstruktsioonid

| | |
|---|---|
| Vundament | Madalvundament (ehitisregistri andmed) |
| Kandekonstruktsioon | Monteeritav raudbetoon, väike- või suurplokk (ehitisregistri andmed) |
| Välisseinad | Väike- või suurplokk (ehitisregistri andmed) |
| Vahelaed | Monteeritav raudbetoon (ehitisregistri andmed) |
| Katus/katusekate | Lamekatus / rullmaterjal (ehitisregistri andmed) |
| Välisviimistlus | Krohv; fassaadiplaat (sealhulgas tsementkiudplaat) (ehitisregistri andmed) |
| Trepikodade uksed-aknad | Alumiiniumprofiilis klaasuksed, PVC- raamidel pakettaknad, fonolukk |
| Trepikoja seisukord | Väga hea |
| Korterelamu põhikonstruktsioonide seisukord | Konstruktsioonide põhjalikku ehitus-tehnilist ekspertiisi ei ole teostatud. Visuaalsel vaatlusel on hoone põhikonstruktsioonid väga heas seisukorras. Olulisi vajumisi, niiskuskahjustusi või deformatsioone ülevaatuse ajal ei tuvastatud. Tegemist on kaasaegse ja ehituslikult uuema ehitisega. |
| Välisviimistluse seisukord | Väga hea |

## 3.6. Korteri üldandmed

| | | |
|---|---|---|
| Vara liik | Korteriomand (eluruum) | |
| Korteri pindala | Kinnistusraamatu andmed | Ehitisregistri andmed |
| | 80,2 m² | 80,2 m² |
| Pindala vastavus | Kinnistusregistri ja ehitisregistri andmed ühtivad, vastuolusid ei esine. | |
| Hindamisel võetakse aluseks | Kinnistusraamatu ja ehitisregistri andmed, mida peetakse õigeks ja usaldusväärseks. | |
| Korrus | 3. | |
| Ruumilahendus/planeering | Ruumilahendus: Esik, koridor, köök-elutuba, kolm magamistuba, garderoob, panipaik, wc-duširuum, wc, rõdu<br><br>Vaated on lõuna ja lääne suunal.<br><br>*Väljavõte korteri plaanist:* | |

---

² *Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbel (EhSRS § 23 lg 2). Kasutusotstarbe muutumisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).*

Maarja Triise                                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                                        Luise tn 2, Tallinn



*Allikas: kinnistusraamat.rik.ee*

| Tubade arv | 4 tuba |
|---|---|
| Rõdu/lodža | Rõdu 8,9 m² (juurdepääs köök-elutoast) |
| Panipaik | Erikasutusõigus panipaigale (2,4 m²), mis on hoone 1. korruse plaanil tähistatud nr 111PP. *Vt Lisa 4.* |
| Parkimiskoht | Erikasutusõigus väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17 ja 24-18. *Vt Lisa 4.* |
| Vastuolud andmetes | Hindaja ei tuvastanud andmete erinevust tegelike ja registrite andmete vahel. |

## 3.7. Korteri viimistlus ja seisukord

| Eluruumide viimistlus | |
|---|---|
| Põrandakatted | Naturaalparkett, esikus keraamilised plaadid |
| Seinakatted | Värvkate |
| Lagi | Värvkate |
| Materjalide seisukord | Väga hea |



Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18
Case 2:22-cr-00185-RSL   Document 130   Filed 07/26/24   Page 23 of 57

| Aknad | Kolmekordse klaasiga PVC-raamidel pakettaknad |
|---|---|
| Uksed | Välisuks tuletõkkeuks, siseuksed paneeluksed |
| San. ruumide viimistlus | |
| Põrandakatted | Keraamiline plaat |
| Seinakatted | Keraamiline plaat |
| Lagi | Värvkate |
| San. tehnika | Kaasaegne |
| Materjalide seisukord | Väga hea |
| Kohtkindel sisseseade | Kohtkindel köögimööbel <br>*Allikas: hindaja info* |
| Hinnang korteri üldisele seisukorrale | Korter on väga heas seisukorras, kulum minimaalne. Kasutatud on kaasaegseid keskmise hinnaklassi viimistlusmaterjale. |
| Remondivajadus | Puudub. |

## 3.8. Korteri tehnosüsteemid

| Veevarustus | Võrk (ehitisregistri andmed) |
|---|---|
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Elektrivarustus | Võrk (ehitisregistri andmed) |
| Gaasivarustus | Puudub (ehitisregistri andmed) |
| Küttesüsteem | Lokaalküte: hoones õhk-vesisoojuspump (ehitisregistri andmed), soojuskandjaks vesipõrandaküte, ruumipõhine reguleerimine |
| Signalisatsioon | Puudub |
| Ventilatsioon | Soojustagastusega ventilatsioon, mehaaniline sissepuhe ja väljatõmme (ehitisregistri andmed) |
| Tehnosüsteemide seisukord | Visuaalsel vaatlusel töökorras ja väga heas seisukorras. |

## 3.9. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kinnisvara valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid ja hindaja hinnangul on vara kestlikkuse väärtus positiivne. Tegemist on ehituslikult uuema B-energiaklass korterelamuga, millel on kaasaegsed tehnosüsteemid, korterelamu ja hinnatav korter on väga heas seisukorras. |

# 4. Turuülevaade

## 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[3]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala töötuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtteid ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressurside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on hõivet lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujäägi suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhine konkurentsivõime kadu – siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujäägi piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majandus kasvuvõimalusi.

---

[3] Eesti Panga majandusprognoos seisuga 26.03.2024

**Domus Kinnisvara**

Harju maakond, Rae vald, Peetri alevik, Kopli tee 24–18

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| tööhõive (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

* Prognoos

Allikad: statistikaamet, Eesti Pank

## 4.2. Tallinna ja Harjumaa korterituru ülevaade

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihinnadest langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele püsisid hinnad ikkagi samal tasemel, mis siis omakorda tähendab jätkuvat survet müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenu andjad püüdsid järjest enam toetada tehinguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu tähendada ei olnud ja kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis siis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu nõudlusvõime.

Tallinnas oli 2023.a. IV kvartali ja 2024.a. I kvartali võrdluses tehingute arv languses. I kvartalis oli tehingus 1729 korteriomandit, mida on kvartalite võrdluses umbes 20% vähem. Peamine erinevus kahe kvartali vahel oli tingitud tehingu struktuurist, sest IV kvartalisse mahtus väga suur hulk lõpumüüke, s.h. uusarenduste müüke, mida I kvartalis enam nii palju ei olnud. Kui vaadata tehingute arvu langust linnaosade arvestuses, siis enim langes tehingute arv nendes linnaosades, kus uusarendusi oli lähiminevikus kõige enam: Haabersti, Kristiine, Põhja-Tallinna linnaosa.



**Tallinna linna korteriomandite tehingute arv ja keskmine hind aastatel 2018-2024 kvartalite lõikes**

Tehingute arv, tk

Hind, €/m²

Tallinna tehingute arv — Tallinna keskmine hind

Allikas: Maa-amet tehingute andmebaas

Tehingute arvu muutus tõi kaasa ka keskmise hinna muutuse, kuid numbritesse süvendes või järeldada, et tegemist oli tehingute struktuurist tingitud nähtusega. Aga konkreetselt samaväärsete ostu–müügitehingute võrdlemisel ei saanud olulist hinnamuutust kvartalite võrdluses täheldada ehk hinnatase jäi kvartalite võrdluses samasuguseks.

Ometi jätkus turul ostjate seas ootus hindade langemiseks, sest kodumajapidamiste kindlustunne oli madal ja selle taustal oli vähe neid, kes suudsid ja tahtsid teha kinnisvara tehinguid.

Maarja Triise
Kinnisvara nooremhindaja

**Domus Kinnisvara**

Domus Kinnisvara
Luise tn 2, Tallinn

Korterite aritmeetiline keskmine ühikuhind 2024.a. I kv ja muutus võrreldes 2023.a. IV kv-ga:

| | | | |
|---|---|---|---|
| Haabersti 3154 €/m² -8% | Kesklinn 3510 €/m² -5% | Kristiine 3349 €/m² +2% | Lasnamäe 2389 €/m² +0% |
| Mustamäe 2500 €/m² -8% | Nõmme 2603 €/m² +3% | Pirita 2878 €/m² -4% | Põhja-Tallinn 3100 €/m² -14% |

Korterituru väljavõtted 2024.a. seisuga:
- Tehingute arv on ajaloolisest keskmisest mõnevõrra madalam;
- Hinnalangus on peatunud, kahe kvartali võrdluses on see püsinud samal tasemel;
- Jätkub surve müügihindade langetamiseks;
- Euribori langus (või jutud sellest) toovad turule teatavat elavnemist;
- Müügivajadus teeb müüjad paindlikumaks;
- Aeg huvilisega esmakontaktist kuni ostuotsuse ja müügitehinguni on jätkuvalt suhteliselt pikk;
- Ostjatel on jätkuvalt põhjalikult kaalutletud ostuotsused;
- Stabiliseerunud hinnad hakkavad tooma kaasa rohkem selgus ja julgustama ostjaid ostuotsust langetama;
- Hinnakasvust suurem palgakasv parandab elamispindade ostujõudu, kuid üldine korteri taskukohasus püsib ajaloolisest keskmisest madalamal tasemel. Taskukohasemad on järelturu korterid, uued korterid on kõige vähem taskukohasemad;
- Üürikorterite pakkumiste maht kasvab;
- Uusarenduste turule siseneb rohkem arendajaid;
- Uute korterite pakkumiste maht kasvab, aga turu neelduvusvõime püsib endiselt tagasihoidlik;
- Uute korterite broneerimislepingute arv on umbes 10% uute korterite pakkumistest, mis on hoidmas uusarenduste turule tulekut ikkagi endiselt tagashoidlikuna.

## Nõudlus

Nõudlus püsis suhteliselt madalal tasemel, mis oli suuresti tingitud euribori muutusest ning seda näitasid ka mõned nõudluse taastamiseks mõeldud lahendused. Näiteks püüti turul kõrge euribori mõju leevendada erinevate viisidega: pakuti nullmarginaaliga laene, A-energiaklassiga varadele pakuti madalama intressiga laene, Eesti Pank leevendas 1. aprillist laenuvõimekuse testimise tingimusi, pankadevahelised konkureerimised vähendasid marginaale jms.

Turuosaliste hinnangul avaldas mõju ka euribori stabiliseerumine ja selle kohatine langemine. Aasta teises pooles, kui euribor prognooside järgi allapoole liikuma hakkab, väheneb kodulaenu igakuine laenumakse, mis peaks mõjutama nõudlust positiivselt ehk tooma turule mingil määral ostjaid tagasi. Nõudluse paranemist peaks toetama ka palga kasv ehk ostujõu taastumine, sest sissetulekute kasv on olnud kiirem võrreldes hindade kasvuga. Sedasi muutub ostja jaoks kinnisvara järk-järgult taskukohasemaks.

Ka laenuandjad eelistavad jätkuvalt tugeva maksevõimega, varasema hea maksekäitumisega, piisava omafinantseeringuga ja heas korras tagatisvaraga kliente.

Siiski jääb paraneva nõudlusega taustale ikkagi ebakindel majanduskeskkond, mis käesoleval aastal tõotab tulla eelneva aastaga üsna sarnane. Järelikult üldistades võib käesolevaks aataks prognoosida küll nõudluse paranemist, aga kokkuvõttes jääb see ikkagi selgelt suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

## Pakkumine

Aasta algusest alates müügipakkumiste arv kasvas. Eelkõige oli seda täheldada kõrgema hinnaklassi varadega linnaosades, kus kasvumäärad olid kvartali võrdluses kohati kahekohalised ehk turule tuli pakkumist juurde rohkem võrreldes turu neelduvusvõimekusega.

Suhteliselt vähe ehk mõne protsendi jagu ülesse-alla muutus pakkumiste arv magalapiirkonnas, kus pakutava kinnisvara hinnatase oli kogu pealinna arvestuses keskmine või kohati keskmisest madalam. Kui siia juurde tuua võrdluseks ka magalapiirkondade tehingute maht, siis võib siit järeldada, et magalapiirkondadesse on tekkinud teatav stabiilsus, mida põhjas käinud majandus enam justkui oluliselt ei kõiguta. Seda toetab ka maa-ameti tehingute statistika, kus nö vanema elamufondi tehingute arv oli 2023.a. IV ja 2024.a. I kvartali võrdluses üsna sarnane.

Maarja Triise                                                                Domus Kinnisvara
Kinnisvara nooremhindaja                                        Luise tn 2, Tallinn

Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18



Allikas: Kinnisvaraportaal kv.ee, Domus Kinnisvara

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumises olevast varast ilma jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teataval määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

## Maakonna korterid

Umbes veerand Harjumaa korterite tehingutest tehti väljaspool Tallinnat ning sellise osakaaluga suhe on valitsenud küllaltki pikka aega. Kvartalite võrdluses muutus tehingute arv -3% ehk I kvartalis tehti 558 korteri ostu-müügitehingut. Viimase kasvu oli täheldada ainult keskmisest jõukamates omavalitsustes nagu Rae ja Viimsi vallas, aga mujal omavalitsustes tehingute arv langes.

Tabel 1. Korteriomandite (eluruumide) tehingute arv Harjumaal 2024.a. I kvartalis võrreldes 2023.a. IV kvartaliga:

| | Harku vald | Jõe-lähtme vald | Keila linn | Keila vald | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 30 | 35 | 49 | 39 | 9 | 55 | 35 | 9 | | 120 | 19 | 53 | 68 |
| Muutus, % | -46% | -17% | 48% | -7% | -36% | -10% | -10% | -44% | | 45% | -39% | -23% | 15% |

Allikas: Maa-amet tehingute statistika

Sarnaselt tehingute arvu langusega oli teatavat langust täheldada ka keskmistes hindades. Siiski jäi see kvartalite vahelises võrdluses kokkuvõtlikult -1%, ning tegelikkuses tähendas see hindade jäämist samale tasemele.

Tabel 2. Korteriomandite (eluruumide) keskmised hinnad Harjumaal 2024.a. I kvartalis võrreldes 2023.a. IV kvartaliga:

| | Harku vald | Jõe-lähtme vald | Keila linn | Keila vald | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 2682 | 2908 | 1897 | 2916 | 1211 | 1004 | 1683 | 1782 | | 2733 | 2456 | 2173 | 2653 |
| Muutus, % | 3% | 16% | -24% | -1% | 26% | 20% | 2% | -19% | | 2% | -6% | -7% | -10% |

Allikas: Maa-amet tehingute statistika

Pakkumiste arv sarnaselt Tallinnaga kasvas, kuid erinevalt pealinnast kasvas müügikuulutuste arv suhteliselt tagasihoidlikult. Tõenäoliselt oli selle põhjuseks jätkuvalt parem hinna ja kvaliteedi suhe ehk väljaspool Tallinnat oli kinnisvara taskukohasus parem.

Harjumaal on eelistatud elamupiirkonnad, mis jäävad nn kuldsesse ringi ehk Tallinna ringtee mõjualasse, sest need on Tallinnast optimaalse autosõidu kaugusel (Loo, Lagedi, Jüri, Kiili, Saku, Saue, Laagri, Keila), samuti linnalähedased mere-äärsed piirkonnad. Vähem on eelistatud maakonna äärealadele jäävad asulad, kus on ka hinnatase mõnevõrra madalam: Loksa, Paldiski, Kehra jt.

Uute korterite turg linna lähiümbruses sobib eelkõige neile, kes ei taha osta korterit magala piirkonda vanemasse elamusse, kuid kellel ei jätku finantsi linnas asuva uue korteri ostu jaoks. Seepärast on väljaspool linna ka populaarsemad piirkonnad jätkuvalt Viimsi ja Rae vald. Samuti Harku vald erinevate elukondlike arendustega.

## Uued korterid

Uute arendusprojektide turule toomine kogub üha enam hoogu. Uute korterite ehitamist alustati 2024.a. üllatuslikult suhteliselt aktiivselt, sest ainuüksi juba I kvartali ehitusmahud moodustasid 40% varasema aasta kogumahust. Sealjuures oli aktiivsem turupiirkond Tallinna linn, kus enim alustati 3-5-korruseliste kortermajade püstitamisega ehk justkui turu hinnangul mitte väga kõrge riskiga arendusprojektidega. Väljaspool Talllinnat domineerisid kuni 2-korruseliste korterelamute ehitus ehk seal piirkonnas olid arendajad oluliselt riskikartlikumad.

Vahe väljastatud ehituslubade ja ehitamist alustatud teatiste vahel oli nii Tallinnas kui Harjumaal umbes kahekordne ehk ettevalmistusi ehitamiseks tehti rohkem võrreldes reaalse ehitamisega. Eriti paistis see silma 2023.a.-l, kui Tallinnas väljastati 2122 eluruumi ehitamise luba, aga alustati 1137 eluruumide ehitusega. Aga uute arendajate turule tulekuga selline trend korraks pöördus. I kvartalis alustatigi Tallinnas 459 uue eluruumi ja Harjumaal 54 uue eluruumi ehitamist.

Uute projektide toomis turule toetasid ehitushindade stabiliseerumine ning mõningane ehitushindade languse, sest materjalide hinnad vähenesid. Tõenäoliselt siiski oluliselt ehitushind enam ei lange, sest seda mõjutab vastu kasvav tööjõukulu.

Tabel 3. Ehitusloa saanud, kasutusse lubatud ja ehitamist alustatud uued eluruumid 2024 I kv seisuga:

| | Tallinn | | | | Harju maakond, v.a Tallinn | | | |
|---|---|---|---|---|---|---|---|---|
| | 1-2-kor.krt.-elamud | 3-5-kor.krt.-elamud | 6-8-kor.krt.-elamud | 9- ja enama kor.krt.-elamud | 1-2-kor.krt.-elamud | 3-5-kor.krt.-elamud | 6-8-kor.krt.-elamud | 9- ja enama kor.krt.-elamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitus-luba | 48 | 195 | 0 | 0 | 12 | 97 | 0 | 0 |
| Ehitamist alustatud | 0 | 388 | 71 | 0 | 34 | 20 | 0 | 0 |
| Kasutus-luba | 8 | 214 | 275 | 242 | 44 | 57 | 0 | 0 |

Allikas: Statistikaamet

2024. aastal uued turule tulnud projektid olid varasemaga võrreldes sama või olenevalt asukohast ka kõrgema pakkumishinnaga. Tallinna uusarenduse korteri keskmine pakkumishind oli I kvartalis ca 4600 € ehk umbes 200 kuni 600 €/m² arvestuses rohkem võrreldes 2023. aastaga. Aga seda saab jällegi pidada statistiliseks moonutuseks pakkumiste struktuuri tõttu – rohkem tuli pakkumisse Tallinna Kesklinna ja lähipiirkonna projekte, mis viisid keskmise hinna kõrgemaks.

Siiski oli jätkuvalt ka tingimisruumi, sest arendustegevus vajas laenuga finantseerimist, aga laenu saamiseks oli vaja ette näidata korterite võlaõiguslikke lepinguid. Müüke aitasid teha erinevad avalikud sooduskampaaniad, kus reklaamite hindade soodustusi 5 000-59 000 € ja sealjuures madalaid sissemakseid. Selle taustal siis olenevalt arendaja valmidusest ja ostukliendi küsimisoskusest võisid soodustused olla ka veel varjatud kujul (tasuta lisandusid panipaik, parkimiskoht või köögimööbel).

Selline lähenemine tõi uusarendusturule teatavat elavnemist ning uute korterite laojääk püsis vaatamata suhteliselt paljude arendajate lisandumisele küllaltki stabiilsena ning turu üha paranev neelduvusvõime hoidiski laojääki kasvutrendi tagasihoidlikuna. Domus Kinnisvara andmetel oli 2024.a. alguse seisuga Tallinnas pakkumisel umbes 2200 uut korterit. Kui võtta arvesse, et viimastel aastatel oli ostu-müügitehingute andmete põhjal uusarenduse müügitempo keskmiselt ca 300 korterit kuus, siis oleks viimaste aastate turutempo püsimisel selline laojääk turul realiseeritav umbes 7 kuuga. Siiski tuleb arvestada, et analüüsi koostamise hetkeks on turg taastuvas faasis, kus uusarenduste müügitempo on varasemast oluliselt aeglasem.

**Domus Kinnisvara**

Maarja Triise                                                                                              Domus Kinnisvara
Kinnisvara nooremhindaja                                                                          Luise tn 2, Tallinn

Uusarenduste müügilikviidsus jäi endiselt tublisti allapoole ülal toodud keskmist. Tallinnas oli uute korterite ostu-müügitehingute arv (VÕL lepingud) keskmiselt umbes 100 korterit kuus ehk olemasolevat laojääki jätkuks sellise tempo püsimisel umbes 1,8 aastaks.

Broneerimislepingute arv püsis ka 2024.a. alguses jätkuvalt madalal. Suhteliselt madal broneeritud korterite arv on püsinud lähiminevikus pikalt ning pakkumismahtude kasvamisega ei ole kasvanud broneeritud korterite arv. Kui arvestada, et pakkumiste maht kasvab, aga broneeringute maht püsib stabiilselt madalal, siis võib sellest järeldada, et potentsiaalsed ostjad on veel väga kaalutlevad ning teevad otsuseid keskmiselt pikema ajaperioodi jooksul. Pikenenud broneerimislepingute sõlmimise aeg võib mõjutada projektide ehitamise alustamise aega, sest reeglina soovivad laenuandjad näha 20-30% mahus eelmüüki (VÕL), misjärel otsustatakse projekti finantseerida.

**Prognoos:**

Tehinguhindade osas on täheldada juba mõningast aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, „hapude laenude" osakaal on senimaani püsinud väga madalal ja kõige selle taustal on kodumajapidamised suutnud hakata taas sääste koguma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni ehk ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a.-l. Siiski on tõenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognooside kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka seekord on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturuga taastuvasse faasi.

**Korterite üüriturg**

Huvi korterite üürimise vastu püsis keskmisest madalamal tasemel nii Tallinnas kui ka ülejäänud Harju maakonnas. Korterite pakkumiste arv oli aasta alguse seisuga umbes 1800 ühikut, mis lähiminevikuga võrreldes kasvas. Kui 2023.a. alguses pakkumiste maht vähenes, sest kasvanud euribori mõju tõttu vähenes inimeste kindlustunne uut kodu soetada ja alternatiivina valiti üürikorter, siis 2024.a. lähenedes üüripakkumiste arv jälle kasvas. Üheks põhjuseks võis pidada müüdava vara likviidsust ehk kui omaniku soovitud müügihinda ei olnud ostja nõus tasuma ehk korterit ei saadud müüdud, siis suunati korter üürile. Üüripakkumiste arvu võis toetada ka arendajate otsus suunata valminud korterelamud üüriturule ehk mingil hetkel tekkis pakkumisse suhteliselt palju kallima üürihinnaga kortereid.

Statistilistelt pakkumiste hind 2023.a. III kvartalist alates langes ning 2024.a. algusest alates vähenesid kõige populaarsemate üürikorterite hinnad ehk 2- ja 3-toaliste korterite hinnad. Üürihindasid survestasid suhteliselt suur valik üürikortereid ja sealjuures pigem tagasihoidlik huvi. Tõenäoliselt olid mitmed omanikud ülepakkumiste tõttu sattunud majanduslikult keerulisse olukorda, sest kõrge euribor ei võimaldanud pikaajalist vakantsust, sest korteriga seotud laen vajas teenindamist. Sedasi oldigi kiiremini valmis üürihindasid langetama.

Kuivõrd üürniku hoidmine on tänases majanduskeskkonnas keskmisest riskantsem, siis lisaks sellele peab omanik arvestama ka vara oodatava tootlusega, mis kindlasti nendel korteritel, mis said soetatud 2021-2023, on oluliselt kehvem võrreldes nende korteritega, mille ostuperiood oli enne 2021. aastat. Seega püsib jätkuvalt madal huvi osta üürikorterit investeerimiskorteriks.

Enim on üürikortereid oli pakkumisel Tallinna linnas, kus pakkumiste maht oli umbes 2000. Oma osakaaluga domineerivad selgelt magalapiirkonnad, hinnaliidritena aga Kesklinn ja Põhja-Tallinna Kesklinnapoolsed asumid.

Tabel 4. Tallinna Kesklinna üürikorterite hinnad

| KESKLINNA ÜÜRIKORTERITE HINNAD | | |
|---|---|---|
| | Keskmises seisukorras | Väga heas seisukorras |
| 1-toaline | 250-350 | 350-600 |
| 2-toaline | 380-500 | 550-900 |
| 3-toaline | 500-750 | 800-1200 |
| 4-toaline | 750-900 | 990-3500 |

Allikas: Domus Kinnisvara

**Domus Kinnisvara**

Maarja Triise                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                         Luise tn 2, Tallinn

Likviidsed objektid ehk turuosaliste poolt eelistatud üürikorterid olid eelkõige korralikult hooldatud või uute kortermajade väga heas seisukorras korterid. Jätkuvalt on üürikorteri puhul lisaks hinnale oluline asukoht, panipaik, parkimise võimalus ja soodsad kõrvalkulud. Mida madalamad on korteri kommunaalkulud, seda rohkem ollakse nõus selle korteri eest üüri maksma. Sellest tulenevalt on üüriturul hinnatud korterid uutes korterelamutes, mis on vanadest elamutest energiasäästlikumad. Eelistatakse heas seisukorras möbleeritud kortereid, esmatähtis on köögimööbli olemasolu koos tehnikaga. Boonuseks on ka muu mööbel (diivan, riidekapid, voodid, pesumasin jne), mis küll ei anna üürihinnas palju võitu, kuid kiirendab üürniku leidmise protsessi.

Kehvemas seisus korterite vastu oli huvi mõnevõrra madalam, sest üürilised eelistavad elada paremates tingimustes. Viimase tõttu on kehvema seisukorraga korterite vakantsuse osakaal kõikidest vakantsetest korteritest suhteliselt suur.

Korterite üüriturul pakuvad arvestatavat konkurentsi lühiajaliseks majutuseks mõeldud külaliskorterid. Üldiselt on seda liiki varade puhul tegemist uusarenduste koosseisu jääva tootega, kui osa korterelamust on ehitatud mitteeluruumideks. Selliseid lahendusi on erinevate osakaaludega üle Tallinna. Näiteks on levinud, et külaliskorterid paiknevad madalamatel korrustel, aga on ka mõni arendus, kus nende osakaal on pea pooles ulatuses. Seoses uusarenduste turule tuleku vähenemisega on ka külaliskortereid tulnud turule võrreldes varasemaga suhteliselt vähem. Erandiks on mõned vanemad büroohooned, mis teadlikult ehitatakseg ümber külaliskorteriteks, sest büroopinna kasutamine ei ole enam majanduslikult otstarbekas.

Valik lähiminevikus läbiviidud külaliskorterite arendusi on järgmises tabelis:

| Asukoht | Üürikorterid | Valmimisaeg |
|---|---|---|
| Mustamäe, Laki tn 24 „Laava apartments", arendaja Scandium | 121 krt, 12-21,8 m², rent alates 349€/kuus | 2019 |
| Kesklinn, Narva mnt 40 „Avangard", arendaja Scandium | 81 krt, 16 lofti, 11-25 m², rent alates 575 €/kuus | 2019 |
| Kesklinn, Juurdeveo tn 25c „Depot House", arendaja Koidu Ehitus | 73 krt, 14 ,2- 25,9 m², rent alates 400 €/kuus | 2019 |
| Mustamäe, Kadaka tee 78d „Newtoni Stuudiod" arendaja Scandium | 90 krt, 15-25 m², rent alates 410 €/kuus | 2020 |
| Lasnamäe, Katusepapi tn 16 „Icon Plaza" | 34 krt, 20-50 m², rent alates 400 €/kuus | 2020 |
| Mustamäe, Akadeemia tee 32b, „Campus House by Larsen" | 130 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Haabersti, Õismäe tee 175, „Rocca House" | 100 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Mustamäe, Laki tn 24/2, „Magma" | 121 majutustuba, 16-25 m², rent alates 399 €/kuus | 2023 |

Allikas: Domus Kv andmebaas, avalikud kinnisvaraportaalid ja külaliskorterite koduheküljed

Huvi siiski külaliskorterite vastu püsib. Laenu andjad on püüdnud viia külaliskorteri laenu hinna võimalikult sarnaseks eluaseme laenuga ja kui arvestada juurde käibemaksu tagasi küsimise võimalus, kui ostjaks on ettevõte, siis on külaliskorter suhteliselt hea investeering võrreldes eluruumi investeeringuga.

**Üürituru prognoos:** Investeeringud üürikorteritesse tõenäoliselt püsivad madalal senikaua, kuni ei ole võimalust üürihindasid oluliselt tõsta, et sellega hüvitada kasvanud intressimäärad ja sellega seotud kulud. Kui varasemalt oli erinevate hinnangute kohaselt uutest korteritest üüriinvesteeringute osakaal 20-30%, siis 2023. aastal oli see alla 10%.

Käesoleval aastal võib prognoosida, et üürikorterite ostjate osakaal võib mingil määral kasvada, aga jääb kokkuvõttes endiselt madalale tasemele. Kasvu võib soosida langev euribor, mis aitab parandada varaga seotud tootlust.

Riskid madala tootluse juures sunnivad otsima uusi lahendusi kõrgema tootluse leidmiseks ja seda siis alternatiivsete investeeringute või vara parema tootestamisega[4]. Viimane võib anda veel rohkem hoogu külaliskorterite turule tulekule (näiteks vanade hoonete ümberehitamisega üürikorteriteks), sest ajalooliselt on sellised tooted oma omaduste tõttu andnud elamispindadega võrreldes suhteliselt paremat tootlust. Ka on nad näidanud läbi kobarkriiside suhteliselt head täituvust.

**Rae valla korterid**
Rae vallas on nõudlus hinnatava varaga sarnase suurusega varade vastu keskmisest madalam. Kõige rohkem tehakse tehinguid piirkonnas suuremate alates 70 m² perekorteritega ja ridaelamuboksidega.

---

[4] Tootestamine – olemasolevast tootetest majanduslikult atraktiivsema toote kujundamine

Suurima tehingute arvuga piirkonnad on Peetri ja Jüri alevik ning Järveküla selle põhjusena võib välja tuua, et seal on erinevat liiki elamute arv suurem kui teistes asulates, aga ka kindlasti see, et nendel asulatel on pealinnale üsna hea ja kiire ühendustee. Viimaseid võib pidada ka eelistatuimateks piirkondadeks Rae vallas ning seda näitab ka keskmiste m$^2$ hindade kõrgem tase võrreldes ülejäänud Rae valla asulatega.

Rae vallas on tehtud korteriomandite tehinguid viimasel viiel aastal vahemikus 476 – 627 tk/aastas. Eelneval ja käesoleval aastal on tehingute arvus märgata mõningast langust. Tehingute arvud on olnud seotud paljuski uute arenduste korterite müügiga Peetris ja Järvekülas. Keskmine hind on olnud pidevas tõusujoones ning tõenäoliselt hoiab hetkel statistilise keskmise hinna languse eest suurem uusarenduste korterite müügi osakaal kogu tehingute arvust.

Peetri alevikus on tehtud 2022. aastal 240 korterite tehingut, keskmise hinnaga 2816 €/m$^2$. 2023. aastal on tehtud 431 tehingut, keskmise hinnaga 2791 €/m$^2$. Käesoleval aastal on tehtud esimese kvartaliga 165 tehingut, keskmine tehingu hind 2771 €/m$^2$. Märgata on hindade stabiliseerumist.



Allikas: Maa-amet, tehingute andmebaas

### 4.2.1. Müügitehingud

Hindaja on analüüsinud korterite müügitehinguid, mis paiknevad Peetri alevikus väljakujunenud elamupiirkonnas. Välja on toodud sarnase piirkonna, ehitusaasta ja seisukorraga kivi- ja paneelkonstruktsioonidel korterelamute korteritega tehtud tehingud, mis on hinnatavaga pindalalt sarnase suurusega ja teostatud viimase poole aasta jooksul.

| Asukoht | | Tehingu aeg | Eluruumi pind, m$^2$ | Tehingu hind, €/m$^2$ | Tehingu hind, € | Lisainfo |
|---|---|---|---|---|---|---|
| **Peetri alevik** | **Kopli tee** | **02.2024** | **67,2** | **3 973** | **267 000** | **2022. a kivikonstruktsioon, väga hea, 2/3, 3 tuba, korter väga hea, olemas kohtkindel köögimööbel, rõdu 5,5 m2, panipaik ja kaks kindlat väliparkimiskohta** |
| Peetri alevik | Küti tee | 04.2024 | 70,4 | 3 764 | 265 000 | 2020. a kivikonstruktsioon, väga hea, 2/3, 3 tuba, korter väga hea, olemas kohtkindel köögimööbel, rõdu 7,2 m2, panipaik ja kaks kindlat väliparkimiskohta |
| Peetri alevik | Tammiku põik | 01.2024 | 69,8 | 3 295 | 230 000 | 2014. a kivikonstruktsioon, hea/väga hea, 1/2, 3 tuba, korter hea/väga hea, olemas kohtkindel köögimööbel, terrass, kaks kindlat väliparkimiskohta |
| Peetri alevik | Sinilille tee | 01.2024 | 74,8 | 3 242 | 242 500 | 2018. a kivikonstruktsioon, hea/väga hea, 1/2, 3 tuba, korter hea/väga hea, olemas kohtkindel köögimööbel, terrass 16,5 m2, kaks kindlat väliparkimiskohta |
| **Peetri alevik** | **Sinilille tee** | **03.2024** | **81,5** | **3 276** | **267 000** | **2017. a kivikonstruktsioon, hea/väga hea, 2/2, 4 tuba, korter hea/väga hea, olemas kohtkindel köögimööbel,** |

Maarja Triise                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                                        Luise tn 2, Tallinn

| Asukoht | Tehingu aeg | Eluruumi pind, m² | Tehingu hind, €/m² | Tehingu hind, € | Lisainfo |
|---|---|---|---|---|---|
|  |  |  |  |  | **rõdu 6,9 m2, panipaik ja kaks kindlat väliparkimiskohta** |
| **Peetri alevik** | **Järvesalu tee** | **VÕL 12.2023, AÕL 02.2024** | **89,9** | **3 504** | **315 000** | **2023. a kivikonstruktsioon, väga hea, 1/3, 4 tuba, korter väga hea, puudub kohtkindel köögimööbel, terrass 14,7 m2, panipaik ja kaks kindlat väliparkimiskohta** |
| Peetri alevik | Kopli tee | 12.2023 | 65,4 | 3 960 | 259 000 | 2022. a kivikonstruktsioon, väga hea, 2/3, 3 tuba, korter väga hea, olemas kohtkindel köögimööbel, rõdu 5,4 m2, panipaik ja kindel väliparkimiskoht |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara andmebaas

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

### 4.2.2. Turustatavuse analüüs[5]

| Hinnatava vara lõppkasutajad | Lastega pere, keskmise või keskmisest kõrgema sissetulekuga isikud |
|---|---|
| Lõppkasutajaid iseloomustavad tunnused | Kindel töökoht ja sissetulek olemas, soov elada uuselamurajoonis ning optimaalsel kaugusel Tallinnast. Isikud, kes ostavad suuremat elamispinda või vahetavad eluaset Tallinna lähipiirkonnas. |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Hinnatav vara rahuldab turusegmendi nõudeid, sest turusegmendis on nõudlus väga heas seisukorras korterite järele, mis paiknevad uutes ja kaasaegsetes korterelamutes. Lisaks on olemas kaks kindlat parkimiskohta ja panipaik. |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Tõenäoliselt arvestatav osa ostjaskonnast |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Tõenäoliselt keskmisest väiksem osa |
| Konkureeriv pakkumine turul | Hinnatava varaga sarnane pakkumisinfo on toodud punktis 4.2.3 |
| Müügiperiood | Keskmised müügiperioodid on sarnastel varadel kuni 6 kuud. |
| Müügihinnad | Järgneva poolaasta jooksul prognoosime hindade stabiliseerumist. |
| Alternatiivsed kasutused | Majanduslikult alternatiivsed kasutusfunktsioonid puuduvad. |

### 4.2.3. Pakkumine

Kinnisvaraportaalides on hetkel Peetri alevikus pakkumises ca 29 4-toalist korterit. Hinnatavaga analoogsete korterite pakkumishinnad jäävad valdavalt vahemikku 3419 - 4051 €/m². Korterite hinda mõjutab selle paiknemine asula siseselt, pinna suurus, korteri seisukord ning paiknemine korruseti. Uuemate korterite puhul mõjutab hinda ka parkimiskoha ja panipaiga olemasolu.

Toome välja suuremast kinnisvaraportaalist kv.ee mõned pakkumised sarnase suurusega varadega:



**Rae vald, Peetri, Kopli tee 40**                    4    81.6 m²          **315 000 €**

**KAUNIS PEREKODU HINNATUD ASUKOHAS!**                                      3 860 €/m²

Korrus 2/3, Korteriomand, kivimaja, ehitusaasta 2020, uus, induktsioon pliit,    Kuumakse 1 537 €
dušš, ...

Müüa kena ja maitsekas kodu parimas asukohas, mis pealinna lähistelt
leida!Kopli tee ...

36 / 42

---

[5] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara neeldub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahe korda hinnatava vara turusegmendis objektiivsemalt.

Maarja Triise                                                              Domus Kinnisvara
Kinnisvara nooremhindaja                                                   Luise tn 2, Tallinn



| | | |
|---|---|---|
| **Rae vald, Peetri, Mõigu tee 11/8** | 4 | 75.3 m² | **290 000 €** |

**AVAR PEREKORTER KOOS KÕIKIDE LISADEGA!**

3 851 €/m²

Korrus 2/2, Korteriomand, kivimaja, ehitusaasta 2021, uus, elektripliit, vann, ...
Müüa avar läbi maja planeeringuga 4-toaline perekorter uues 2021. a. valminud ...

Kuumakse 1 415 €

25 / 28

**Rae vald, Peetri, Kopli tee 30**   4   80.3 m²   **309 000 €**

**3 MAGAMISTUBA, 9M2 RÕDU, PÄIKESEPOOLNE!**

3 848 €/m²

Korrus 3/3, Korteriomand, ehitusaasta 2022, induktsioon pliit, dušš, õhk-vesisoojuspump, ...
Kesk-Peetri arenduses on müüa avar ja praktilise planeeringuga 4-toaline maitseka ...

Kuumakse 1 507 €

1 / 34

**Rae vald, Peetri, Mõigu tee 11/6**   4   75.3 m²   **274 000 €**

**KLIENDIPÄEV ON SIIS KUI SINA HELISTAD, VT KA PLANEERINGUT!**

3 639 €/m²

Korrus 2/2, Korteriomand, kivimaja, ehitusaasta 2021, valmis, elektripliit, wc ja ...

NB! TEE OMAPOOLNE PAKKUMINE: helista ja lähme koos vaatama - kindlasti leiame kiiresti ...

Kuumakse 1 337 €

1 / 33

**Rae vald, Peetri, Sinilille tee 2/2**   4   78.6 m²   **280 000 €**

**MÜÜA VALGUSKÜLLANE, 4-TOALINE PEREKORTER**

3 562 €/m²

Korrus 2/2, Korteriomand, kivimaja, ehitusaasta 2017, valmis, wc ja vannituba eraldi, ...
MÜÜA VALGUSKÜLLANE, 4-TOALINE PEREKORTER Korter: Valgusküllane, 4-toaline ...

Kuumakse 1 366 €

23 / 26

Kliendipäev: L 08.06 10:00-12:00

⭐1 **Rae vald, Peetri, Sinilille tee 2/2**   4   79.2 m²   **279 000 €**

**HUBANE JA STIILNE NELJATOALINE KORTER**

3 523 €/m²

Korrus 2/2, Korteriomand, kivimaja, ehitusaasta 2017, heas korras, elektripliit, köök ...
Müüa hubane ja stiilne neljatoaline korter rahulikus ja arenevas Peetri piirkonnas.Maja ...

Kuumakse 1 361 €

Kliendipäev: L 08.06 10:00-12:00

19 / 22

⭐1 **Rae vald, Peetri, Järvepõllu tee 1**   4   81.9 m²   **280 000 €**

**PEETRI OOTAB SIND:)**

3 419 €/m²

Korrus 2/3, Korteriomand, kivimaja, ehitusaasta 2022, heas korras, elektripliit, uus ...
Müüa valgusküllane ja hea planeeringuga 4- toaline korter suurusega 82 m2. Korter asub ...

Kuumakse 1 366 €

#Otse omanikult

19 / 21

**Rae vald, Peetri, Kopli tee 30**   3   79 m²   **320 000 €**

**HINNAS KOHTKINDEL MÖÖBEL, 2 PARKIMIST, PANIPAIK!**

4 051 €/m²

Korrus 1/3, Korteriomand, kivimaja, ehitusaasta 2022, uus, induktsioon pliit, dušš, uus ...
Müügile on saabunud hubane ja stiilne päikesepoolse terrassiga 3-toaline kodu ...

Kuumakse 1 561 €

33 / 41

**Hinnatav vara ei ole hindajale teadaolevalt avalikus müügipakkumises.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtus ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

### 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava korteriomandi parim kasutus on kasutamine eluruumina, mis on füüsiliselt võimalik (antud asjaolu toetab eluruumide olemasolu), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hinnatava vara juriidiline sihtostarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete korteriomandite vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutus puudub.

## 5. Hindamine

### 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varaga sarnaste varade sektoris tehakse valdavalt ostu-müügi tehinguid.

Võrdlusmeetod (*sales comparison approach*) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemisel aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvessevõtmine tugineb turuinformatsioonile (EVS 875-1).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

### 5.2. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise alusel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks tehtud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asukoht | | Tehingu aeg | Eluruumi pind, m$^2$ | Tehingu hind, €/m$^2$ | Tehingu hind, € | Lisainfo |
|---|---|---|---|---|---|---|
| Peetri alevik | Kopli tee | 02.2024 | 67,2 | 3 973 | 267 000 | 2022. a kivikonstruktsioon, väga hea, 2/3, 3 tuba, korter väga hea, olemas kohtkindel köögimööbel, rõdu 5,5 m2, panipaik ja kaks kindlat väliparkimiskohta |
| Peetri alevik | Sinilille tee | 03.2024 | 81,5 | 3 276 | 267 000 | 2017. a kivikonstruktsioon, hea/väga hea, 2/2, 4 tuba, korter hea/väga hea, olemas kohtkindel köögimööbel, rõdu 6,9 m2, panipaik ja kaks kindlat väliparkimiskohta |
| Peetri alevik | Järvesalu tee | VÕL 12.2023, AÕL 02.2024 | 89,9 | 3 504 | 315 000 | 2023. a kivikonstruktsioon, väga hea, 1/3, 4 tuba, korter väga hea, puudub kohtkindel köögimööbel, terrass 14,7 m2, panipaik ja kaks kindlat väliparkimiskohta |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Võrdlustehingutena on kasutatud turuanalüüsis rõhutatult välja toodud tehinguid. Teine ja kolmas võrdlustehing on valitud analüüsi, kuna tegemist on sarnaselt hinnatavaga neljatoaliste korteritega. Esimene võrdlustehing on olemuselt kolmetoaline, kuid tegemist on hinnatavaga lähedase asukohaga, sarnase ehitusaasta ja seisukorraga korteriga.

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid. |
| Selgitused võrdlustehingute osas | • Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus. <br> • Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta. |
| Võrdlusühiku valik[6] | Võrdlusühikuks valime korteri pinnaühiku hinna (€/m²/eluruumi pind), kuna antud vara liigi puhul iseloomustab see turu toimemehhanisme kõige paremini ning sarnaste varadega kaubeldakse turul lähtuvalt ruutmeetrihinnast. |
| Võrdluselementide valik[7] | • **Ajaline kohandus** - turusituatsiooni muutus võrreldavate varade müügiaja ja hinnatava vara väärtuse kuupäeva vahel. <br> Turusituatsioon ei ole vaadeldaval ajaperioodil oluliselt muutunud, seega kohandusi ei rakendata. <br><br> Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid: <br> • **Asukoht** – paiknemine piirkonna siseselt, kaugus keskustest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase jne, kohandamise samm 5-10%. Hetkel olulisi erinevusi ei esine, kõik varad paiknevad sarnases piirkonnas. <br> • **Hoone konstruktsioonid ja seisukord** - Kivikonstruktsiooniga elamutes paiknevad korterid on puitkonstruktsiooniga elamutes paiknevatest korteritest enamhinnatud, hinnavahe 5-10%. Paremas seisukorras ja uuemates elamutes paiknevad korterid on kõrgemalt hinnatud, hinda mõjutab ka elamu arhitektuur ja funktsionaalsus, kohandamise samm 5-10%. Hetkel on kohandatud teist võrdlusvara 5% kehvemaks, kuna tegemist on mõnevõrra vanema korterelamuga. <br> • **Korteri pind** - Üldjuhul on suurema korteri tervikhind kõrgem ja väiksemal madalam, kuid väiksema korteri pinnaühiku (m²) hind on kõrgem ja suuremal madalam. 5-10 m² suurune pinnaerinevus mõjutab korteri väärtust ca 5%. Suurema pindalaga korterite juures esineb mastaabiefekti vähem. Hetkel on rakendatud mastaabiefekt -5% esimesele võrdlusvarale ning 5% kolmandale võrdlusvarale. <br> • **Tubade arv**- kui optimaalsele pindalale mahutatakse rohkem arv tube ja planeering seeläbi paraneb, siis on selliste korterite hinnad kuni 5% kõrgema hinnaga võrreldes väiksema arvuga tubadega. Hetkel peame kõiki varasid samaväärseteks. <br> • **Korteri korrus/korruseid** – piirkonnas on vähem hinnatud liftita korterelamute viiendal korrusel paiknevad korterid ning korterelamute esimesel- ja soklikorrusel paiknevad korterid, kohandamise samm 5%. Hetkel on kohandatud kolmandat võrdlusvara 5% kehvemaks, kuna paikneb vähem hinnatud esimesel korrusel. <br> • **Korteri seisukord ja kohtkindel köögimööbel** – Paremas seisukorras ja kvaliteetsema siseviimistlusega korterid on kõrgemalt hinnatud, kohandamise samm on 5-20%. Lisaväärtust annab kohtkindla köögimööbli olemasolu, mõju 5%. Hetkel on kohandatud teist võrdlusvara 5% kehvemaks. |

---

[6] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

[7] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Maarja Triise      Domus Kinnisvara
Kinnisvara nooremhindaja      Luise tn 2, Tallinn

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted |
|---|

|  |
|---|
| • **Rõdu/terrass** – rõdu ja/või terrassiga korterid on enamhinnatud, hinnamõju 5-15%. Hetkel on kohandatud kolmandat võrdlusvara -5% paremaks, kuna tegemist on pinnalt suurema terrassiga. |
| • **Panipaik** - panipaiga olemasolu on turuväärtust postiivselt mõjutav tegur. Hetkel erinevusi ei esine. |
| • **Parkimine** - kindla ja eraldiseisva parkimiskohaga (erikasutusõiguse või notariaalse kasutuskorra alusel kasutatav või eraldiseisev korteriomand) korterid on turuosaliste seas kõrgemalt hinnatud. Hetkel on kõi varad samaväärsed. |
| Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%. |

Kohandustabel:

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind, €** | Hindamisel lähtuti m² hinnast | 267 000 | 267 000 | 315 000 |
| **Tehinguhind, €/m²/eluruumi pinna arvestuses** | | 3 973 | 3 276 | 3 504 |
| **Tehingu aeg** | juuni.24 | veebr.24 | märts.24 | VÕL dets.23, AÕL veebr.24 |
| **Ajaldamine** | | *0%* | *0%* | *0%* |
| **Ajaldatud tehingu hind, €/m²** | | 3973 | 3276 | 3504 |
| **Asukoht** | Kopli tee 24-18, Peetri alevik | Kopli tee, Peetri alevik | Sinilille tee, Peetri alevik | Järvesalu tee, Peetri alevik |
| **Võrdlus** | | samaväärne | samaväärne | samaväärne |
| **Kohandus** | | 0% | 0% | 0% |
| **Hoone konstruktsioonid ja seisukord** | 2022. a kivikonstruktsioon, väga hea | 2022. a kivikonstruktsioon, väga hea | 2017. a kivikonstruktsioon, hea/väga hea | 2023. a kivikonstruktsioon, väga hea |
| **Võrdlus** | | samaväärne | kehvem | samaväärne |
| **Kohandus** | | 0% | 5% | 0% |
| **Korteri pindala, m²** | 80,2 | 67,2 | 81,5 | 89,9 |
| **Võrdlus** | | väiksem, mastaabiefekt | samaväärne | suurem, mastaabiefekt |
| **Kohandus** | | -5% | 0% | 5% |
| **Tubade arv** | 4 tuba | 3 tuba | 4 tuba | 4 tuba |
| **Võrdlus** | | samaväärne | samaväärne | samaväärne |
| **Kohandus** | | 0% | 0% | 0% |
| **Korrus/korruseid** | 3/3 | 2/3 | 2/2 | 1/3 |
| **Võrdlus** | | samaväärne | samaväärne | kehvem |
| **Kohandus** | | 0% | 0% | 5% |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
| --- | --- | --- | --- | --- |
| | | 1 | 2 | 3 |
| **Korteri seisukord** | Väga hea, olemas kohtkindel köögimööbel | Väga hea, olemas kohtkindel köögimööbel | hea/väga hea, olemas kohtkindel köögimööbel | Väga hea, puudub kohtkindel köögimööbel |
| Võrdlus | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 5% | 5% |
| **Rõdu/ terrass** | Rõdu 8,9 m2 | Rõdu 5,5 m2 | Rõdu 6,9 m2 | Terrass 14,7 m2 |
| Võrdlus | | samaväärne | samaväärne | suurem |
| Kohandus | | 0% | 0% | -5% |
| **Panipaik** | Olemas | Olemas | Olemas | Olemas |
| Võrdlus | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Parkimiskoht** | Kaks kindlat väliparkimiskohta | Kaks kindlat väliparkimiskohta | Kaks kindlat väliparkimiskohta | Kaks kindlat väliparkimiskohta |
| Võrdlus | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Summaarne kohandus** | | -5% | 10% | 10% |
| **Kohandatud tehingu hind, €/m²** | | 3775 | 3604 | 3854 |
| **Kohanduste absoluutväärtuste summa** | | 5% | 10% | 20% |
| **Osakaal lõpphinnas** | | 0,40 | 0,35 | 0,25 |
| **Kaalutud kohandatud tehingu hind, €/m²** | | 1510 | 1261 | 964 |
| **Kaalutud kohandatud keskmine tehingu hind, €/m²** | 3 735 € | | | |
| **Kaalutud kohandatud keskmine tehinguhind, €** | **299 521 €** | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

Kaalutud kohandatud keskmine ruutmeetrihindade võrdlemise põhjal: 1510 + 1261 + 964 = 3 735 €/m².

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodil 80,2 m² x 3 735 €/m² = 299 547 ehk ümardatult **300 000 €, s.o. 3 741 €/m²/korteri eluruumi pinna arvestuses.**

Maarja Triise                                                                      Domus Kinnisvara
Kinnisvara nooremhindaja                                                  Luise tn 2, Tallinn

## 6. Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul **korteriomandi (reg.nr 21461250)** aadressil **Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18** turuväärtus väärtuse kuupäeval

**300 000 (kolmsada tuhat) eurot.**

Vara on keskmise likviidsusega, keskmiseks müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida kuni 6 kuud. Hindamistulemuse täpsuseks hindame ±5%. Turuväärtus sisaldab käibemaksu, kui müüjal on seadusest tulenevalt kohustus lisada vara võõrandamisel käibemaks. Hindamistulemusele ei lisandu käibemaksu.

Maarja Triise                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                         Luise tn 2, Tallinn

## Lisa 1. Fotod

Korterelamu välisvaated, vaated kinnistule ja parkimisalale

 



 

**Domus Kinnisvara**

Maarja Triise                                          Domus Kinnisvara
Kinnisvara nooremhindaja                              Luise tn 2, Tallinn


Trepikoda







Esik




Panipaik (korterisisene)



**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn


Wc




wc-duširuum




**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn




Avatud köök-elutuba

 

Rõdu

 

**Domus Kinnisvara**

Maarja Triise                                                          Domus Kinnisvara
Kinnisvara nooremhindaja                                              Luise tn 2, Tallinn

Magamistoad







**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn




*Allikas: hindaja info*

**Domus Kinnisvara**

Maarja Triise                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                         Luise tn 2, Tallinn

## Lisa 2. Kinnistusregistri väljavõte

Registriosa:

| | |
|---|---|
| Registriosa number | 21461250 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 18 |
| Korteriühistu registrikood | 80611737 |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 65301:001:2941 | Elamumaa 100%, Harju maakond, Rae vald, Peetri alevik, Kopli tee 24. | 3616 m2 | 17.05.2022 kinnistamisavalduse alusel registriosa avatud kinnistu 14201350 jagamisel korteriomanditeks 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

802/15126 mõttelist osa kinnisasjast
ja eriomandi ese eluruum nr 18. Teised sama kinnisasja korteriomandid nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. Eriomandi ese ja sisu vastavalt 17.05.2022 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile.

Korteriomanike kokkulepe rõdude ja terrasside kasutamise kohta vastavalt 17.05.2022.a lepingu punktile 5.1. Rõdud ja terrassid jäävad selle korteriomandi igakordse omaniku ainukasutusse, mille eriomandi esemega need ehituslikult ühendatud on. Erikasutusõiguste kokkulepe vastavalt 17.05.2022.a lepingu punktile 4.1. ja lepingu lisaks olevatele plaanidele. Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP ja väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18.

| 2 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Tänavavalgustusservituut vastavalt lepingu punktile 3.1. ja lepingu lisaks 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 3 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 3.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 4 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Tänavavalgustusservituut vastavalt lepingu punktile 5.1. ja lepingu lisaks 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 5 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 4.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

Maarja Triise
Kinnisvara nooremhaindaja

Domus Kinnisvara
Luise tn 2, Tallinn



| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 6 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650. Tänavavalgustusservituut vastavalt lepingu punktile 4.1. ja lepingu lisaks 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 7 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 5.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 8 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Tänavavalgustusservituut vastavalt lepingu punktile 6.1. ja lepingu lisaks 2 olevale plaanile; | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 9 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Puhkeala- ja kõnniteeservituut vastavalt lepingu punktile 6.2. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 10 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Parkimisservituut vastavalt lepingu punktile 6.3. ja lepingu lisaks 1 olevale plaanile; | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 11 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Juurdepääsuservituut vastavalt käesoleva lepingu punktile 6.4. ja lepingu lisaks 1 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 12 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Elektrijuhtimisservituut vastavalt käesoleva lepingu punktile 6.5. ja lepingu lisaks 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 13 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistutele nr: 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550. Sademeveejuhtimisservituut vastavalt käesoleva lepingu punktile 6.6. ja lepingu lisaks 2 olevale plaanile. | | Sisse kantud registriossa 14201350 4.05.2021; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

II jagu - OMANIK

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn


| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Netkey OÜ (registrikood 12887617) | 20.06.2022 kinnistamisavalduse alusel sisse kantud 22.06.2022. Kohtunikuabi Siiri Lend | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus Elektrilevi OÜ (registrikood 11050857) kasuks. Asjaõigusseaduse § 158.1 järgne tähtajatu isiklik kasutusõigus vastavalt 24.05.2018. a sõlmitud lepingu punktidele 2., 3., 4. ja lepingu lisaks nr 2, lisaks nr 3 ja lisaks nr 4 olevatele plaanidele. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud registriossa 14201350 20.03.2019; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 2 | Isiklik kasutusõigus Aktsiaselts ELVESO (registrikood 10096975) kasuks. Asjaõigusseaduse § 158¹ alusel tähtajatu isiklik kasutusõigus veetorustiku, sademeveekanalisatsiooni torustiku, reoveekanalisatsiooni torustiku ja kraavi majandamiseks kaitsevööndi ulatuses vastavalt lepingu punktile 3.1.1., 3.1.5, 3.1.18.-3.1.20., 3.2.-3.4. ja lepingu lisaks olevale plaanile nr 14. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud registriossa 14201350 6.11.2019; siia üle kantud. 17.05.2022 kinnistamisavalduse alusel sisse kantud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 3 | Reaalservituut kinnistute nr 19547550, 19547650, 19547750, 19547850, 19547950, 19548050, 19548150, 19548250, 19548350, 19548450, 19548550, 19548650, 19548750, 19548850, 19548950, 19549050, 19549150, 19549250, 19549350, 19549450, 19549550, 19549650, 19549750, 19549850, 19549950, 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550, 20405350, 20405450, 20405550, 20405650, 20405750, 20405850, 20405950, 20406050, 20406150, 20406250, 20406350, 20406450, 20406550, 20406650, 20406750, 20406850, 20406950, 20407050, 20407150, 20407250, 20407350, 20407450, 20407550, 20407650, 20407750, 20595250, 20595350, 20595450, 20595550, 20595650, 20595750, 20595850, 20595950, 20596050, 20596150, 20596250, 20596350, 20596450, 20596550, 20596650, 20596750, 20596850, 20596950, 20597050, 20597150, 20597250, 20597350, 20597450, 20597550, 20597650 igakordsete omanike kasuks. Puhkeala- ja kõnniteeservituut vastavalt 8.04.2021 lepingu punktile 7.1 ja lepingu lisaks 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn


| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 4 | Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Elektrijuhtimisservituut vastavalt 8.04.2021 lepingu punktile 7.2. ja lepingu lisaks 2 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 5 | Reaalservituut kinnistute nr 20380150, 20380250, 20380350, 20380450, 20380550, 20380650, 20380750, 20380850, 20380950, 20381050, 20381150, 20381250, 20381350, 20381450, 20381550, 20381650, 20381750, 20381850, 20381950, 20382050, 20382150, 20382250, 20382350, 20382450, 20382550 igakordsete omanike kasuks. Prügimajaservituut vastavalt 8.04.2021 lepingu punktile 7.3. ja lepingu lisaks 1 olevale plaanile. III jao kannetel nr 3-5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 21459550, 21459650, 21459750, 21459850, 21459950, 21460050, 21460150, 21460250, 21460350, 21460450, 21460550, 21460650, 21460750, 21460850, 21460950, 21461050, 21461150, 21461350, 21461450, 21461550, 21461650. | Sisse kantud 25.05.2022. 17.05.2022 kinnistamisavalduse alusel muudetud 25.05.2022. Kohtunikuabi Tiina Kullamä | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 26.05.2022 kinnistamisavalduse alusel 3.06.2022. Kohtunikuabi Tiina Kullamä | kehtiv |
| 2 | | | Hüpoteek on koormatud pandiga AS LHV Pank (registrikood 10539549) kasuks. 09.09.2014 leping LL-20140909HL2. Sisse kantud 6.07.2022. 14.11.2022 avalduse alusel muudetud 23.11.2022. Kohtunikuabi Ave Karilaid | kehtiv |
| 2 | Hüpoteek summas 911 250,00 eurot Hüpoteeklaen AS (registrikood 11663703) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. Kaaskoormatud kinnistu: 21461650. | 911 250,00 EUR | Sisse kantud 22.06.2022. 16.11.2022 kinnistamisavalduse alusel muudetud 23.11.2022. Kohtunikuabi Ave Karilaid | kehtiv |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Maarja Triise
Kuupäev: 31.05.2024 22:34:39
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

## Lisa 3. Ehitisregistri väljavõtted

Andmete vaade                                    Korterelamu (EHR kood 121313715)

# Korterelamu (EHR kood 121313715)

### Ehitise üldinfo

| Näitaja | EHR andmed |
|---|---|
| Ehitise aadress | Harju maakond, Rae vald, Peetri alevik, Kopli tee 24 |
| Ehitisregistri kood | 121313715 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | Korterelamu |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 2022 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

### Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
|---|---|
| Kasutamise otstarve, eluruumi pind (m2) | Muu kolme või enama korteriga elamu (11222) 1 512,6 |
| Eluruumide pind kokku | 1 512,6 |
| Mitteeluruumide pind kokku | 0,0 |

**Domus Kinnisvara**

Maarja Triise                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                         Luise tn 2, Tallinn

Andmete vaade

Korterelamu (EHR kood 121313715)

## Ehitise mõõtmed

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 749,2 |
| Maapealse osa alune pind (m2) | 749,2 |
| Köetav pind (m2) | 1 744,8 |
| Suletud netopind (m2) | 1 744,8 |
| Üldkasutatav pind (m2) | 222,5 |
| Tehnopind (m2) | 11,1 |
| Maapealsete korruste arv | 3 |
| Maa-aluste korruste arv | 0 |
| Kõrgus (m) | 10,0 |
| Absoluutne kõrgus (m) | 48,0 |
| Pikkus (m2) | 37,4 |
| Laius (m) | 18,6 |
| Sügavus (m) | 0,0 |
| Maht (m3) | 6 601,7 |
| Maapealse osa maht (m3) | 6 601,7 |

## Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | monteeritav raudbetoon; väike- või suurplokk, näiteks vaht, mull, kergkruus, kärg, betoon |
| Välisseina liik | väike- või suurplokk (vaht, mull, kergkruus, kärg, betoon jms) |
| Välisseina välisviimistluse materjali liik | krohv; fassaadiplaat (seal hulgas tsementkiudplaat) |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon |
| Katuse ja katuslagede kandva osa materjali liik | monteeritav raudbetoon |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

Andmete vaade

Korterelamu (EHR kood 121313715)

## Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
| --- | --- |
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | lokaalküte |
| Soojusallika liik | soojuspump |
| Energiaallika liik | õhusoojus + elekter |
| Ventilatsiooni liik | soojustagastusega ventilatsioon; mehaaniline sissepuhe ja väljatõmme |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | 1 |

## Energiamärgised

| Jrk | Energiamärgise liik | Energiamärgise number | Energiaklass |
| --- | --- | --- | --- |
| 1 | Registrisse kandmata hoone energiaarvutusel põhinev energiamärgise teatis | 2011569/01298 | B |

| | | |
| --- | --- | --- |
| | Energiaallika liik | õhusoojus + elekter |
| 18 | Ehitise osa tüüp | Eluruum |
| | Sissepääsu korrus | 3 |
| | Ehitise kuju, kus hooneosa asub | 1: Korterelamu Kopli tee 24 |
| | Hooneosa aadress | Harju maakond, Rae vald, Peetri alevik, Kopli tee 24-18 |
| | Ehitise osa pind (m2) | 80,2 |
| | Köetav pind (m2) | 80,2 |
| | Rõdude ja lodžade pind (m2) | 8,9 |
| | Tubade arv | 4 |
| | Köökide arv | |
| | Avatud köökide arv | 1 |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš |
| | Gaasipaigaldis | puudub |
| | Soojusvarustuse liik | lokaalküte |
| | Soojusallika liik | soojuspump |
| | Energiaallika liik | õhusoojus + elekter |

*Allikas: https://ehr.ee/*

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

## Lisa 4. Väljavõte notariaalsetest dokumentidest, hoonejaotusplaanid



**Korter nr 18**

| 18 | | | |
|----|------|-----------|---------|
|    | 18-1 | ESIK      | 4,9     |
|    | 18-2 | KORIDOR   | 5,8     |
|    | 18-3 | VANNITUBA | 5,3     |
|    | 18-4 | WC        | 1,4     |
|    | 18-5 | KODUHOID  | 1,9     |
|    | 18-6 | TUBA      | 11,4    |
|    | 18-7 | GARDEROOB | 3,4     |
|    | 18-8 | TUBA      | 10,1    |
|    | 18-9 | TUBA      | 10,4    |
|    | 18-10| ELUTUBA   | 25,6    |
|    |      |           | 80,2 m² |

*Allikas: Erikasutusõiguse seadmise leping, 17.05.2022, kinnistusraamat.rik.ee*

**Domus Kinnisvara**

Maarja Triise                                        Domus Kinnisvara
Kinnisvara nooremhindaja                              Luise tn 2, Tallinn



**Väljavõte I korruse plaanist. Erikasutusõigus panipaigale, mis on hoone 1. korruse plaanil tähistatud nr 111PP (viidatud plaanil punase noolega).**

*Allikas: Erikasutusõiguse seadmise leping, 17.05.2022, kinnistusraamat.rik.ee*

**Domus Kinnisvara**

Maarja Triise                                                                                          Domus Kinnisvara
Kinnisvara nooremhindaja                                                          Luise tn 2, Tallinn



**Parkimisplaan. Erikasutusõigus väliparkimiskohtadele, mis on asendiplaanil tähistatud nr 24-17, 24-18 (viidatud plaanil punaste nooltega).**

*Allikas: Erikasutusõiguse seadmise leping, 17.05.2022, kinnistusraamat.rik.ee*

**Domus Kinnisvara**

Maarja Triise                                                                                              Domus Kinnisvara
Kinnisvara nooremhindaja                                                                       Luise tn 2, Tallinn

## Vastavuskinnitus standardi nõuetele:

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

Hindamisaruande koostaja

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

*/allkirjastatud digitaalselt/*
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn