AO 100 (Rev 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the

United States of America
)
v.
)
~~Sergei Potapenko~~
)   Case No.   22-CR-185-RSL
_Defendant_
)
)

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it):*

A single-family house at Järvemetsa str 6, Peetri, Rae vald, Harjumaa, ESTONIA (Reg.no.13138602) Mortgages are set in favour of Luminor Bank AS in the amounts of EUR 360750, and EUR 61000.-

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Loan balance 13.06.24 - 221 584 EUR

Page 2 of 2

AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 13.06.24

_____
City and state: _____

_____
Defendant (if a property owner)

Mazina Lipavski
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Date: July 26, 2024
_____

**CLERK OF COURT**

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: July 26, 2024
_____

**UNITED STATES OF AMERICA**
JEHIEL I. BAER, Assistant United States Attorney

_____
Assistant United States Attorney's signature

Agreement approved.

Date: July 26, 2024
_____

_____
Judge's signature

Registriosa:

| | |
|---|---|
| Registriosa number | 13138602 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 65301:001:2755 | Elamumaa 100%, Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6. | 1202 m2 | Maakatastri andmed üle võetud 12.02.2012. | kehtiv |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 3 | Marina Lipavski (isikukood 47501180285) | 27.01.2016 kinnistamisavalduse alusel sisse kantud 2.02.2016. Kohtunikuabi Reet Keskküla | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | | Kustutatud 11.08.2010 kohtutäituri avalduse alusel 19.08.2010. Kohtunikuabi Mare Tomingas | kehtiv |
| 2 | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Keskküla | kehtiv |
| 2 | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Keskküla | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 30.12.2014 kinnistamisavalduse alusel 20.01.2015. Kohtunikuabi Sigrid Orumets | kehtiv |
| 2 | | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Kesküla | kehtiv |
| 3 | Hüpoteek summas 360 750,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 360 750,00 EUR | Sisse kantud 2.02.2016. 21.03.2018 kinnistamisavalduse alusel muudetud 15.04.2018. Kohtunikuabi Lii Hallikvee | kehtiv |
| 4 | Hüpoteek summas 61 000,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 23.08.2019 kinnistamisavalduse alusel sisse kantud 30.08.2019. Kohtunikuabi Tiina Adoberg | 61 000,00 EUR | | kehtiv |

Asutus: RIK

Nimi: Tavakasutaja

Kuupäev: 05.06.2024 22:21:53

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.



Usaldus, mis kestab!



**Eksperthinnang nr 1438-24**

| | |
|---|---|
| Vara: | Hoonestatud kinnisasi, registriosa nr 13138602 (üksikelamu) |
| Aadress: | Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6 |

| | |
|---|---|
| Väärtuse kuupäev: | 04.06.2024 |
| Hindamisaruande kuupäev: | 10.06.2024 |

| | |
|---|---|
| Turuväärtus: | 756 000 € |

| Hindamisaruande koostaja | Hindamisaruande kinnitaja |
|---|---|
| /allkirjastatud digitaalselt/ | /allkirjastatud digitaalselt/ |
| Maarja Triise | Jane Jürgenson |
| Kinnisvara nooremhindaja, tase 5 | Kutseline hindaja |
| Kutsetunnistuse nr 177134 | Vara hindaja, tase 7, kutsetunnistuse nr 189558 |
| | Eesti Kinnisvara Hindajate Ühingu liige |


## Sisukord

KOKKUVÕTE ................................................................................................................................. 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ........................................................................ 4
   1.1. Hinnatav vara ja hindamise eesmärk ........................................................................... 4
   1.2. Hindamise alused ning hindamisaruande avaldamine ................................................. 4
   1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta .............................. 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** .............................................................. 5
   2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon ..................................... 5
   2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel ................. 5
   2.3. Hinnatava vara ülevaatus ............................................................................................ 5

**3. Hinnatava vara kirjeldus** ....................................................................................................... 5
   3.1. Asukoht ....................................................................................................................... 5
   3.2. Omandisuhted .............................................................................................................. 7
   3.3. Maakasutus .................................................................................................................. 8
   3.4. Elamu üldandmed ....................................................................................................... 11
   3.5. Hoone põhikonstruktsioonid ...................................................................................... 12
   3.6. Hoone eluruumide siseviimistlus ............................................................................... 12
   3.7. Hoone tehnosüsteemid ............................................................................................... 13
   3.8. Hinnang hinnatava vara kestlikkuse väärtusele ......................................................... 13

**4. Turuülevaade** ......................................................................................................................... 14
   4.1. Majandusülevaade ...................................................................................................... 14
   4.2. Harjumaa hoonestatud elamumaa ............................................................................. 15
      4.2.1. Müügitehingud ................................................................................................ 19
      4.2.2. Turustatavuse analüüs ..................................................................................... 20
      4.2.3. Pakkumine ....................................................................................................... 20
   4.3. Parim kasutus .............................................................................................................. 21

**5. Hindamine** ............................................................................................................................. 22
   5.1. Hindamise metoodiline alus ja põhimõtted ............................................................... 22
   5.2. Turuväärtuse hinnang ................................................................................................. 22

**6. Hindamistulemus** .................................................................................................................. 26

**Lisa 1. Fotod** ............................................................................................................................. 27

**Lisa 2. Kinnistusregistri väljavõte** ............................................................................................ 39

**Lisa 3. Ehitisregistri väljavõte** .................................................................................................. 41

**Lisa 4. Hoonejaotusplaan** ......................................................................................................... 44

**Vastavuskinnitus standardi nõuetele:** ....................................................................................... 46

Maarja Triise          Domus Kinnisvara
Kinnisvara nooremhindaja      Luise tn 2, Tallinn
maarja.triise@domus.ee       Tel 646 4035



# KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Hoonestatud kinnisasi, registriosa nr 13138602 (üksikelamu) |
| Aadress | Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6 |
| Omanik | Marina Lipavski (isikukood 47501180285) |
| Katastritunnus | 65301:001:2755 |
| Omandivorm | Kinnisasi |
| Kinnistu pindala | 1202 m$^2$ |
| Hinnatava kinnistu hoonestus | Üksikelamu ja panipaik-auto varjualune |
| Elamu suletud netopind/ eluruumi pind | 192,8 m$^2$/ 185,3 m$^2$ (ehitisregistri ja hoonejaotusplaani andmed) |
| Elamu üldseisukord | Hea/väga hea, eksklusiivne |
| HINDAMISARUANDE KOONDANDMED | |
| Hinnangu eesmärk | Eksperthinnang on koostatud laenutagatise turuväärtuse hindamiseks, esitamiseks laenuandjale laenamise eesmärgil. |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega. |
| Ülevaatuse kuupäev | 04.06.2024 |
| Väärtuse kuupäev | 04.06.2024 |
| Hindamisaruande kuupäev | 10.06.2024 |
| Tellija | Eduard Lipavski |
| Tellimusleping | Tellomus eksperthinnangu teostamiseks on kokku lepitud tellijaga kirjalikult suuliselt telefoni teel 04.06.2024. |
| Hindamise eeldused | Hindamise tavapraktikast väljuvad eeldused puuduvad. |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6-12 kuud. Likviidsuse hindame keskmiseks. |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±10% ehk tegelik tehinguhind võib eelneva protsendi piires erineda. |
| Käibemaks | Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmendi tehingud ei ole käibemaksuga maksustatavad. |
| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES | |

Ehitisregistris puudub info jahutusseadmete kohta, kuid II korruse magamistubadesse on paigaldatud konditsioneerid. *Soovitame ehitisregistri andmed kooskõlastada tegelikkusega.*

Kinnistul paikneb panipaik-auto varjualune, mille ehitisealune pind (visuaalsel vaatlusel ja Maa-ameti kaardirakendusel mõõdetuna) on üle 20 m$^2$. Vastavalt Ehitusseadustiku Lisale 1 tuleb üle 20 m$^2$ ehitisealuse pinnaga rajatistel esitada ehitisregistris ehitusteatis, kuid arvestades, et detailplaneeringuga kehtestatud ehitusõigus on realiseeritud, siis ei ole tõenäoliselt võimalik nimetatud abihoonet seadustada. Seega ei ole turuväärtuse leidmisel panipaik-autovarjualusega arvestatud.

| HINDAMISTULEMUS | |
|---|---|

Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6** asuva hoonestatud kinnisasja (registriosa nr 13138602) turuväärtus väärtuse kuupäeval

**756 000 (seitsesada viiskümmend kuus tuhat) eurot.**

Hindamisaruande koostaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 8 of 50

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6 |
|---|---|
| Registriosa nr | 13138602 |
| Vara liik | Kinnisasi (üksikelamu) |
| Hindamise eesmärk | Eksperthinnang on koostatud laenutagatise turuväärtuse hindamiseks, esitamiseks laenuandjale laenamise eesmärgil. |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõik hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel ei ole arvestatud vara koormavate hüpoteekidega.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasugune saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Hindamisaruanne vara aadressile Järvemetsa tee 6
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 9 of 50

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud ehitus-tehnilisi uuringuid tehnosüsteemidele.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Omaniku suulised selgitused vara ülevaatusel | 04.06.2024 |
| Kohapealne ülevaatus | 04.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 07.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 07.06.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 07.06.2024 |
| Üdplaneeringu info https://www.rae.ee/ | 07.06.2024 |
| Detailplaneeringute info päring https://map.rae.ee | 07.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 07.06.2024 |
| Avalike kinnisvaraportaalide andmed, https://kinnisvara24.delfi.ee, https://www.kv.ee | 07.06.2024 |
| Üksikelamu ehitusprojekt, töö nr PR 023/15 (sh hoonejaotusplaan), https://www.ehr.ee | 07.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel

| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES |
|---|
| Ehitisregistris puudub info jahutusseadmete kohta, kuid II korruse magamistubadesse on paigaldatud konditsioneerid. *Soovitame ehitisregistri andmed kooskõlastada tegelikkusega.* <br> Kinnistul paikneb panipaik-auto varjualune, mille ehitisealune pind (visuaalsel vaatlusel ja Maa-ameti kaardirakendusel mõõdetuna) on üle 20 m². Vastavalt Ehitusseadustiku Lisale 1 tuleb üle 20 m² ehitisealuse pinnaga rajatisel esitada ehitisregistris ehitusteatis, kuid arvestades, et detailplaneeringuga kehtestatud ehitusõigus on realiseeritud, siis ei ole tõenäoliselt võimalik nimetatud abihoonet seadustada. Seega ei ole turuväärtuse leidmisel panipaik-autovarjualusega arvestatud. |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 04.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline nooremhindaja Maarja Triise |
| Ülevaatuse juures viibinud isik | Omanik Marina Lipavski ja tellija Eduard Lipavski |
| Ülevaatuse ulatus | Ülevaatus hõlmas hinnatavat vara tervikuna. |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud. |

## 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Hinnatav vara asub Harju maakonnas Rae vallas, Peetri alevikus, Järvemetsa teel väljakujunenud elamupiirkonnas. Kaugus Tallinna südalinnast on ca 5 km. Asukoht on piirkonna siseselt hea, turuosaliste poolt keskmisest mõnevõrra kõrgemalt hinnatud. |

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Allikas: Maa-ameti kaardirakendus

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maaria.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



| Mikroasukoht | |
|---|---|
| Piirkonna hoonestus | Ümbruskonna hoonestuse moodustavad valdavalt uued ja kaasaegsed üksikelamud, rida- ja paariselamud, korterelamud. |
| Infrastruktuur | Hinnatav vara paikneb piisavalt arendatud infrastruktuuriga piirkonnas. Lähim kool asub 1,2 km kaugusel, lasteaed 400 m kaugusel, kauplus 700 m kaugusel. |
| Haljastus ja heakord | Piirkonnas on valdavalt madal- ja vähene kõrghaljastus. Ümbruskond on heakorrastatud. |
| Veekogud | Läheduses on Ülemiste järv. |
| Õhu saastatus ja müra | Müra- ja saastatuse tase vara vahetus ümbruses on madal, elamu asub keskmisest kõrgema liiklusaktiivsusega teedest eemal (tupiktänava lõpus). |
| Konkureerivad turupiirkonnad | Peetri alevik ja Tallinna kesklinnast sarnasel kaugusel asuvad väljakujunenud elamupiirkonnad (Peetri, Rae küla, Uuesalu, Assaku) |
| Juurdepääs | Juurdepääs on mööda avalikult kasutatavaid asfaltkattega teid pidi, otsene juurdepääs avalikult kasutatavalt Järvemetsa teelt. |
| Tee skeem | |

*Allikas: geoportaal.maaamet.ee (maanteeameti kaart)*

| | |
|---|---|
| Kergliiklusteed ja avalikud puhkealad | Läheduses kergliiklusteed ja avalikud puhkealad olemas, Kuldala park. |
| Parkimine | Hoonete ümbruses parkimisaladel ja tänavatel - piirkonnas on tasuta parkimine. |
| Ühistransport | Lähim bussipeatus asub ca 700 m kaugusel Tartu maantee ääres. |

## 3.2. Omandisuhted

| Registriosa number | 13138602 |
|---|---|
| Omandivorm | Kinnisasi |
| Omanik | Marina Lipavski (isikukood 47501180285) |

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL    Document 131    Filed 07/26/24    Page 12 of 50
Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6



| | |
|---|---|
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Puuduvad |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Puuduvad |
| Vara hüpoteegi kanded registriosa IV jaos | Kanne nr 3. Hüpoteek summas 360 750,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks.

Kanne nr 4. Hüpoteek summas 61 000,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 23.08.2019 kinnistamisavalduse alusel sisse kantud 30.08.2019.

*Hindamisel ei ole arvestatud vara koormavate hüpoteekidega.* |
| Üürilepingud | Hindajale teadaolevalt puuduvad. |
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |

## 3.3. Maakasutus

| Katastritunnus | 65301:001:2755 |
|---|---|
| Ortofoto |  |

*Allikas: geoportaal.maaamet.ee*

| Sihtotstarve | Elamumaa 100% |
|---|---|

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL    Document 131    Filed 07/26/24    Page 13 of 50

| Pindala | 1202 m$^2$ |
|---|---|
| Kuju, reljeef | Korrapärase ristküliku kujuga, reljeef suhteliselt tasane. Maatüki kuju on ortofotol piiritletud sinise joonega. |
| Parkimine | Kinnistu hoovis kivisillutisel |
| Hooned | Hoone – üksikelamu<br><br>Lisaks paikneb kinnistul väga heas seisukorras kivikonstruktsioonil panipaik- auto varjualune, mille ehitisealune pind (visuaalsel vaatlusel ja Maa-ameti kaardirakendusel mõõdetuna) on üle 20 m$^2$. Vastavalt Ehitusseadustiku Lisale 1 tuleb üle 20 m$^2$ ehitisealuse pinnaga rajatistel esitada ehitusregistris ehitusteatis, kuid arvestades, et detailplaneeringuga kehtestatud ehitusõigus on realiseeritud, siis ei ole tõenäoliselt võimalik nimetatud abihoonet seadustada. Seega ei ole turuväärtuse leidmisel panipaik-autovarjualusega arvestatud.. |
| Rajatised | Ehitisregistri andmetel puuduvad. |
| Haljastus | Kinnistu on heakorrastatud, parkimisala kaetud kivisillutisega, madalhaljastus, üksikud nooremad puud ja põõsad, elupuuhekk. |
| Piirded | Paneelaed ja elupuuhekk, sissesõidul puitpiire- olemas väravaautomaatika |
| Üldplaneering | Kehtestatud Rae valla üldplaneeringu alusel asub hinnatav vara elamumaa (väikeelamute, ridaelamute ja korterelamute ala, tiheasustusala) juhtotstarbelisel alal. Kehtestatud Rae Vallavolikogu 21.05.2013 otsusega nr 462.<br><br>Väljavõte maakasutusplaanilt:<br><br><br><br>*Allikas: https://www.rae.ee/rae-valla-uldplaneering* |
| Detailplaneering | Peetri küla Järvemetsa kinnistu detailplaneering (kehtestatud 02.04.2008).<br><br>Detailplaneeringuga määratud ehitusõigus:<br>- Maksimaalne ehitisalune pind 150 m$^2$,<br>- hoonete arv krundil 2,<br>- korruselisus kuni 2 korrust ja kõrgus kuni 8 m,<br>- katusekalle 0-18 kraadi |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 14 of 50
Rae vald, Järveküla, Järvemetsa tee 6

| | Info: https://map.rae.ee/gis |
|---|---|
| | Ehitusõigus on realiseeritud. |
| Miljööväärtuslik planeering | Puudub |
| Maa-ameti kitsenduste kaardi järgsed kitsendused | Maa-ameti kaardiserveri kitsenduste kaardi andmete kohaselt on järgenvad kitsenduste mõjualad: planeeringu ala (tiheasustusala), ühisveevärgi ja -kanalisatsiooni kaitsevöönd, sideehitise kaitsevöönd ning elektripaigaldise kaitsevöönd |
| | *Nimetatud kitsendused ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna ei takista selle sihtotstarbelist kasutamist.* |

Kitsenduste kaart ja kitsenduste mõjualad:

| Legend | Kitsenduste mõjuala nähtus | Ulatus (m2) |
|---|---|---|
| | Sideehitise kaitsevöönd | 1.02 |
| | Ühisveevärgi ja -kanalisatsiooni vöönd | 11.93 |
| | Elektripaigaldise kaitsevöönd | 3.88 |



*Allikas: geoportaal.maaamet.ee*

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

## 3.4. Elamu üldandmed

Hoone pinnaandmed, rajamisaastad ja konstruktsioonide andmed on välja toodud vastavalt ehitisregistri informatsioonile ning hindaja poolt teostatud vara kohapealsele visuaalsele vaatlusele.

| ÜKSIKELAMU | |
|---|---|
| Ehitusaeg | 2016. a (ehitisregistri andmed) |
| Ehitisregistri kood | 120727341 |



*Allikas: hindaja info*

| Ehitusluba, ehitusteatis | Dokumendi nr | Kuupäev | Dokumendi nimi |
|---|---|---|---|
| Kasutusluba, kasutusteatis[1] | 1512219/03848 | 06.04.2015 | Ehitusluba ehitise püstitamiseks |
| | 1612371/06328 | 22.09.2016 | Kasutusluba (ehitise püstitamisel) |

*Allikas: www.ehr.ee*

| Energiamärgis | Registrisse kandmata hoone energiaarvutusel põhinev energiamärgise teatis, energiaklass B, märgise väljastamise kuupäev 05.03.2015 (ehitisregistri andmed). *Hindamise hetkel on energiamärgis kehtetu (kehtib kaks aastat pärast kasutusloa väljastamist). Soovitame tellida uue energiamärgise.* |
|---|---|
| Peamine kasutamise otstarve | Üksikelamu (ehitisregistri andmed) |
| Tegelik kasutamise otstarve | Üksikelamu |
| Ehitise nimetus | Üksikelamu (ehitisregistri andmed) |
| Hoone paiknemine | Hoone paikneb maatüki idapoolses osas. |
| Korruselisus | 2 maapealsest korrust |
| Ehitisealune pind | 150,0 m$^2$ (ehitisregistri andmed) |
| Suletud netopind / eluruumi pind | 192,8 m$^2$/ 185,3 m$^2$ (ehitisregistri ja hoonejaotusplaani andmed) |
| Kubatuur | 800,0 m$^3$ (ehitisregistri andmed) |
| Pinnaandmete vastavus | Ehitisregistri andmed ja hoonejaotusplaanide andmed ühtivad ning vastavad visuaalsel vaatlusel tegelikkusele. Hindamisel võtame aluseks ehitisregistri andmed, mida peame tõeseks ja usaldusväärseks. |
| Üksikelamu ruumiplaneering | Ruumiplaneering
I korrus: Esik, garderoob, wc, avatud köök-elutuba, söögituba, magamistuba, wc-duširuum, abiruum/tehnoruum, terrass
II korrus: trepihall, kaks magamistuba, kabinet, kaks wc-vannituba, terrass |

[1] *Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbele (EhSRS § 23 lg 2). Kasutusotstarbe muutumisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).*

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



| | |
|---|---|
| | Planeeringu funktsionaalsuse võime hinnata heaks. |
| | *Vaata hoonejaotusplaan Lisa 4.* |

## 3.5. Hoone põhikonstruktsioonid

| | |
|---|---|
| Vundamendi liik | Madalvundament (ehitisregistri andmed) |
| Kandekonstruktsioonid | Monoliitne raudbetoon, monteeritav raudbetoon, väike- või suurplokk (ehitisregistri andmed) |
| Välisseina liik | Väike- või suurplokk (ehitisregistri andmed) |
| Vahelagede kandva osa materjal | Monoliitne raudbetoon, monteeritav raudbetoon, terasferm- või tala (ehitisregistri andmed) |
| Katuste ja katuselagede kandva osa materjal | Monoliitne raudbetoon, monteeritav raudbetoon (ehitisregistri andmed) |
| Välisseina välisviimistluse materjali liik | Krohv, looduslik kivi (ehitisregistri andmed) |
| Katus/katusekate | Lamekatus/ rullmaterjal (ehitisregistri andmed) |
| Uksed | Välisuks soojustatud puituks, siseuksed puidust tahveluksed |
| Aknad | Kolmekordse klaasiga puitalumiiniumraamidel aknad |
| Hoone põhikonstruktsioonide seisukord | Konstruktsioonide põhjalikku ehitus-tehnilist ekspertiisi ei ole teostatud. Visuaalsel vaatlusel on hoone põhikonstruktsioonid heas/väga heas seisukorras, olulisi vajumisi, niiskuskahjustusi või deformatsioone ülevaatuse ajal ei tuvastatud. Tegemist on BlueSky OÜ Järvemetsa arendusporjektiga, hinnatava vara osas teostati eriprojekt-oluliselt kõrgemad laed, projekteeriti täiendavad san.ruumid magamistubadele, eksklusiivsemad siseviimistlusmaterjalid. Otsene remondivajadus puudub. |

## 3.6. Hoone eluruumide siseviimistlus

| | |
|---|---|
| Eluruumide viimistlus | |
| Põrandakatted | I korrusel valdavalt keraamilised plaadid, II korruse eluruumides puitparkett |
| Seinakatted | Värvkate, osaliselt tapeet |
| Laed | Värvkate |
| Materjalide seisukord | Hea/väga hea (eksklusiivsem/kallim viimistlus) |
| Siseuksed | Siseuksed puidust tahveluksed |
| San. ruumide viimistlus | |
| Põrandakatted | Keraamilised plaadid |
| Seinakatted | Keraamilised plaadid |
| Lagi | Värvkate |
| Materjalide seisukord | Hea/väga hea (eksklusiivsem/kallim viimistlus) |
| San.tehnika | Töökorras, kaasaegne |
| Kohtkindel sisseseade | Kohtkindel köögimööbel, majapidamisruumi mööbel |

Maarja Triise
Kinnisvara nooremhindaja
maaria.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



*Allikas: hindaja info*

| | |
|---|---|
| Hinnang ruumide üldisele seisukorrale | Eluruumide siseviimistluse seisukord on valdavalt hea/väga hea. Siseviimistluses on kasutatud keskmisest kallima hinnaklassi eksklusiivsemaid siseviimistlusmaterjale. Pärast hoone valmimist suuremaid remonttöid tehtud ei ole, üldine kulum on madal. |
| Remondivajadus | Otsene remondivajadus puudub. |

## 3.7. Hoone tehnosüsteemid

| | |
|---|---|
| Veevarustus | Võrk (ehitisregistri andmed) |
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Elektrivarustus | Võrk (ehitisregistri andmed) |
| Küttesüsteem | Lokaalküte: maasoojuspump (ehitisregistri andmed), soojuskandjaks on vesipõrandaküte (ruumipõhine reguleerimine) |
| Ventilatsioon | Soojustagastusega ventilatsioon, mehaaniline sissepuhe ja väljatõmme (ehitisregistri andmed) |
| Muud tehnosüsteemid | Jahutuse kohta ehitisregistris info puudub, kuid II korruse magamistubadesse on paigaldatud konditsioneerid. *Soovitame ehitisregistri andmed kooskõlastada tegelikkusega.* |
| Signalisatsioon | Valmidus olemas |
| Tehnosüsteemide seisukord | Paigaldatud tehnosüsteemid on visuaalsel vaatlusel ja omaniku info kohaselt heas seisukorras. |

## 3.8. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid ja hindaja hinnangul on vara kestlikkuse väärtus positiivne. Tegemist on ehituslikult uuema elamuga, millel on kaasaegsed tehnosüsteemid, vara on heas/väga heas seisukorras. |

Maarja Triise                                                                              Domus Kinnisvara
Kinnisvara nooremhindaja                                                                   Luise tn 2, Tallinn


Eksperthinnang nr 1438-24
Hajunurme/piha, Viimsi vald, Järvemetsa tee 6
Case 2:22-cr-00185-RSL    Document 131    Filed 07/26/24    Page 18 of 50

# 4. Turuülevaade

## 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[2]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala töötuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtteid ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressurside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujääki suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust — raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu — siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujääki piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

---

[2] Eesti Panga majandusprognoos seisuga 26.03.2024

**Domus Kinnisvara**

Maarja Triise                                          Domus Kinnisvara
Kinnisvara nooremhindaja                               Luise tn 2, Tallinn
maarja.triise@domus.ee                                 Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 19 of 50
Harjumaa, Harku vald, Ilmandu küla, Järvemetsa tee 6

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| töötus (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

\* Prognoos
Allikas: statistikaamet, Eesti Pank

## 4.2. Harjumaa hoonestatud elamumaa

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihindade võimalikust langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele püsisid hinnad ikkagi samal tasemel, mis siis omakorda tähendab jätkuvat survet müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenu andjad püüdsid järjest enam toetada tehinguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu täheldada ei olnud ja kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis siis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu neelduvusvõime.



Allikas: Maa-ameti tehingute andmebaas

Kõikidest Harjumaa elamute tehingutest tehti umbes kolmveerand väljaspool Tallinnat. Tehingute arvu kohaselt olid Harjumaa aktiivsemad turupiirkonnad jätkuvalt Tallinnaga head ühendust omavad lähivallad: Harku vald, Saue vald, Saku vald ja Viimsi vald. Lähivallad olid lisaks sealse vara paremale taskukohasusele populaarsed ka uuemate elamupiirkondade tõttu, kus hoonestustihedus madalam ja privaatsus linnaga võrreldes mingil määral suurem. Samuti toetasid tehingute arvu nendes piirkondades suvilate tehingud.

Umbes veerand kõikidest Harjumaa elamute tehingutest tehakse Tallinnas. Selle erinevatest linnaosadest olid traditsiooniliselt aktiivsemad Pirital, Nõmmel ning Haaberstis ehk need piirkonnad, kus ka kõige rohkem elamuid oli pakkumises.

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Harjumaa ja Tallinna elamute tehingute hinnad näitasid jätkuvalt stabiilsust ehk hinnad püsisid suhteliselt samasugusel tasemel. Siiski oli näha sellele aina rohkem survet, sest seda survestasid elamute pakkumiste arvu suurenemine ja sealjuures küllaltki madale jäänud ostu-müügitehingute arv.

Väga kõrge hinnaga elamud, hinnaklassis 650 000 € ja enam, ehk ekslusiivsed elamud olid jätkuvalt madala likviidsusega. I kvartalis oli hinnavahemikus 650 000 – 1 218 000 € tehingus 10 elamut ja selline tempo viitab eelmise aasta vaikse hoo jätkumisele. Traditsiooniliselt olid enamus tehinguid Tallinna uuselamupiirkondades, üksikud ka Tallinna lähivaldades. Kuivõrd uute elamute püsitamise aktiivsus on madal, siis jäi ka ülal viidatud tehingute arvust silma see, et äsja valminud uute elamute tehingute arv oli madal. Selgelt domineerisid järelturu elamud ehk 10-15 aastat tagasi ehitatud elamute tehingud.

2024.a. alguse seisuga oli uute elamute püstitamise aktiivsus suhteliselt madal. Üksikelamute, kaksikelamute ja ridaelamute ehitusaktiivsus oli eelmise aastaga võrreldes keskmisest madalam ehk uute elamute ehitamist alustati veelgi tagasihoidlikumalt. Selline trend oli ühetaoline nii Tallinnas kui ülejäänud Harjumaal. Ehitamise alustamist hoidsid tagasi kodumajapidamiste madal kindlustunne, kõrge laenukulu ning säästude taastamise vajadus.

Aga olenemata võimalusest ehitada oli ikkagi selgelt näha soovi ehitada, sest taustal püsis ehituslubade väljastamise arv endiselt kõrgel tasemel. Tõenäoliselt võib oodata ehituslubade suuremat realiseerumist alles mõne aja pärast peale majanduse pöördumist kasvule.

| | Tallinn | | | Harju maakond, v.a Tallinn | | |
|---|---|---|---|---|---|---|
| | Üksikelamud | Kaksikelamud | Ridaelamud | Üksikelamud | Kaksikelamud | Ridaelamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitusluba | 21 | 1 | 0 | 135 | 6 | 5 |
| Ehitamist alustatud | 10 | 5 | 1 | 89 | 3 | 5 |
| Kasutusluba | 30 | 0 | 2 | 152 | 8 | 20 |

Allikas: Statistikaamet

<span style="color:orange">**Nõudlus**</span>

Käesoleva aasta alguse nõudlust võis pidada sarnaseks eelmisel aastal väljakujunenud nõudlusega. Ostjad tegid jätkuvalt tavapärasest rohkem kaalutletumaid otsuseid võttes arvesse suhteliselt kõrge euribori mõju elamu laenu hinnale, oma töökohaga seotud väljavaateid ning üldist kindlustunnet tööl ja kodus.

Kui võrrelda Harju maakonna ostu-müügitehingute jaotust elamu vanuse alusel, siis suuresti püsis see ühetaoline. Umbes 30% tehingutest teostati uute ja uuemate elamutega (esmane kasutus alates 2000.a.), mis kogu elamufondi vanust vaadates viitas väga selgelt sellele, et ostjatel oli jätkuvalt suurem huvi eelkõige kaasaegsema vara vastu.

Valdavalt olid uute ja uuemate elamute hinnad jäänud Tallinnas ja selle lähipiirkonnas vahemikku 500 000 – 850 000 €, mujal Harju maakonnas vahemikus 350 000 – 600 000 €. Atraktiivsemad on linnalähedaste ja linnasiseste uute või rekonstrueeritud väiksema pindalaga (120-150 m$^2$, min 3 magamistuba) ökonoomse küttelahendusega elamud. Elamu valikul oli tähtis, et sinna saaks kohe sisse kolida ning ostja enam täiendavaid kulusid tegema ei pea. Kui oli vaja ise ehitada või rekonstrueerida, siis oli müük veelgi keerukam, kuna ehitustegevus oli jätkuvalt üsna kulukas. Isetoimetamise üks negatiivsemaid külgi seisnes ka suurema omafinantseeringu vajaduses ehk remondiks pidi ka oma raha jätkuma.

Linna äärealadel olid nõutud 150-170 m$^2$ suurused 1-korruselised elamud, mille hinnad jäid vahemikku 350 000 - 550 000 €. Väga palju pöörati tähelepanu energiasäästule ja rahakotisõbralikele küttelahendustele, nt kõrgete energiahindade taustal oli maakütte olemasolu väga suur eelis. Samuti mõeldi päikesepaneelide paigaldamise peale. Vähe-nõudlikumad ostjad leppisid ka lokaalse katelseadme ja radiaatoritega küttesüsteemiga või õhk-soojuspumpadega. Oluliselt madalam huvi oli 1990. suuremahuliste elamute vastu, mis reeglina olid ruumilahenduselt, pindalalt ja küttelahendustelt ebaratsionaalsed.

Maakonna äärealadel oli suvilate ja talude huvipakkuv hinnatase vahemikus 40 000 – 70 000 €, linnale lähemale jäävates endistes suvituspiirkondades, kuhu oli rajatud palju aastaringseid üksikelamuid, oli hinnatase oluliselt kõrgem, jäädes valdavalt vahemikku 70 000 – 120 000 €.

Elamute ostul pöörati aina suuremat tähelepanu dokumentatsiooni korrasolekule. Ilma korras dokumentideta (kasutusloata) pank laenu reeglina ei anna või annab seda tähtajalisel tingimusel, et dokumentatsioon korrastataks.

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24

Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 21 of 50
Harjumaa, Harku vald, Harkujärve küla, Järvemetsa tee 6

Nõudlust jääb jätkuvalt mõjutama ebakindel majanduskeskkond, mis käesoleval aastal tõotab tulla eelneva aastaga üsna sarnane. Järelikult üldistades võib käesolevaks aataks prognoosida nõudluse jäämist suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

> Elamuturu trendid:
> - Nõudlus elamute ja suvilate vastu on püsinud madal nii Tallinnas kui Harjumaal tervikuna;
> - Ostjad jagub eelkõige uuemale elamufondile, vähenenud on vanema ja odavama elamufondi tehingute maht;
> - Varade keskmised müügiperioodid on pikenenud;
> - Elamute ehitusaktiivsus on jätkuvalt madal;
> - Pakkumiste maht on jätkanud kasvu;
> - Ostjad nõuavad aina rohkem korrektse dokumentatsiooniga elamuid;
> - Elamu valimisel pööratakse väga suurt tähelepanu energiasäästule.

### Pakkumine

Jätkuvalt tuli turule juurde pakkumisi rohkem võrreldes nende realiseerimiskiirusega ehk Harjumaa elamispindade puhul ületas pakkumine nõudlust. Turu neelduvusvõime püsis jätkuvalt madal, sest ostu-müügitehingute arv oli suhteliselt madal. Alates 2023. aastast on Harju maakonnas elamute pakkumiste arv kasvanud ning aasta algusega võrreldes on lisandunud umbes 600 objekti, mis teeb kasvumääraks umbes 50%. Suhteliselt rohkem kasvasid pakkumismahud väljaspool Tallinna linna, seevastu Tallinnas jäi pakkumiste arv suhteliselt sarnasele tasemele.

Pakkumishinnad on Tallinnas mõnevõrra ülesse-alla kõikunud, aga kokkuvõtlikult jäänud küllaltki samale tasemele. Seevastu väljaspool Tallinna linna on pakkumishinnad langenud, kuid siin võib suuresti pidada põhjuseks odavama kinnisvara müüki lisandumist.



**Harju maakonna hoonestatud elamumaade keskmine pakkumiste arv ja keskmine hind aastatel 2019-2024 kuude lõikes**

Allikas: kinnisvaraportaal kv.ee, Domus Kinnisvara

Tallinnas oli kõige rohkem elamute pakkumisi Haabersti, Nõmmel ja Piritali, kuid neis linnaosades on ka enim hoonestatud elamumaade tehinguid. Väljaspool Tallinna linna oli enamus pakkumisi linnalähedastes suurvaldades, kus palju pakkumisi oli Saue vallas, Harku vallas, Viimsi vallas ja Lääne-Harju vallas.

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumisel olevast varast ilma jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teataval määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

### Prognoos:

Tehinguhindade osas on täheldada juba mõningast aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, „hapude laenude"

Maarja Triise                                                                                      Domus Kinnisvara
Kinnisvara nooremhindaja                                                                          Luise tn 2, Tallinn



osakaal on senimaani püsinud väga madalal ja kõige selle taustal on kodumajapidamised suutnud hakata taas sääste koguma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni enne ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a.-l. Seega on tõenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognooside kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka seekord on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturuga taastuvasse faasi.

**Rae valla hoonestatud elamumaa**
Nõudlus hinnatavaga sarnaste elamute järele on keskmine. Viimasel kümnel aastal on Rae valla tehingute aastane maht jäänud vahemikku 89-129 tk. Alates aastast 2012 on elamutega tehtud tehingute arv olnud kergelt kõikuv, näha ei ole suurt tõusu ega langustrendi, välja arvatud 2021. aastal, kui toimus tehingute arvus suurem tõus. Võib arvata, et tehingute maht oleneb paljuski uute pakkumiste tulemisest turule. Pakkumine elamutele ja elamuosadele piirkonnas on keskmine. Enim on elamuosasid ja elamute pakkumist Peetri alevikus ja Järvekülas, kus uute ja kallimate elamute osakaal on suur. See on ka viimase kümne aasta jooksul mõjutanud keskmist hoonestatud elamumaa hinda Rae vallas, mis on olnud valdavalt tõusutrendis, kuni 2023. aastal on toimunud mõningane hinna langus. Piirkonna uutemate elamute väljakujunenud hinnatase on vahemikus ca 400 000 € - 700 000 €, kus kallimad tehingud hõlmavad enamjaolt Tallinnale lähemal asuvaid suuremaid hooneid. Vanemaid elamuid ja rekonstrueeritud hooneid on müüdud valdavalt 100 000-400 000€. Kuna Rae valla puhul on tegemist paljude erinevate asumitega, nii linna äärsete kui ka Tallinnast kaugemal asuvate piirkondadega, siis on piirkonniti hoonete tehingu hinnad väga erinevad.

2022. aastal tehti 79 tehingut keskmise hinnaga 338 820 €. 2023. aasta lõpu seisuga tehti 72 tehingut keskmise hinnaga 306 862 €, maksimaalne tehingu summa 1 080 000 €. Käesoleval aastal on tehtud 7 tehingut, keskmise hinnaga 307 006 €, mis näitab tehinguhinna stabiliseerumist. Hinda mõjutavad eelkõige elamu konstruktsioonid, siseviimistluse seisukord, suletud netopind/elamispind, asukoht jms.

Rae valla viimaste aastate hoonestatud elamumaa tehingudünaamikat illustreerib allolev graafik:



Allikas: Maa-amet

**Eksklusiivsete elamute turg**
Nõudlus eksklusiivsemate elamute järele on keskpärasest madalam ja müügiperioodid on keskmisest oluliselt pikemad. Aastas teostatakse Tallinna linnas ja Harju maakonnas eksklusiivsemate elamutega (müügihind vähemalt 800 000 eurot) 7-10 tehingut. Enamhinnatud on arhitektuurse eriprojektiga ja läbimõeldud ning eksklusiivsemate siseviimistlus-materjalidega eramud suurusega 300-500 m², mis paiknevad privaatsetel kinnistutel.

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn



Asukohtadest on enamnimetatud Pirita linnaosa (Merivälja, Pirita, Mähe uuem piirkond), Kesklinna linnaosa (Kadrioru asum), Kakumäe asum (Merirahu) ja Nõmme linnaosa (Rahumäe, Nõmme, Kivimäe asumid). Samuti mereäärsetel kinnistutel paiknevad eksklusiivsed majad Harku ja Viimsi vallas (Tabasalu, Rannamõisa, Haabneeme, Püünsi, Pringi).

Eksklusiivse kinnisvara turuväärtust mõjutab ka ümbritsev elukeskkond ja naaberkinnistutel paiknevad elamud. Eelistatakse terviklikult väljakujunenud piirkonda, kus elamud on enam-vähem sarnases stiilis, seisukorras ja kinnistud heakorrastatud. Mõneti vanemate elamu puhul, kus viimistlus on juba üle 15 aasta vana ja tehnilised lahendused iganenud, eelistatakse kogu siseviimistlust uuendada. Seetõttu on ka juba üle 15 aasta vanused eksklusiivsemad elamud uutest või äsja rekonstrueeritud elamutest madalamas hinnaklassis.

### 4.2.1. Müügitehingud

Hindaja on analüüsinud üksikelamutega tehtud müügitehinguid, mis paiknevad hinnatava varaga sarnases turupiirkonnas. Välja on toodud ehituslikult uuemate ja hinnatavaga sarnasemate üksikelamutega teostatud tehingud, mis on teostatud 2022.-2024. aasta jooksul ning mis on heas kuni väga heas seisukorras eksklusiivsemad/eriprojektiga elamud:

| Asukoht | Tehingu aeg | Tehingu hind, € | Kinnistu pindala, m² | Elamu suletud netopind/ eluruumi pind, m² | Lisainfo |
|---|---|---|---|---|---|
| **Rae vald, Peetri alevik** | **12.2023** | **1 080 000** | **1501** | **270 (sh garaaž)/ ca 226,5** | **2022. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem (sh kõrged laed), ruumide seisukord väga hea, kallim/eksklusiivsem viimistlustase, puudub kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, päikesepaneelid, madalhaljastus** |
| **Saue vald, Alliku küla** | **04.2024** | **690 000** | **1636** | **210,1 (sh garaaž)/ 153,3** | **2021. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem, ruumide seisukord väga hea, kallim/eksklusiivsem viimistlustase, olemas kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, madalhaljastus** |
| Saue vald, Alliku küla | 04.2024 | 600 000 | 5380 | 355,4 (sh garaaž)/ 289,7 | 2000. a kivikonstruktsioon, hea, ruumide seisukord hea, olemas kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, kamin, madal- ja vähene kõrghaljastus |
| Viimsi vald, Lubja küla | 12.2023 | 829 000 | 1625 | 268,3 (sh garaaž)/ 212,6 | 2021. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem, ruumide seisukord väga hea, kallim/eksklusiivsem viimistlustase, puudub kohtkindel köögimööbel, õhk-vesisoojuspump, soojustagastusega ventilatsioon, madalhaljastus |
| **Viimsi vald, Püünsi küla** | **11.2023** | **700 000** | **1764** | **233,0 (sh garaaž)/ ca 187,7** | **2010. a kivikonstruktsioon, hea/väga hea, arhitektuurselt lihtsam (tavapärase kõrgusega laed), ruumide seisukord hea/väga hea, keskmine viimistlustase, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, kamin, sundväljatõmme, saun ja bassein, madalhaljastus** |
| Rae vald, Peetri alevik | 05.2022 | 710 000 | 1274 | 253,4 (sh garaaž) | 2016. a kivikonstruktsioon, hea/väga hea, arhitektuurselt atraktiivsem (kõrgemad laed), ruumide seisukord hea/väga hea, kallim/eksklusiivsem viimistlus, olemas kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, madalhaljastus |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 24 of 50
Harjumaa, Rae vald, Peetri alevik, Järvemetsa tee 6

**4.2.2. Turustatavuse analüüs[3]**

| Hinnatava vara lõppkasutajad | Lastega pere, keskmisest kõrgema sissetulekuga isikud |
|---|---|
| Lõppkasutajaid iseloomustavad tunnused | Kindel töökoht ja sissetulek olemas, keskmisest kõrgem sissetulek, soov elada uuselamurajoonis, lõppkasutajad, kes on vaadeldava piirkonnaga mingil määral seotud (töö, pere), pered kes liiguvad korterist või majaosast majja ning soovivad elada optimaalsel kaugusel Tallinnast, hea taristuga piirkonnas. |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Hinnatav vara rahuldab turusegmendi nõudeid, sest turul on eelistatud Harjumaa valdade elamud, mis on optimaalsel kaugusel Tallinnast. Tegu on heas/väga heas seisukorras ja optimaalse suurusega elamuga. Asukoht (Peetri alevik) on Rae valla siseselt kõrgelt hinnatud ja viimaste aastate jooksul kiirelt arenenud piirkond. |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Raske konkreetselt välja tuua, kuid tõenäoliselt keskmine osa |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Raske konkreetselt välja tuua, kuid tõenäoliselt keskmisest väiksem osa |
| Konkureeriv pakkumine turul | Hinnatava varaga sarnane pakkumisinfo on toodud punktis 4.2.3. |
| Müügiperiood | Keskmised müügiperioodid on sarnastel varadel 6-12 kuud. |
| Müügihinnad | Prognoosime hindade stabiliseerumist. |
| Alternatiivsed kasutused | Hindaja hinnangul puuduvad. |

**4.2.3. Pakkumine**

Kinnisvaraportaalis www.kv.ee on hetkel Rae vallas pakkumisel ca 63 üksikelamut. Hinnatava varaga sarnaste varade pakkumine on keskmisest madalam. Rae vallas paiknevate hinnatava varaga sarnaste ehituslikult uuemate ja eksklusiivsemate üksikelamute pakkumishinnad on valdavalt vahemikus 630 000 – 1 150 000 €. Hinnad sõltuvad kaugusest keskusest, elamu seisukorrast, elamu ehitusel kasutatud materjalide ja tehnosüsteemide valikust, kohtkindla mööbli olemasolust, krundi ja elamu suurusest, haljastusest.

Toome välja mõned hinnatava varaga analoogsed pakkumised:



---

[3] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara müüakse, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahekorda hinnatava vara turusegmendis objektiivsemalt.

Maarja Triise                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                        Luise tn 2, Tallinn
maarja.triise@domus.ee                                         Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 25 of 50
Rae vald, Järveküla, Järvemetsa tee 6



*Allikas: ww.kv.ee*

**Hinnatav vara ei ole hindajale teadaolevalt avalikus müügipakkumises.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

## 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava vara parim kasutus on kasutamine hoonestatud elamumaana (üksikelamu), mis on füüsiliselt võimalik (antud asjaolu toetab hoone olemus ja asukoht), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hoone ja kinnistu juriidiline sihtotstarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete kinnistute vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutusfunktsioon puudub.

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL    Document 131    Filed 07/26/24    Page 26 of 50
Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6

# 5. Hindamine

## 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varade sektoris tehakse valdavalt ostu-müügi tehinguid.

**Võrdlusmeetod** (sales comparison approach) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemise aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

## 5.2. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise teel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks teostatud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asukoht | Tehingu aeg | Tehingu hind, € | Kinnistu pindala, m² | Elamu suletud netopind/ eluruumi pind, m² | Lisainfo |
|---------|-------------|-----------------|----------------------|-------------------------------------------|----------|
| Rae vald, Peetri alevik | 12.2023 | 1 080 000 | 1501 | 270 (sh garaaž)/ ca 226,5 | 2022. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem (sh kõrged laed), ruumide seisukord väga hea, kallim/eksklusiivsem viimistlustase, puudub kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, päikesepaneelid, madalhaljastus |
| Saue vald, Alliku küla | 04.2024 | 690 000 | 1636 | 210,1 (sh garaaž)/ 153,3 | 2021. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem, ruumide seisukord väga hea, kallim/eksklusiivsem viimistlustase, olemas kohtkindel köögimööbel, maasoojuspump, soojustagastusega ventilatsioon, madalhaljastus |
| Viimsi vald, Püünsi küla | 11.2023 | 700 000 | 1764 | 233,0 (sh garaaž)/ ca 187,7 | 2010. a kivikonstruktsioon, hea/väga hea, arhitektuurselt lihtsam (tavapärase kõrgusega laed), ruumide seisukord hea/väga hea, keskmine viimistlustase, olemas kohtkindel köögimööbel, õhk-vesisoojuspump, kamin, sundväljatõmme, saun ja bassein, madalhaljastus |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Hindamisel võrdlusmeetodil kasutame tabelis väljatoodud tehinguid, kuna need on hinnatava varaga kõige paremini võrreldavad. Kuna sarnaste eksklusiivsemate elamutega on Rae vallas viimase aasta jooksul teostatud ainult 1 tehing, siis oleme võrdlusvaradena kasutanud ka Viimsi ja Saue vallas paiknevaid üksikelamuid. Selles hinnaklassis üksikelamute puhul tuleb vaadata tehinguid ka teistes võrreldavates piirkondades, kuna sobivaid tehinguid tehakse küllaltki vähe. Võrdluseks ei sobi sama piirkonna ehituslikult vanemad või lihtsama projektiga üksikelamud, sest turul osalejad keskenduvad

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 27 of 50
Tallinn, Harju maakond, Saue vald, Pärnasalu, Järvemetsa tee 6

ostuotsuseid tehes sarnastele varadele ja vähem konkreetsele piirkonnale. Ülejäänud tehinguid ei ole kasutatud, sest erinevad liialt pindalalt või on tegemist ajaliselt vanema tehinguga

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid. |
| Selgitused võrdlustehingute osas | • Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus.<br>• Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta. |
| Võrdlusühiku valik[4] | Võrdlusühikuks valime tervikhinna, kuna antud vara liigi puhul iseloomustab see turu toimemehhanisme kõige paremini. |
| Võrdluselementide valik[5] | • **Ajaline kohandus** – turusituatsiooni muutus võrreldavate varade müügiaja ja hinnatava vara väärtuse kuupäeva vahel.<br>Turusituatsioon ei ole vaadeldaval ajaperioodil oluliselt muutunud, mistõttu kohandusi ei rakenda.<br>Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid:<br>• **Asukoht** – varade hinda mõjutab piirkonna sisene asukoht, kaugus keskusest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase, veekogud jne. Hetkel on kohandatud esimest võrdlusvara 10% kehvemaks ning kolmandat võrdlusvara 5% kehvemaks, kuna asuvad keskustest mõnevõrra kaugemal.<br>• **Kinnistu suurus** – suurematel kinnistutel paiknevad elamud on kõrgema turuväärtusega, kuna võimaldavad suuremat privaatsust, täiendavat ehitusõigust või sõltuvalt kinnistu asukohast, geomeetriast ja hoonestuse paigutusest ka võimalust kinnistu jagamiseks. Samas suurema kinnistuga kaasnevad ka suuremad korrashoiukulud, mistõttu kinnistu pindala suurenedes suureneb vara tervikhind proportsionaalselt kasulikkusele. Hetkel on kohandatud kolmandat võrdlusvara -5%, kuna tegemist on suurema kinnistuga.<br>• **Kinnistu haljastus ja heakord** – heakorrastatud ja haljastatud kinnistud on rohkem hinnatud, mõju 5%. Lisaväärtust annab kõrghaljastuse olemasolu. Hetkel olulisi erinevusi ei esine.<br>• **Hoone ehitusaasta, konstruktsioonid ja seisukord** – Uued elamud on reeglina kõrgemas hinnaklassis kui vanemad elamud, hinda mõjutab ka elamu seisukord, arhitektuur ja funktsionaalsus. Puitkarkasselamud on vähem väärtustatud kui kivikonstruktsioonil elamud, mõju 5%. Hetkel on kohandatud esimest ja teist võrdlusvara -5% paremaks, kuna tegemist on uuemate ja paremas seisukorras elamutega, kolmandat võrdlusvara on kohandatud 5% kehvemaks, kuna on arhitektuurselt lihtsam (tvapärase kõrgusega laed).<br>• **Ruumide seisukord** – kvaliteetsema ja paremas seisukorras siseviimistlusega elamud on kõrgemalt hinnatud. Hinnavahe kvaliteediklasside vahel on 5-40%. Hetkel on kohandatud kolmandat võrdlusvara 5% kehvemaks, kuna viimistlustase on lihtsam, esimest ja teist võrdlusvara on kohandatud -5% paremaks, kuna varad on paremas seisukorras (uuem viimistlus). |

---

[4] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)
[5] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Maarja Triise                                                                                          Domus Kinnisvara
Kinnisvara nooremhindaja                                                                   Luise tn 2, Tallinn
maarja.triise@domus.ee                                                                    Tel 646 4035

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| | • **Kohtkindel köögimööbel** - Lisaväärtust annab kohtkindla köögimööbli olemasolu, mõju 5%. Hetkel on kohandatud esimest võrdlusvara -5%. |
| | • **Elamu suletud netopind/ eluruumi pind**– suurema pindalaga elamud on kõrgemas hinnaklassis. Eluhoone pindala on üks olulisemaid väärtust kujundavaid parameetreid, kuna see mõjutab otseselt hoone kasutusvõimalusi ja mugavust. Ebaotstarbekalt suure pinnaga eluhoone mõju kinnistu väärtusele võib ka negatiivseks osutuda, kuna see toob kaasa ebamõistlikult kõrged majanduskulud. Hetkel on kohandatud esimest võrdlusvara -15% ja kolmandat võrdlusvara -5%. |
| | • **Küttesüsteem**– Lokaalse keskküttesüsteemiga või kaasaegsete ning ökonoomsete küttesüsteemidega (nt maasoojuspump, õhk-vesisoojuspump) elamud on ahi- ja elektriküttega elamutest kõrgemalt hinnatud. Samuti avaldab päikesepaneelide olemasolu vara turuväärtusele positiivset mõju. Kuna on teada, et päikesepaneelide paigaldamine üksikelamutele maksab keskmiselt 17 000 – 25 000 eurot, siis on esimesele võrdlusvarale rakendatud faktilist kohandust -2%. Kolmandat võrdlusvara on kohandatud 5% kehvemaks. |
| | • **Lisategurid-** kõrvalhoonete olemasolu ja nende seisukord mõjutab kinnisvara väärtust. Heas seisukorras ja oma funktsionaalsuselt vajalikud lisapinnad lisavad varale väärtust. Hektel ei oma kolmanda võdlusvara lisapinnad/tegurid hinnangul nii suurt väärtust, et vajaks kohandamist. |
| | Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%. |

Kohandustabel:

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind, €** | Hindamisel lähtuti tervikhinnast | 1 080 000 | 690 000 | 700 000 |
| **Tehingu aeg** | juuni.24 | dets.23 | apr.24 | nov.23 |
| Ajaldamine | | 0% | 0% | 0% |
| **Ajaldatud tervikhind, €** | | 1 080 000 | 690 000 | 700 000 |
| **Asukoht** | Järvemetsa tee 6, Peetri alevik | Rae vald, Peetri alevik | Saue vald, Alliku küla | Viimsi vald, Püünsi küla |
| Võrdlus | | *samaväärne* | *kehvem* | *kehvem* |
| Kohandus | | 0% | 10% | 5% |
| **Kinnistu pindala, m²** | 1202 | 1 501 | 1 636 | 1 764 |
| Võrdlus | | *samaväärne* | *samaväärne* | *suurem* |
| Kohandus | | 0% | 0% | -5% |
| **Haljastus** | madalhaljastus, heakorrastatud | madalhaljastus, heakorrastatud | madalhaljastus, heakorrastatud | madalhaljastus, heakorrastatud |
| Võrdlus | | *samaväärne* | *samaväärne* | *samaväärne* |
| Kohandus | | 0% | 0% | 0% |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4025


Eksperthinnang nr 1438-24

Hindamisobjekt: Kinnistu aadressiga Järvemetsa tee 6

| Elamu konstruktsioonid ja seisukord | 2016. a kivikonstruktsioon, hea/väga hea, arhitektuurselt atraktiivsem (sh kõrged laed) | 2022. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem (sh kõrged laed) | 2021. a kivikonstruktsioon, väga hea, arhitektuurselt atraktiivsem | 2010. a kivikonstruktsioon, hea/väga hea, arhitektuurselt lihtsam (tavapärase kõrgusega laed) |
|---|---|---|---|---|
| Võrdlus | | *parem* | *parem* | *kehvem* |
| Kohandus | | -5% | -5% | 5% |
| **Ruumide seisukord** | Hea/väga hea, kallim/eksklusiivsem viimistlustase | Väga hea, kallim/eksklusiivsem viimistlustase | Väga hea, kallim/eksklusiivsem viimistlustase | hea/väga hea, keskmine viimistlustase |
| Võrdlus | | *parem* | *parem* | *kehvem* |
| Kohandus | | -5% | -5% | 5% |
| **Kohtkindel köögimööbel** | Olemas kohtkindel köögimööbel | Puudub kohtkindel köögimööbel | Olemas kohtkindel köögimööbel | Olemas kohtkindel köögimööbel |
| Võrdlus | | *kehvem* | *samaväärne* | *samaväärne* |
| Kohandus | | 5% | 0% | 0% |
| **Elamu suletud netopind/ eluruumi pind, m²** | 192,8/ 185,3 | 270 (sh garaaž)/ ca 226,5 | 210,1 (sh garaaž)/ 153,3 | 233,0 (sh garaaž)/ 187,7 |
| Võrdlus | | *suurem* | *samaväärne* | *suurem* |
| Kohandus | | -15% | 0% | -5% |
| **Küttesüsteem** | Maasoojuspump, soojustagastusega ventilatsioon | Maasoojuspump, soojustagastusega ventilatsioon, päikesepaneelid | Maasoojuspump, soojustagastusega ventilatsioon | Õhk-vesisoojuspump, kamin, sundväljatõmme |
| Võrdlus | | *parem* | *samaväärne* | *kehvem* |
| Kohandus | | -2% | 0% | 5% |
| **Lisaväärtused** | Puuduvad | Puuduvad | Puuduvad | saun ja bassein |
| Võrdlus | | *kehvem* | *kehvem* | *samaväärne* |
| Kohandus | | 0% | 0% | 0% |
| **Summaarne kohandus** | | -22% | 0% | 10% |
| **Kohandatud tervikhind, €** | | 842 400 | 690 000 | 770 000 |
| Kohanduste absoluutväärtuste summa | | 32% | 20% | 30% |
| Osakaal lõpphinnas | | 0,25 | 0,40 | 0,35 |
| Kaalutud kohandatud tehinguhind, € | | 210 600 | 276 000 | 269 500 |
| **Kaalutud kohandatud keskmine tehinguhind, €** | 756 100 | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 30 of 50
Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6

Kaalutud kohandatud keskmine tehinguhind: 210 600 + 276 000 + 269 500 = 756 100 €. s.o. **756 000 €.**

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodill **756 000 € (so 3 921 €/m² elamu suletud netopinna arvestuses).**

Võttes arvesse eelnevat ning sarnase turupiirkonna elamute turu hetkeolukorda, on hindaja seisukohal, et tulemus peegeldab õiglaselt hinnatava vara turuväärtust.


# 6. Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6** asuva hoonestatud kinnisasja (registriosa nr 13138602) turuväärtus väärtuse kuupäeval

**756 000 (seitsesada viiskümmend kuus tuhat) eurot.**

Vara on keskmise likviidsusega, müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6-12 kuud. Hindamistulemuse täpsuseks hindame ±10%. Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmendi tehingud ei ole käibemaksuga maksustatavad.

Maarja Triise                                                                                      Domus Kinnisvara
Kinnisvara nooremhindaja                                                              Luise tn 2, Tallinn

Eksperthinnang nr 1438-24
Üksikelamu, Harju maakond, Viimsi vald, Pärnamäe küla, Järvemetsa tee 6
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 31 of 50

## Lisa 1. Fotod

Üksikelamu välisvaated, vaated kinnistule

 

 



**Domus Kinnisvara**

Maarja Triise                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                         Luise tn 2, Tallinn
maarja.triise@domus.ee                                                           Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL Document 131 Filed 07/26/24 Page 32 of 50
Maaja Talu elamu väärtuse hindamine Järvemetsa tee 6









Maarja Triise                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                          Luise tn 2, Tallinn
maarja.triise@domus.ee                                                              Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 33 of 50
Harjumaa, Rae vald, Järveküla, Järvemetsa tee 6

Juurdepääsutee



Üksikelamu I korruse ruumide vaated




Maarja Triise                                                                              Domus Kinnisvara
Kinnisvara nooremhindaja                                                                   Luise tn 2, Tallinn




















Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035






Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035







**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035






Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 39 of 50



Üksikelamu II korruse ruumide vaated





**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035











**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035







**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

 

 

*Allikas: hindaja info*

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

## Lisa 2. Kinnistusregistri väljavõte

Registriosa:

| Registriosa number | 13138602 |
|---|---|
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |

### I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 65301:001:2755 | Elamumaa 100%, Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6. | 1202 m2 | Maakatastri andmed üle võetud 12.02.2012. | kehtiv |

### II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 3 | Marina Lipavski (isikukood 47501180285) | 27.01.2016 kinnistamisavalduse alusel sisse kantud 2.02.2016. Kohtunikuabi Reet Kesküla | kehtiv |

### III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | | Kustutatud 11.08.2010 kohtutäituri avalduse alusel 19.08.2010. Kohtunikuabi Mare Tomingas | kehtiv |
| 2 | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Kesküla | kehtiv |
| 2 | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Kesküla | kehtiv |

### IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud 30.12.2014 kinnistamisavalduse alusel 20.01.2015. Kohtunikuabi Sigrid Orumets | kehtiv |
| 2 | | | Kustutatud 27.01.2016 kinnistamisavalduse alusel 2.02.2016. Kohtunikuabi Reet Kesküla | kehtiv |
| 3 | Hüpoteek summas 360 750,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 360 750,00 EUR | Sisse kantud 2.02.2016. 21.03.2018 kinnistamisavalduse alusel muudetud 15.04.2018. Kohtunikuabi Lii Hallikvee | kehtiv |
| 4 | Hüpoteek summas 61 000,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 23.08.2019 kinnistamisavalduse alusel sisse kantud 30.08.2019. Kohtunikuabi Tiina Adoberg | 61 000,00 EUR | | kehtiv |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Maarja Triise
Kuupäev: 07.06.2024 16:20:01
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

Maarja Triise                                                                                    Domus Kinnisvara
Kinnisvara nooremhindaja                                                                Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 45 of 50

## Lisa 3. Ehitisregistri väljavõte

Andmete vaade

Üksikelamu (EHR kood 120727341)

# Üksikelamu (EHR kood 120727341)

### Ehitise üldinfo

| Näitaja | EHR andmed |
|---|---|
| Ehitise aadress | Harju maakond, Rae vald, Peetri alevik, Järvemetsa tee 6 |
| Ehitisregistri kood | 120727341 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | Üksikelamu |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 2016 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

### Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
|---|---|
| Kasutamise otstarve, eluruumi pind (m2) | Üksikelamu (11101) 192,8 |
| **Eluruumide pind kokku** | **192,8** |
| **Mitteeluruumide pind kokku** | **0,0** |

Maarja Triise
Kinnisvara nooremhindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Andmete vaade

Üksikelamu (EHR kood 120727341)

## Ehitise mõõtmed

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 150,0 |
| Maapealse osa alune pind (m2) | |
| Köetav pind (m2) | 192,8 |
| Suletud netopind (m2) | 192,8 |
| Üldkasutatav pind (m2) | |
| Tehnopind (m2) | |
| Maapealsete korruste arv | 2 |
| Maa-aluste korruste arv | 0 |
| Kõrgus (m) | 7,2 |
| Absoluutne kõrgus (m) | 45,3 |
| Pikkus (m2) | 14,4 |
| Laius (m) | 11,6 |
| Sügavus (m) | 0,0 |
| Maht (m3) | 800,0 |
| Maapealse osa maht (m3) | 800,0 |

## Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | väike- või suurplokk, näiteks vaht, mull, kergkruus, kärg, betoon; monteeritav raudbetoon; monoliitne raudbetoon |
| Välisseina liik | väike- või suurplokk (vaht, mull, kergkruus, kärg, betoon jms) |
| Välisseina välisviimistluse materjali liik | krohv; looduslik kivi |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon; monoliitne raudbetoon; terasferm või tala |
| Katuse ja katuslagede kandva osa materjali liik | monoliitne raudbetoon; monteeritav raudbetoon |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Andmete vaade

Üksikelamu (EHR kood 120727341)

## Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
|---|---|
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | lokaalküte |
| Soojusallika liik | soojuspump |
| Energiaallika liik | maasoojus + elekter |
| Ventilatsiooni liik | mehaaniline sissepuhe ja väljatõmme; soojustagastusega ventilatsioon |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | |

## Energiamärgised

| Jrk | Energiamärgise liik | Energiamärgise number | Energiaklass |
|---|---|---|---|
| 1 | Registrisse kandmata hoone energiaarvutusel põhinev energiamärgise teatis | 1511569/00417 | B |

*Allikas: https://ehr.ee/*

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1438-24
Case 2:22-cr-00185-RSL   Document 131   Filed 07/26/24   Page 48 of 50
IÜksikelamu, Jõe veski tee elamu ... Järvemetsa tee 6

## Lisa 4. Hoonejaotusplaan



**Üksikelamu esimese korruse plaan**

**Domus Kinnisvara**

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



**Üksikelamu II korruse plaan**

*Allikas: Järvemetsa tee 6 üksikelamu ehitusprojekt, töö nr PR 023/15, https://ehr.ee/*

Maarja Triise                                                                          Domus Kinnisvara
Kinnisvara nooremhindaja                                                               Luise tn 2, Tallinn

## Vastavuskinnitus standardi nõuetele:

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

Hindamisaruande koostaja

*/allkirjastatud digitaalselt/*
Maarja Triise
Kinnisvara nooremhindaja, tase 5
Kutsetunnistuse nr 177134

Hindamisaruande kinnitaja

*/allkirjastatud digitaalselt/*
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Maarja Triise
Kinnisvara nooremhindaja
maarja.triise@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035