UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO AND IVAN TURÕGIN,<br><br>Defendants. | Case No. CR22-185RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET A CASE SCHEDULING ORDER |

This matter comes before the Court on Defendants' "Stipulated Motion to Continue Trial and Set Case Scheduling Order" (Dkt. # 136). Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers (Dkts. # 137, # 138), the Court finds as follows:

1.  The Court adopts the facts set forth in the stipulated motion: in particular, that the case is quite complex, involving a series of alleged fraudulent solicitations related to cryptocurrency based on millions of transactions and thousands of victims. Both parties require additional time to investigate the allegations and review discovery. Accordingly, the Court finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between the current trial date of March 17, 2025, and the proposed trial date of May 19, 2025 is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendants have requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses. The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendants in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendants have signed waivers indicating that they have been advised of their right to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived that right and consented to the continuation of their trial to a date up to and including June 2, 2025 (Dkts. # 137, # 138), which will permit their trial to start on May 19, 2025.

IT IS HEREBY ORDERED that the trial date shall be continued from March 17, 2025 to May 19, 2025, and pretrial motions are to be filed no later than November 1, 2024. The parties' responses are due no later than November 26, 2024, any replies are due no later than December 13, 2024. The Court also adopts the parties stipulated case scheduling order with the following deadlines:[1]

---

[1] With respect to deadlines not agreed upon by the parties, the Court applies the deadlines outlined in Appendix A of the Criminal Local Rules.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2

| Event | Deadline |
|---|---|
| Government's Expert Disclosures | December 6, 2024 |
| Defendants' Expert Disclosures | February 7, 2025 |
| Government's Rebuttal Expert Disclosures, Exhibit List and Witness List | March 21, 2025 |
| Government's Production of Jencks Act Materials and Rule 26.2 Witness Statements (with Continuing Obligation Pursuant to Rule 16(c)) | April 7, 2025 |
| Completion of Rule 15 Depositions | April 11, 2025 |
| Government's Trial Brief and Jury Instructions | April 18, 2025 |
| Motions *in Limine* | April 18, 2025 |
| Defendants' Exhibit List and Witness List | April 21, 2025 |
| Defendants' Trial Briefs and Jury Instructions | May 2, 2025 |
| Responses to Motions *in Limine* | May 2, 2025 |
| Replies to Motions *in Limine* | May 9, 2025 |

IT IS FURTHER ORDERED that the period of time from the current trial date of March 17, 2025, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 5th day of September, 2024.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 3

                                    */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 4