The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO and<br>IVAN TURŐGIN,<br><br>Defendants. | NO. CR22-0185RSL<br><br>ORDER |

THIS MATTER comes before the Court on Pretrial Services' request to modify Defendants' Conditions of Release, and the Parties Joint Filing Relating to Pretrial Services' Request to Modify Defendants' Conditions of Release.

The Court having considered the pleadings filed, and all other matters properly before the Court,

HEREBY FINDS that each of Defendant's conditions of release [Docket Nos. 120, 121] should be modified to delete the conditions that provide:

> 7. Travel shall be restricted to the Western District of Washington, or as directed by Pretrial Services.
>
> 10. The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs

ORDER - 1
*United States v. Sergei Potapenko & Ivan Turŏgin,* CR22-0185 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of the services, to the extent financially able, as determined by the location monitoring specialist.

THE COURT FURTHER FINDS that each of Defendant's conditions of release should be modified to add the following conditions:

    10.    The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

    11.    The defendant's travel shall be restricted to King County, in the Western District of Washington. Within King County, the defendant shall be restricted from traveling to any airport.

THE COURT FURTHER FINDS that these conditions should remain in place though the conclusion of Defendants' trial (unless the Court finds that Defendants have violated their conditions of release and imposes additional conditions or revokes either Defendant's release).

IT IS SO ORDERED.

DATED this 4th day of October, 2024.

_____
ROBERT S. LASNIK
United States District Judge:

Presented by:

*/s/Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER - 2
*United States v. Sergei Potapenko & Ivan Turõgin,* CR22-0185 RSL