THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00185-RSL |
| Plaintiff, | ORDER |
| v. | |
| SERGEI POTAPENKO AND IVAN TURÕGIN, | |
| Defendants. | |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Amend the Case Scheduling Order. The Court having considered the pleadings filed, and all other matters properly before the Court,

HEREBY VACATES the present pretrial motions deadlines and adopts the following scheduling order in this case: January 17, 2025, as the deadline for the parties to file motions; February 14, 2025, as the deadline for the parties to file responses; and February 28, 2025, as the deadline for the parties to file replies.

THE COURT FURTHER ORDERS that all other dates in the Case Scheduling Order (Dkt. 140), including the trial date, shall remain unchanged.

ORDER GRANTING STIPULATED
MOTION TO AMEND CASE
SCHEDULING ORDER - 1 Case No.
2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED.

DATED this <u>17th</u> day of October, 2024.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

<u>/s/ Mark E. Bini</u>
Mark E. Bini
Kaela Dahan
REED SMITH LLP
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 549-0296
Email: mbini@reedsmith.com
       kdahan@reedsmith.com


<u>/s/ Mark Bartlett</u>
Mark Bartlett, WSBA # 15672
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8298
Email: markbartlett@dwt.com

Attorneys for Defendant SERGEI POTAPENKO

ORDER GRANTING STIPULATED
MOTION TO AMEND CASE
SCHEDULING ORDER - 2 Case No.
2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax