THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00185-RSL |
| Plaintiff, | |
| v. | ORDER |
| SERGEI POTAPENKO AND IVAN TURÕGIN, | |
| Defendants. | |

THIS MATTER comes before the Court on the parties' Third Stipulated Motion to Amend the Case Scheduling Order. The Court having considered the pleadings filed, and all other matters properly before the Court,

HEREBY VACATES the present pretrial motions deadlines and adopts the following scheduling order in this case: February 14, 2025, as the deadline for the parties to file motions; March 14, 2025, as the deadline for the parties to file responses; and March 28, 2025, as the deadline for the parties to file replies. Defendants' expert disclosures shall also be due on February 14, 2025, and the Government's rebuttal expert disclosures on March 28, 2025.

THE COURT FURTHER ORDERS that all other dates in the Case Scheduling Order (Dkt. 140), for the time being, including the trial date, shall remain unchanged.

ORDER GRANTING
THIRD STIPULATED MOTION TO AMEND
CASE SCHEDULING ORDER - 1
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED.

DATED this 5th day of February, 2025.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Mark E. Bini
Mark E. Bini
Kaela Dahan
REED SMITH LLP
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 549-0296
Email: mbini@reedsmith.com
       kdahan@reedsmith.com

/s/ Mark Bartlett
Mark Bartlett, WSBA # 15672
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8298
Email: markbartlett@dwt.com

Attorneys for Defendant SERGEI POTAPENKO

ORDER GRANTING
THIRD STIPULATED MOTION TO AMEND
CASE SCHEDULING ORDER - 2
Case No. 2:22-CR-00185-RSL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax