# EXHIBIT A



---------- Forwarded message ---------
From: <NoResponses@cbp.dhs.gov>
Date: Fri, 11. Apr 2025 at 01:38
Subject: Notice of Termination of Parole
To: <TUR



U.S. Department of Homeland Security
Washington, DC 20528

**04/11/2025**

**Notice of Termination of Parole**

It is time for you to leave the United States.

You are currently here because the Department of Homeland Security (DHS) paroled you into the

United States for a limited period. Pursuant to 8 U.S.C. § 1182(d)(5)(A) and 8 C.F.R. § 212.5(e), DHS is now exercising its discretion to terminate your parole. Unless it expires sooner, your parole will terminate 7 days from the date of this notice.

If you do not depart the United States *immediately* you will be subject to potential law enforcement actions that will result in your removal from the United States — unless you have otherwise obtained a lawful basis to remain here. Any benefits you receive in the United States connected with your parole — such as work authorization — will also terminate. You will be subject to potential criminal prosecution, civil fines, and penalties, and any other lawful options available to the federal government.

DHS encourages you to leave immediately on your own. You can use the CBP Home mobile app on your phone to make arrangements for your departure. If you are departing the United States via land, you should report your departure once outside the United States via that same app. If you are having trouble reporting your departure via land, visit [https://i94.cbp.dhs.gov/home](https://i94.cbp.dhs.gov/home) for more information about voluntarily reporting your departure.

Again, DHS is terminating your parole. Do not attempt to remain in the United States - the federal government will find you. Please depart the United States immediately.