# EXHIBIT 4

## APOSTILLE

### (Convention de La Haye du 5 octobre 1961)

1. Country    Estonia

This public document

2. has been signed by

   Riina Vällo

3. acting in the capacity of

   Vene keele - inglise keele vandetõlk

4. bears the  seal/stamp of

   vene keele- inglise keele vandetõlk

### Certified

5. at       Jõhvi

6. the      6.06.2025

7. by       Ülle Mesi, Notary

8. No       25-8010628570

9. Seal

10. Signature

*This Apostille only certifies the authenticity of the signature and the capacity of the person
who has signed the public document and where appropriate, the authenticity of the seal or
stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is signed and can be verified on the Apostille register owned by the Estonian
Chamber of Notaries at **www.notar.ee/apostill** by following the section **"Verification of
apostille"**. To verify the apostille use the date of certification and the number of certification.*

**Option agreement for the purchase of a share**

11 September 2017

Place of signing the agreement: at *the location of the parties*.


**Pilatus OÜ, *registry code 14314535*,** represented on the basis of the Articles of Association by Anton Altement who is a member of the company's management board at the time of signing this Agreement *(the powers of the member of the management board have been verified on the basis of an extract from the Electronic Business Register as of the date of signing this Agreement),* hereinafter referred to as the **PURCHASER**,

and

Burfa Capital OÜ, registry code 12504237, represented on the basis of the Articles of Association by Ivan Turõgin who is a member of the company's management board at the time of signing this Agreement and has the right to sign this Agreement alone *(the powers of the member of the management board have been verified on the basis of an extract from the Electronic Business Register as of the date of signing this Agreement),* hereinafter referred to as the **SELLER**,

have entered into this Agreement on the following:

**1. Object of the Agreement**

The object of this Agreement is the purchase of a share of Polybius Foundation OÜ, registry code 14202836, in the amount of 25 % of the share capital with the nominal value of 625 euros.

**2. Terms of the Option Agreement**

This Agreement will come into legal force subject to the payment by the Purchaser of the amount of 625 euros to the bank account specified by the Seller within the deadline specified in this Agreement.

**3. Deadline for exercising the option**

The time period for the execution of the Option Agreement by the Purchaser is from 11 September 2017 to 11 December 2017.
Not later than within 24 hours after the payment has been made, the Purchaser shall inform the Seller of the same in writing to the e-mail address specified by the Seller.

**4. Exercise of the option**

Not later than within 14 business days after the payment for the option has been made, the Purchaser shall appoint a notarial transaction time for the re-registration of the share in Polybius Foundation OÜ.

1

The Purchaser shall notify the Seller by e-mail of the date, time and place of the concluding of the transaction.

**5. Additional terms for the validity of the Agreement**

5.1. An additional condition for the exercise of the option right under this Agreement is the approval of a new version of the Articles of Association of Polybius Foundation OÜ. The version of the Articles of Association agreed by the parties constitutes an Annex to this Agreement.

5.2. Any funds (fiat and crypto currency) raised as part of the Initial Coin Offering of the company Polybius must remain available to Polybius Foundation OÜ.

**6. Final provisions**

This Agreement has been signed by the parties by means of electronic signatures. The parties shall forward the signed container with the Agreement for signature to each other at the specified email addresses.

**7. Addresses and details of the parties**


**Purchaser**                                          **Seller**


Translation from Russian into English.

Translated by the sworn translator, Riina Vällo.
Professional certificate no. 66, issued on 18 January 2021 by the Minister of Justice of the Republic of Estonia.
Address: Uus Street 5a-5, 30322, City of Kohtla-Järve, Estonia
Tel.: +372 529 3519, e-mail: riina@riinavallo.eu

Translation registration no.: 056-2025 RU-EN.
City of Kohtla-Järve, 3 June 2025.

This sworn translation document contains 2 (two) paginated pages.
The translation document is bound with a true printout of the original digitally signed source document on 3 (three) paginated pages, including the Validity Confirmation Sheet on 1 (one) page, and sealed with the embossed seal impression of the sworn translator.

Sworn translator:

Information on the sworn translators of Estonia is available on the website of the Ministry of Justice and Digital Affairs of the Republic of Estonia at: https://www.justdigi.ee/en/legal-services/sworn-translators (hyperlink as on the date of this sworn translation).

**Опционное соглашение на покупку пая**

11.09.2017.

Место подписания соглашения: по *месту нахождения сторон*

**Pilatus OÜ,** *регистровый код 14314535,* представителем которого действует на основании устава Антон Алтемент, являющийся на момент подписания данного соглашения членом правления компании. (*Полномочия члена правления проверены на основании выписки электронного коммерческого регистра на дату подписания данного соглашения).* Далее именуемый как **ПОКУПАТЕЛЬ**

И

 Burfa Capital OÜ, регистровый код 12504237, представителем которого действует на основании устава Иван Турыгин, являющийся на момент подписания данного соглашения членом правления компании и имеющий право единолично подписывать данное соглашение. *(Полномочия члена правления проверены на основании выписки электронного коммерческого регистра на дату подписания данного соглашения).* Далее именуемый как **ПРОДАВЕЦ**

Заключили данное соглашение о нижеследующем

**1. Предмет соглашения**

Предметом данного соглашения является покупка пая компании Polybius Foundation OÜ, регистровый код 14202836 в размере 25 % от уставного капитала номинальной стоимостью 625 евро.

**2. Условия опционного соглашения**

Данное соглашение вступает в законную силу при условии оплаты Покупателем суммы в размере 625 евро на указанный продавцом расчетный счет в указанный данным соглашением срок.

**3. Срок выполнения опциона**

Сроком выполнения Покупателем опционного соглашения считается 11.09.-11.12.2017. Не позднее чем в течении 24 часов после выполнения оплаты,  Покупатель обязан

сообщить о данном Продавцу в письменной форме на указанный Продавцом электронный адрес.

**4. Реализация опциона**

Не позднее чем в течении 14 рабочих дней после выполнения оплаты за опцион, Покупатель назначает нотариальную сделку по переоформлению доли в компании Polybius Foundation OÜ.

Покупатель оповещает продавца по средствам электронной почты о дате, времени и месте совершения сделки.

**5. Дополнительные условия действия соглашения**

5.1. Дополнительным условием реализации опционного права по данному договору является утверждение новой версии устава компании Polybius Foundation OÜ. Согласованная сторонами версия устава является приложением данного договора.

5.2. Все средства (фиатной и криптовалюта) собранные в рамках Initial Coin Offering компании Polybius должны оставаться доступны Polybius Foundation OÜ.

**6. Заключительные положения**

Данное соглашение подписано сторонами по средствам электронной подписи. Стороны передают подписанный контейнер с соглашением на подпись друг другу по указанному электронному адресу.

**7. Адреса и реквизиты сторон**

**Покупатель**                                              **Продавец**

3

# ...LIDITY CONFIRMATION SHEET

## SIGNED FILES

| FILE NAME | FILE SIZE |
|---|---|
| Option agreement 11.09.17.docx | 15 KB |

## SIGNERS

| NO. | NAME | PERSONAL CODE | TIME |
|---|---|---|---|
| 1 | IVAN TURÕGIN | 38501262250 | 11.09.2017 10:55:33 +03:00 |

**VALIDITY OF SIGNATURE**

| SIGNATURE IS VALID |
|---|

**ROLE / RESOLUTION**

| |
|---|

**PLACE OF CONFIRMATION (CITY, STATE, ZIP, COUNTRY)**

| |
|---|

**SERIAL NUMBER OF SIGNER CERTIFICATE**

| 1d:65:4e:9b:20:6f:40:39:58:4d:6c:56:7e:ec:e7:d7 |
|---|

| ISSUER OF CERTIFICATE | AUTHORITY KEY IDENTIFIER |
|---|---|
| ESTEID-SK 2015 | B3 AB 88 BC 99 D5 62 A4 85 2A 08 CD B4 1D 72 3B 83 72 47 51 |

**HASH VALUE OF SIGNATURE**

| 30 31 30 0D 06 09 60 86 48 01 65 03 04 02 01 05 00 04 20 31 38 B6 CC 57 AA 27 1E 73 55 D8 D1 75 1F B1 DB 67 87 5B 53 1A 55 F2 B4 01 69 9D AF DB E9 88 2A |
|---|

| NO. | NAME | PERSONAL CODE | TIME |
|---|---|---|---|
| 2 | ANTON ALTEMENT | 38311242212 | 16.09.2017 15:28:55 +03:00 |

**VALIDITY OF SIGNATURE**

| SIGNATURE IS VALID |
|---|

**ROLE / RESOLUTION**

| |
|---|

**PLACE OF CONFIRMATION (CITY, STATE, ZIP, COUNTRY)**

| |
|---|

**SERIAL NUMBER OF SIGNER CERTIFICATE**

| 56:da:f2:54:a3:a6:dd:04:58:11:bd:8b:84:b0:59:79 |
|---|

| ISSUER OF CERTIFICATE | AUTHORITY KEY IDENTIFIER |
|---|---|
| ESTEID-SK 2015 | B3 AB 88 BC 99 D5 62 A4 85 2A 08 CD B4 1D 72 3B 83 72 47 51 |

**HASH VALUE OF SIGNATURE**

| 30 31 30 0D 06 09 60 86 48 01 65 03 04 02 01 05 00 04 20 59 5C 88 59 09 82 86 FF A8 2E 66 54 B7 99 EC 92 83 D0 44 C6 A2 95 60 14 FF 7B 68 25 5D 1F 49 74 |
|---|

The print out of files listed in the section **"Signed Files"** are inseparable part of this Validity Confirmation Sheet.

**NOTES**

| |
|---|
| |

TRUE PRINTOUT OF ORIGINAL
ELECTRONIC DOCUMENT
on 3 page(s).
Sworn translator:

Presented print summary is informative to confirm existence of signed file with given hash value. The print summary itself does not have independent verification value. Declaration of signers' signature can be verified only through digitally signed file.

