# EXHIBIT 5

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country    Estonia

This public document

2. has been signed by

   Riina Vällo

3. acting in the capacity of

   Eesti keele - Inglise keele vandetõlk

4. bears the seal/stamp of

   Eesti keele- inglise keele vandetõlk

   Certified

5. at    Jõhvi

6. the   6.06.2025

7. by    Ülle Mesi, Notary

8. No    25-4442968572

9. Seal

10. Signature

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document and where appropriate, the authenticity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is signed and can be verified on the Apostille register owned by the Estonian Chamber of Notaries at www.notar.ee/apostill by following the section "Verification of apostille". To verify the apostille use the date of certification and the number of certification.

## Articles of Association
## of Polybius Foundation OÜ

### 1. Business name, place of business and financial year of the private limited company

1.1. The business name of the private limited company is Polybius Foundation OÜ (hereinafter the Company).

1.2. The place of business of the Company is Tallinn, Harjumaa County.

1.3. The financial year of the Company is from the first of January (01/01) to the thirty-first of December (31/12).

### 2. Share capital and shares

2.1. The minimum amount of share capital of the Company is two thousand and five hundred (2,500) euros and maximum amount is ten thousand (10,000) euros.

2.2. Shares may be paid for both in monetary and nonmonetary contributions. A monetary contribution shall be paid to the bank account of the Company. The sufficiency of a nonmonetary contribution for the nominal value of the share of a shareholder shall be evaluated by the management board of the Company. The usual value of the thing or right shall be taken as the basis for the evaluation of the value of the nonmonetary contribution. In cases provided for by law, a sworn auditor shall inspect the evaluation of the sufficiency of the value of the nonmonetary contribution.

2.3. The amount of the legal reserve of the Company shall be one-tenth (1/10) of the share capital.

2.4. The Company may issue shares at a price that exceeds their nominal value (issue premium). In such case the shareholder shall also pay for the issue premium.

### 3. Transfer and encumbering of shares

3.1. A shareholder may freely transfer his or her share to another shareholder.

3.2. In case of transfer of a share to a third person, the other shareholders will have the right of preemption within one (1) month as of the time when the contract of transfer is presented. The seller shall submit the sale contract to the management board of the Company, and the management board shall immediately inform the other shareholders of the conclusion of sale contract.

3.3. A shareholder may freely transfer a part of his or her share.

3.4. A shareholder may pledge his or her share.

3.5. In case of death of a shareholder, the share will be transferred to his or her heirs.

### 4. Management

4.1. The Company shall be managed by the management board consisting of one (1) to three (3) members.

4.2. A member of the management board shall be elected for an indefinite term.

4.3. The Company may be represented by any two (2) members of the management board together.

1

4.4. The rights and obligations of the members of the management board shall be defined more precisely in the contracts to be concluded with them. A contract may be concluded, amended and terminated by the shareholders.

4.5. The management board shall give the following issues that are provided for in item 5.4 of the Articles of Association that normally belong to the competency of the management board (entering into transactions with related persons and appointing and terminating employment contracts with the managing employees of the Company) to the general meeting for making a decision.

## 5. Resolution of shareholders

5.1. The shareholders shall pass their resolutions at meetings or without calling a meeting in the way as set out in section 173 of the Commercial Code.

5.2. Voting shall be conducted according to the sizes of the shares of the shareholders. Any one (1) euro of a share shall give one vote.

5.3. A resolution is adopted if more than a half of the votes of shareholders are in favour of the resolution.

5.4. A resolution of amending the Articles of Association, distribution of profits, making transactions of a value that exceeds one hundred thousand (100,000) euros per year with related persons, appointing managing employees and terminating employment contracts with them (i.e. CEO, CFO, technology manager), raising new capital and its terms and conditions (including restructuring of the company, incl. division, merger), and of termination of the Company shall be adopted if at least ninety-five percent (95 %) of the votes represented by shares at the meeting are in favour of the resolution, or of the votes of shareholders, if the resolution is adopted according to the procedure set out in section 173(2) of this Code.

## 6. Reporting, and distribution of profits

6.1. After the end of a financial year, the management board shall prepare the annual financial statements in accordance with the procedure and within the deadline provided for by law and submit them to the shareholders for approval.

6.2. If audit of the annual report is required according to law, the annual report shall be submitted to the auditor in such a way that the shareholders could approve the audited report before the expiry of the term that is provided for by law.

6.3. The annual report must be prepared according to the requirements of the Accounting Act of the Republic of Estonia and good accounting practice.

6.4. Payments may be made to the shareholders based on the approved annual report from the net profit or from the nondistributed profits from previous financial years, less any uncovered losses from previous years.

6.5. A share of profit (dividend) shall be paid to a shareholder in proportion to the nominal value of his or her share.

## 7. Liquidation, merger, division and restructuring

7.1. Termination (liquidation), merger, division or restructuring of the Company shall be performed according to the procedure set out by law.

7.2. The members of the management board shall act as the liquidators of the Company, unless otherwise decided by the shareholders.

7.3. After all the creditors' claims have been satisfied and the money has been deposited, the remaining assets shall be distributed among the shareholders based on the nominal values of their shares in accordance with the asset distribution plan prepared by the liquidators. Payments to the shareholders shall be made as monetary payments. With the consent of the shareholder, the payment may be a nonmonetary payment.

---

Translation from Estonian into English.

Translated by the sworn translator, Riina Vällo.
Professional certificate no. 66, issued on 18 January 2021 by the Minister of Justice of the Republic of Estonia.
Address: Uus Street 5a-5, 30322, City of Kohtla-Järve, Estonia
Tel.: +372 529 3519
E-mail: riina@riinavallo.eu

Translation registration no.: 057-2025 ET-EN.
City of Kohtla-Järve, 3 June 2025.

This sworn translation document contains 3 (three) paginated pages.
The translation document is bound with a true printout of the original digitally signed source document on 4 (four) paginated pages, including the Validity Confirmation Sheet on 2 (two) pages, and sealed with the embossed seal impression of the sworn translator.

Sworn translator: 

Information on the sworn translators of Estonia is available on the website of the Ministry of Justice and Digital Affairs of the Republic of Estonia at: https://www.justdigi.ee/en/legal-services/sworn-translators (hyperlink as on the date of this sworn translation).

3

# Polybius Foundation OÜ
## Põhikiri

### 1. Osaühingu ärinimi, asukoht, majandusaasta

1.1. Osaühingu ärinimi on Polybius Foundation OÜ (edaspidi "osaühing").

1.2. Osaühingu asukohaks on Tallinn, Harjumaa.

1.3. Osaühingu majandusaasta kestab esimesest jaanuarist (01.01.) kuni kolmekümne esimese detsembrini (31.12.).

### 2. Osakapital ja osad

2.1. Osaühingu osakapitali minimaalne suurus on kaks tuhat viissada (2500) eurot ja maksimaalne suurus on kümme tuhat (10 000) eurot.

2.2. Osade eest võib tasuda nii rahaliste kui ka mitterahaliste sissemaksetega. Rahaline sissemakse tasutakse osaühingu pangaarvele. Mitterahalise sissemakse väärtuse piisavust osaniku osa nimiväärtusele hindab osaühingu juhatus. Mitterahalise sissemakse väärtuse hindamisel võetakse aluseks asja või õiguse harilik väärtus. Seaduses sätestatud juhtudel kontrollib mitterahalise sissemakse väärtuse piisavuse hindamist vandeaudiitor.

2.3. Osaühingu reservkapitali suurus on üks kümnendik (1/10) osakapitalist.

2.4. Osaühing võib osasid välja lasta nimiväärtust ületava hinnaga (ülekurss). Sellisel juhul on osanik kohustatud tasuma ka ülekursi.

### 3. Osade võõrandamine ja pantimine

3.1. Osanik võib osa vabalt võõrandada teisele osanikule.

3.2. Osa võõrandamisel kolmandale isikule on teistel osanikel ostueesõigus ühe (1) kuu jooksul võõrandamise lepingu esitamisest. Müüja esitab müügilepingu osaühingu juhatusele, kes teavitab viivitamatult teisi osanikke müügilepingu sõlmimisest.

3.3. Osanik võib vabalt võõrandada osa oma osast.

3.4. Osanikul on õigus osa pantida.

3.5. Osaniku surma korral läheb osa üle tema pärijatele.

### 4. Juhtimine

4.1. Osaühingut juhib juhatus, millel on üks (1) kuni kolm (3) liiget.

4.2. Juhatuse liige valitakse tähtajatult.

4.3. Osaühingut võib esindada iga kaks (2) juhatuse liiget koos.

4.4. Juhatuse liikmete õigused ja kohustused määratakse täpsemalt nendega sõlmitavas lepingus. Lepingu saavad sõlmida, muuta ja lõpetada osanikud.

4.5. Juhatusel on kohustus anda käesoleva põhikirja punktis 5.4. märgitud ja tavaliselt juhatuse otsustamise pädevusesse kuuluvad järgmised küsimused - seotud isikutega tehingute sõlmimine ja Osaühingu ühingu juhtivate töötajate määramine ning nendega töölepingute lõpetamine) - otsustamiseks üldkoosolekule.

### 5. Osanike otsus

5.1. Osanikud võtavad otsuseid vastu koosolekul või koosolekut kokku kutsumata äriseadustiku §-s 173 sätestatud viisil.

hääletamine toimub vastavalt osanike osade suurusele. Osa iga üks (1) euro annab ühe hääle.

3. Otsus on vastu võetud, kui selle poolt antakse üle poole osanike häältest.

5.4. Osaühingu põhikirja muutmise otsus, kasumi jaotamine, seotud isikutega tehingute sõlmimine, mille väärtus ületab aastas sada tuhat (100 000) eurot, juhtivate töötajate määramine ning nendega töölepingute lõpetamine (s.o tegevdirektor, finantsdirektor tehnoloogiadirektor), uue kapitali kaasamise ja selle tingimused (sealhulgas ettevõtte ümberkujundamine k.a. jagunemine, ühinemine) ning osaühingu lõpetamise otsus, vastu võetud siis, kui selle poolt antakse vähemalt üheksakümmend viis (95%) protsenti osadega koosolekul esindatud häältest või osanike häältest, kui otsus tehakse käesoleva seadustiku § 173 2. lõikes sätestatud korras.

## 6. Aruandlus ja kasumi jaotamine

6.1. Juhatus peab pärast majandusaasta lõppu koostama seaduses sätestatud korras ja tähtaja jooksul raamatupidamise aastaaruande ning esitama selle osanikele kinnitamiseks.

6.2. Kui seaduse järgi on ette nähtud majandusaasta aruande audiitorkontroll, tuleb majandusaasta aruanne esitada audiitorile selliselt, et osanikud jõuaksid kontrollitud aruande kinnitada enne seaduses sätestatud tähtaja möödumist.

6.3. Majandusaasta aruanne tuleb koostada lähtudes Eesti Vabariigi raamatupidamise seadusest ja heast raamatupidamistavast.

6.4. Osanikele võib teha kinnitatud majandusaasta aruande alusel väljamakseid puhaskasumist või eelmiste majandusaastate jaotamata kasumist, millest on maha arvatud eelmiste aastate katmata kahjum.

6.5. Osanikule makstakse osa kasumist (dividend) võrdeliselt tema osa nimiväärtusega.

## 7. Likvideerimine, ühinemine, jagunemine ja ümberkujundamine

7.1. Osaühingu lõpetamine (likvideerimine), ühinemine, jagunemine ja ümberkujundamine toimub seaduses sätestatud korras.

7.2. Osaühingu likvideerijateks on juhatuse liikmed, kui osanikud ei otsusta teisiti.

7.3. Pärast võlausaldajate kõigi nõuete rahuldamist ja raha deponeerimist jaotatakse allesjäänud vara likvideerijate koostatud vara jaotusplaani kohaselt osanike vahel nende osade nimiväärtuste alusel. Väljamaksed osanikele tehakse rahas. Osaniku nõusolekul võib väljamakse olla mitterahaline.

# ALIDITY CONFIRMATION SHEET

## SIGNED FILES

| FILE NAME | FILE SIZE |
|---|---|
| Polybius Foundation OÜ põhikiri registrile .rtf | 59 KB |

## SIGNERS

| NO. | NAME | PERSONAL CODE | TIME |
|---|---|---|---|
| 1 | IVAN TURÕGIN | 38501262250 | 11.09.2017 10:57:23 +03:00 |

**VALIDITY OF SIGNATURE**
SIGNATURE IS VALID

**ROLE / RESOLUTION**

**PLACE OF CONFIRMATION (CITY, STATE, ZIP, COUNTRY)**

**SERIAL NUMBER OF SIGNER CERTIFICATE**
1d:65:4e:9b:20:6f:40:39:58:4d:6c:56:7e:ec:e7:d7

| ISSUER OF CERTIFICATE | AUTHORITY KEY IDENTIFIER |
|---|---|
| ESTEID-SK 2015 | B3 AB 88 BC 99 D5 62 A4 85 2A 08 CD B4 1D 72 3B 83 72 47 51 |

**HASH VALUE OF SIGNATURE**
30 31 30 0D 06 09 60 86 48 01 65 03 04 02 01 05 00 04 20 0F A8 C3 A3 F0 B2 FF 71 9D AF 35 94 1F 00 4E 62 5A 38 E4 83 52 5F 80 D6 ED E2 E2 93 39 90 87 58

| NO. | NAME | PERSONAL CODE | TIME |
|---|---|---|---|
| 2 | SERGEI POTAPENKO | 38502012230 | 11.09.2017 11:11:36 +03:00 |

**VALIDITY OF SIGNATURE**
SIGNATURE IS VALID

**ROLE / RESOLUTION**

**PLACE OF CONFIRMATION (CITY, STATE, ZIP, COUNTRY)**

**SERIAL NUMBER OF SIGNER CERTIFICATE**
6a:dc:d7:55:b4:3d:42:d6:55:2f:41:c7:64:52:98:2e

| ISSUER OF CERTIFICATE | AUTHORITY KEY IDENTIFIER |
|---|---|
| ESTEID-SK 2011 | 7B 6A F2 55 50 5C B8 D9 7A 08 87 41 AE FA A2 2B 3D 5B 57 76 |

**HASH VALUE OF SIGNATURE**
30 31 30 0D 06 09 60 86 48 01 65 03 04 02 01 05 00 04 20 99 43 11 08 60 52 93 3E 4D 69 8A 13 EC 4D F8 7D 89 91 A8 F1 75 25 54 02 B3 DC C9 8E 07 D9 1B AF

| NO. | NAME | PERSONAL CODE | TIME |
|---|---|---|---|
| 3 | ANTON ALTEMENT | 38311242212 | 16.09.2017 15:53:55 +03:00 |

**VALIDITY OF SIGNATURE**
SIGNATURE IS VALID

**ROLE / RESOLUTION**

**PLACE OF CONFIRMATION (CITY, STATE, ZIP, COUNTRY)**

| AL NUMBER OF SIGNER CERTIFICATE | |
|---|---|
| 6:da:f2:54:a3:a6:dd:04:58:11:bd:8b:84:b0:59:79 | |
| ISSUER OF CERTIFICATE | AUTHORITY KEY IDENTIFIER |
| ESTEID-SK 2015 | B3 AB 88 BC 99 D5 62 A4 85 2A 08 CD B4 1D 72 3B 83 72 47 51 |

| HASH VALUE OF SIGNATURE |
|---|
| 30 31 30 0D 06 09 60 86 48 01 65 03 04 02 01 05 00 04 20 FA FF 05 1D 3E 44 30 CD C8 17 55 DA 5F C7 D1 DB 9A 74 11 F9 3A D9 F A 31 08 F7 CE 60 D9 65 42 35 |

The print out of files listed in the section **"Signed Files"** are inseparable part of this Validity Confirmation Sheet.

**NOTES**

Presented print summary is informative to confirm existence of signed file with given hash value. The print summary itself does not have independent verification value. Declaration of signers' signature can be verified only through digitally signed file.

**TRUE PRINTOUT OF ORIGINAL ELECTRONIC DOCUMENT**
on ___4___ page(s).
Sworn translator:

