# EXHIBIT 6

Xclaim  2024-07-02  louis@arceaucapital.com

# Polybius Foundation OÜ

## registrikood 14202836

### asukoht Tartu mnt 43, Tallinn, Harju maakond, 10128

#### ainuosaniku otsus

Käesolev otsus on vastu võetud 08. märtsil 2018.a., Tallinnas.
Osakapitali suurus otsuse vastuvõtmise kuupäeva seisuga on  2 500 EUR. Osaühingu ainuosanik on Burfa Capital OÜ, registrikood 12504237, esindaja on juhatuse liige Ivan Turõgin, isikukood 38501262250, osa nimiväärtusega 2500 eurot, häälte arv 2500.

Otsustati:
1. Tunnistada kehtiv põhikiri kehtetuks ja kinnitada põhikirja uus redaktsioon (lisatud).
2. Valida täiendavaks juhatuse liikmeks Anton Altement,  isikukood 38311242212.
3. Kehtestada ühise esindusõiguse nõuded: osaühingut võib esindada  kaks (2) juhatuse liiget koos.
4. Suurendada osaühingu osakapital rahaliste sissemaksetega 1100 EUR võrra, mille tulemusel osaühingu uueks osakapitaliks on 3600 EUR, emiteerida kaks (2) uut osa:

　　　osa nimiväärtusega 900 eurot, uus osa emiteeritakse Pilatus OÜ-le, registrikood 14314535, uue osaga seotud õiguste erisused puuduvad;

　　　osa nimiväärtusega 200 eurot, uus osa emiteeritakse Burfa Capital OÜ, registrikood 12504237, uue osaga seotud õiguste erisused puuduvad.

Uus osakapital on jagatud alljärgnevalt:

　　　Burfa Capital OÜ, registrikood 12504237, osa nimiväärtusega 2700 eurot, häälte arv 2700 ja

　　　Pilatus OÜ, registrikood 14314535, osa nimiväärtusega 900 eurot, häälte arv 900.

Uute osade eest tasutakse Polybius Foundation OÜ arvelduskontole hiljemalt 09.03.2018.a.

5.  Olemasolev ainuosanik loobub oma eesõigusest omandada väljalastavat osa võrdeliselt temale kuuluva osaga (ehk ainuosaniku eesõigus omandada väljalastavat osa võrdeliselt talle kuuluva osaga välistatakse).

Ainuosaniku allkiri:

_(signature)_

Ivan Turõgin
Juhatuse liige
Burfa Capital OÜ

Xclaim 2024-07-02 louis@arceaucapital

**Polybius Foundation OÜ**

**Registry code 14202836**

**Location of the company 43 Tartu Ave., Tallinn, Harju County, 10128**

**Decision taken by a sole member**

This decision was adopted on March 8, 2018 in Tallinn. As of the date of the decision, the share capital is 2500 EUR. A sole holder of the private limited company is Burfa Capital OÜ (registry code is 12504237), represented by a board member Ivan Turõgin, personal identification code 38501262250. The nominal value of a capital share is 2500 EUR, number of votes - 2500.

It was decided:
1. To repel the existing statute and to authorize a new version of the statute (added).
2. To elect a new board member, Anton Altement, identification code 38311242212.
3. To establish common rights of representation: the private limited company may be represented by two (2) board members jointly.
4. To increase the share capital of the private limited company with a financial contribution of 1100 EUR. Therefore, the new share capital of the private limited company is 3600 EUR. Two (2) shares are issued as follows.
     A share with a nominal value of 900 EUR, this new share shall be issued to Pilatus OÜ, registry code 14314535. There is no differentiation of rights related to the new share.
     A share with nominal value of 200 EUR, this new share shall be issued to Burfa Capital OÜ, registry code 12504237. There is no differentiation of rights related to the new share.
The new share capital has been divided as follows.
     Burfa Capital OÜ, registry code 12504237, a share with a nominal value of 2700 EUR, 2700 votes, and
     Pilatus OÜ, registry code 14314535, a share with a nominal value of 900 EUR, 900 votes.
The payments for new shares shall be made to Polybius Foundation OÜ account no later than March 9, 2018.
5. The existing sole shareholder waives their pre-emptive right to acquire the issued share in proportion to their share (i.e. the sole shareholder's pre-emptive right to acquire the issued share in proportion to their share is excluded).

Signature of the sole shareholder
[hw:] /signature/

Ivan Turõgin,
board member
Burfa Capital OÜ



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Estonian to English and vice versa; and they have professionally translated the document referenced as **"06-OY_Polybius_Foundation_ainuosaniku_otsus_08_03_2018"** from Estonian to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 4, 2025

_____
Wolf Markowitz

_____
Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2025

