# EXHIBIT 7

**ÄRIPANK**
TALLINN BUSINESS BANK LTD.

ÄRIREGISTER

Tallinn                                                                 09 märts 2018.a.        nr  1-8-1/4210

TÕEND

Tallinna Äripank tõendab, et POLYBIUS FOUNDATION OÜ (reg. 14202836) on 09.03.2018 teostanud aktsiakapitali sissemakse arvelduskontole nr. EE770000009320056696 summas:

**1100,00- EUR (üks tuhat ükssada  euro 0.00 senti)**

Aktsiakapitali sissemakse on teostatud juhatuse liikmega – Turõgin Ivan-iga  (ik. 38501262250), Millest 200,00- EUR ( kakssada eurot) oli BURFA CAPITAL OÜ-lt ja 900,00- EUR (üheksasada eurot) PILATUS OÜ- lt.

Lugupidamisega,

Tatjana Pronina
Teller
Tel. +372  6688 016
Fax: +372 6688 006
e-mail: t.pronina@tbb.e

TALLINNA ÄRIPANK
09. 03. 2018
TATJANA PRONINA

Tallinna Äripanga AS
Vana-Viru 7,  15097 Tallinn,  Eesti Vabariik,  Reg.nr. 10237984
Tel: 372 6688 000, Faks: 372 6688 001, e-mail: info@tbb.ee, www.tbb.ee





# ÄRIPANK
TALLINN BUSINESS BANK LTD.

**BUSINESS REGISTER**

Tallinn                                                                                      March 9, 2018    no. 1-8-1/4210

STATEMENT

Tallinn Business Bank certifies that POLYBIUS FOUNDATION OÜ (registry code 14202836) has made a share capital installment on the account no. EE770000009320056696 in the amount of:

**1100,00 EUR (one thousand and one hundred euros and 0.00 cents).**

The share capital installment was made by board member Ivan Türogin (personal identification code 38501262250). The amount consisted of the following: 200,00 EUR (two hundred euros) paid by BURFA CAPITAL OÜ and 900,00 EUR (nine hundred euros) by PILATUS OÜ.

Sincerely,

|  | STAMP: |
|---|---|
|  | TALLINNA ÄRIPANK |
|  | 03/09/2018 |
|  | TATJANA PRONINA |
|  | [hw:] /signature/ |

Tatjana Pronina
teller
Phone: +372 6688 016
Fax:+372 6688 006

TALLINN BUSINESS BANK LTD.
Vana-Viru 7, 15097 Tallinn, Republic of Estonia, Reg. no. 10237984
Phone: 372 6688 000, Fax: 372 6688 01, email: info@tbb.ee, www.tbb.ee



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Estonian to English and vice versa; and they have professionally translated the document referenced as **"07-Polybius_Foundation_O_sissemakse_tend"** from Estonian to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 4, 2025

_Wolf Markowitz_
Wolf Markowitz

_Signature of Notary Public_
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2025

