The Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGEI POTAPENKO and IVAN
TURÕGIN,

Defendants.

No. 2:22-cr-00185-RSL

**PRAECIPE TO ATTACH
DOCUMENT**

**Clerk's Action Required**

On June 6, 2025, counsel Seetha Ramachandran, William Komaroff, Lucas Kowalczyk and Isaiah Anderson filed Pro Hac Vice Applications requesting permission to appear and participate as counsel on behalf of Claimant Anton Altement. Dkt Nos. 180-183. The Court granted the applications the same day. Dkt No. 184. Subsequently, additional Claimants Polybius Foundation SE and Pilatus OÜ requested the above stated counsel appear on their behalf as well. Accordingly, counsel respectfully requests the Clerk replace the relevant page of each application with the corrected page filed concurrently that reflects the additional represented parties.

DATED:  June 10, 2025.                    **ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021

PRAECIPE TO ATTACH DOCUMENT
No. 2:22-cr-00185-RSL – Page 1



1

2   Lisa M. Herb, WSBA No. 23161
    600 University Street, Suite 2420
3   Seattle, WA 98101
    Phone: (206) 428-3250
4   Fax:    (206) 428-3251
    jroller@aretelaw.com
5   lherb@aretelaw.com

6   **PROSKAUER ROSE LLP**

7   By:  */s/ Seetha Ramachandran*
    Seetha Ramachandran (admitted *pro hac vice*)
8   Eleven Times Square
    New York, NY 10036
9   Phone: (212) 969-3000
    SRamachandran@proskauer.com
10

11  By:  */s/ William Komaroff*
    William Komaroff (admitted *pro hac vice*)
12  Eleven Times Square
    New York, NY 10036
13  Phone: (212) 969-3000
    wkomaroff@proskauer.com
14

15  By:  */s/ Lucas Kowalczyk*
    Lucas Kowalczyk (admitted *pro hac vice*)
16  1001 Pennsylvania Avenue, NW Suite 600 S
    Washington, DC 20004
17  Phone: (202) 416-6800
    lkowalczyk@proskauer.com
18

19  By:  */s/ Isaiah Anderson*
    Isaiah Anderson (admitted *pro hac vice*)
20  700 West Madison, Suite 3800
    Chicago, IL 60602
21  Phone: (312) 962-3550
    IAnderson@proskauer.com
22

23  *Attorneys for Claimants Anton Altement, Polybius*
    *Foundation SE, and Pilatus OÜ*

24

25

26

PRAECIPE TO ATTACH DOCUMENT
No. 2:22-cr-00185-RSL – Page 2



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250