

# United States District Court
# Western District of Washington

| UNITED STATES OF AMERICA | Case Number: 2:22-CV-00185-RSL |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| SERGEI POTAPENKO and IVAN TURÕGIN | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Isaiah Anderson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ

The particular need for my appearance and participation is:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ have requested that Proskauer Rose LLP serve as lead counsel in this matter.

I, Isaiah Anderson understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/6/2025

Signature of Applicant: s/ Isaiah Anderson



# United States District Court
# Western District of Washington

| UNITED STATES OF AMERICA | Case Number: 2:22-CV-00185-RSL |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| SERGEI POTAPENKO and IVAN TURÕGIN | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, William Komaroff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ

The particular need for my appearance and participation is:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ have requested that Proskauer Rose LLP serve as lead counsel in this matter.

I, William Komaroff understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/6/2025                Signature of Applicant: s/ William Komaroff



United States District Court
Western District of Washington

| UNITED STATES OF AMERICA | Case Number: 2:22-CV-00185-RSL |

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

V.

SERGEI POTAPENKO and IVAN TURÕGIN

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Lucas Kowalczyk hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ

The particular need for my appearance and participation is:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ have requested that Proskauer Rose LLP serve as lead counsel in this matter.

I, Lucas Kowalczyk understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/6/2025

Signature of Applicant: s/ Lucas Kowalczyk



# United States District Court
# Western District of Washington

| UNITED STATES OF AMERICA | Case Number: 2:22-CV-00185-RSL |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| SERGEI POTAPENKO and IVAN TURÕGIN | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Seetha Ramachandran hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ

The particular need for my appearance and participation is:

Claimants Anton Altement, Polybius Foundation SE and Pilatus OÜ have requested that Proskauer Rose LLP serve as lead counsel in this matter.

I, Seetha Ramachandran understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/6/2025        Signature of Applicant: s/ Seetha Ramachandran