The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-185-RSL |
| Plaintiff, | |
| v. | **ORDER PURSUANT TO 18 U.S.C. § 3663A(c)(3)** |
| SERGEI POTAPENKO, and IVAN TURÕGIN, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for a Determination that Restitution is Impracticable Pursuant to 18 U.S.C. § 3663A(c)(3) ("Motion"). The Court, having review the Motion, as well as other papers and pleadings filed in this matter, hereby FINDS

1.   that the number of identifiable victims is so large as to make restitution impracticable, and

2.   that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to the victims is outweighed by the burden on the sentencing process.

ORDER PURSUANT TO 18 U.S.C. § 3663A(c)(3) - 1
*United States v. Potapenko et al.,* CR22-018-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The Government's Motion is granted; and

2. The Government may proceed through the process of remission as authorized under the forfeiture statutes. 21 U.S.C. § 853(i); 28 C.F.R. Part 9.

IT IS SO ORDERED.

DATED this 12th day of August, 2025.

*[signature]*

Robert S. Lasnik
United States District Judge

*/s/ Adrienne E. Rosen*
ADRIENNE E. ROSEN
DAVID GINENSKY
Trial Attorneys
Money Laundering and Asset Recovery Section
US Department of Justice, Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
adrienne.rosen@usdoj.gov
(202) 514-1263

ORDER PURSUANT TO 18 U.S.C. § 3663A(c)(3) - 2
*United States v. Potapenko et al.,* CR22-018-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970