Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SERGEI POTAPENKO and<br>IVAN TURŐGIN,<br><br>Defendants. | NO. CR22-185 RSL<br><br>ORDER TO SEAL DOCUMENT |

Having read the United States' Motion to Seal, and because of the sensitive information contained in Exhibits 13, 14, 15, 18, 19, 20, 21, 22, 23, and 24,

It is hereby ORDERED that Exhibits 13, 14, 15, 18, 19, 20, 21, 22, 23, and 24 shall remain sealed.

DATED this 12th day of August, 2025.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

Order to Seal - 1
*United States v Potapenko and Turōgin.* / CR22-185RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970