THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEI POTAPENKO,<br><br>Defendant. | CASE NO. 2:22-CR-00185-RSL<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL SUPPLEMENTAL SENTENCING SUBMISSION AND EXHIBITS** |

THIS MATTER comes before the Court on Defendant Sergei Potapenko's Motion to Seal Defendant's Supplemental Sentencing Submission and Exhibits.

The Court has reviewed the motion and records in this case and finds good cause and compelling reasons are shown to permit the filing under seal, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Defendant Potapenko's Motion to Seal is GRANTED.

DATED this 12th day of August, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL - 1
CASE NO. 2:22-CR-00185-RSL

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212.521.5400 main · 212.521.5450 fax